# Exhibit C



# Transcript of Recorded Conversation

**Case:** MMFA Litigation

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

```
 1
 2
 3
 4
 5
 6
 7           In re: MMFA Litigation
 8
 9           RECORDED CONVERSATION
10
11
12
13
14
15
16
17
18
19
20   Job No.:  518338
21   Pages:  1 - 3
22   Transcribed by: Lauren Bishop
```

1    BENNY JOHNSON: So, this is obviously
2 horrifying. Devastating and comes in concert with
3 Elon Musk dropping and I quote, thermonuclear
4 lawsuit. On Media Matters, though it seems like
5 you're standing with the Missouri Attorney General,
6 do you encourage other republican attorney generals
7 to do this? We're -- we're so thankful that somebody
8 is just standing up and doing something. Where are
9 the rest of the republican AGs? There's got to be 20,
10 30 republican AGs in the country. Why are they so
11 quiet on issues like this?
12    KEN PAXTON: You know, that's a good
13 question. I -- I would -- I would encourage them to
14 look at this. They may have just become aware of it.
15 I mean it's a relatively new issue so hopefully over
16 the next couple weeks, you'll see other attorney
17 generals look at this and -- and I -- I would
18 encourage even democratic attorney generals. I know
19 they probably wont but they should because they
20 should care about free speech as much as we do.
21    (The recording was concluded.)
22

```
 1              CERTIFICATE OF TRANSCRIBER
 2              I, Lauren Bishop, do hereby certify that
 3   the transcript was prepared from the digital audio
 4   recording of the foregoing proceeding; that said
 5   proceedings were reduced to typewriting under my
 6   supervision; that said transcript is a true and
 7   accurate record of the proceedings to the best of my
 8   knowledge, skills, and ability; and that I am neither
 9   counsel for, related to, nor employed by any of the
10   parties to the case and have no interest, financial
11   or otherwise, in its outcome.
12
13   [Signature: Lauren Bishop]
14   _____
15   LAUREN BISHOP
16   Planet Depos,
17   December 8, 2023
18
19
20
21
22
```

| A | | | |
|---|---|---|---|
| **ability** 3:8 | **counsel** 3:9 | **H** | **media** 2:4 |
| **about** 2:20 | **country** 2:10 | **hereby** 3:2 | **missouri** 2:5 |
| **accurate** 3:7 | **couple** 2:16 | **hopefully** 2:15 | **mmfa** 1:7 |
| **ags** 2:9, 2:10 | **D** | **horrifying** 2:2 | **much** 2:20 |
| **any** 3:9 | **december** 3:17 | **I** | **musk** 2:3 |
| **attorney** 2:5, 2:6, 2:16, 2:18 | **democratic** 2:18 | **interest** 3:10 | **N** |
| **audio** 3:3 | **depos** 3:16 | **issue** 2:15 | **neither** 3:8 |
| **aware** 2:14 | **devastating** 2:2 | **issues** 2:11 | **new** 2:15 |
| **B** | **digital** 3:3 | **it's** 2:15 | **next** 2:16 |
| **because** 2:19 | **doing** 2:8 | **J** | **O** |
| **become** 2:14 | **dropping** 2:3 | **job** 1:20 | **obviously** 2:1 |
| **benny** 2:1 | **E** | **johnson** 2:1 | **other** 2:6, 2:16 |
| **best** 3:7 | **elon** 2:3 | **K** | **otherwise** 3:11 |
| **bishop** 1:22, 3:2, 3:15 | **employed** 3:9 | **ken** 2:12 | **outcome** 3:11 |
| **C** | **encourage** 2:6, 2:13, 2:18 | **know** 2:12, 2:18 | **over** 2:15 |
| **care** 2:20 | **even** 2:18 | **knowledge** 3:8 | **P** |
| **case** 3:10 | **F** | **L** | **pages** 1:21 |
| **certificate** 3:1 | **financial** 3:10 | **lauren** 1:22, 3:2, 3:15 | **parties** 3:10 |
| **certify** 3:2 | **foregoing** 3:4 | **lawsuit** 2:4 | **paxton** 2:12 |
| **comes** 2:2 | **free** 2:20 | **litigation** 1:7 | **planet** 3:16 |
| **concert** 2:2 | **G** | **look** 2:14, 2:17 | **prepared** 3:3 |
| **concluded** 2:21 | **general** 2:5 | **M** | **probably** 2:19 |
| **conversation** 1:9 | **generals** 2:6, 2:17, 2:18 | **matters** 2:4 | **proceeding** 3:4 |
| | **good** 2:12 | **mean** 2:15 | **proceedings** 3:5, 3:7 |

| Q | | | |
|---|---|---|---|
| **question** 2:13 | **supervision** 3:6 | **5** | |
| **quiet** 2:11 | **T** | **518338** 1:20 | |
| **quote** 2:3 | **thankful** 2:7 | | |
| **R** | **that's** 2:12 | | |
| **record** 3:7 | **there's** 2:9 | | |
| **recorded** 1:9 | **thermonuclear** 2:3 | | |
| **recording** 2:21, 3:4 | **transcribed** 1:22 | | |
| **reduced** 3:5 | **transcriber** 3:1 | | |
| **related** 3:9 | **transcript** 3:3, 3:6 | | |
| **relatively** 2:15 | **true** 3:6 | | |
| **republican** 2:6, 2:9, 2:10 | **typewriting** 3:5 | | |
| **rest** 2:9 | **U** | | |
| **S** | **under** 3:5 | | |
| **said** 3:4, 3:6 | **W** | | |
| **see** 2:16 | **weeks** 2:16 | | |
| **seems** 2:4 | **we're** 2:7 | | |
| **should** 2:19, 2:20 | **wont** 2:19 | | |
| **signature-p1kal** 3:13 | **Y** | | |
| **skills** 3:8 | **you'll** 2:16 | | |
| **somebody** 2:7 | **you're** 2:5 | | |
| **something** 2:8 | **2** | | |
| **speech** 2:20 | **20** 2:9 | | |
| **standing** 2:5, 2:8 | **2023** 3:17 | | |
| | **3** | | |
| | **30** 2:10 | | |