CO-386
10/2018

# United States District Court
# For the District of Columbia

Media Matters for America, et al. )
)
)
)
)
                  Plaintiff )    Civil Action No. __24-cv-147_____
vs )
Warren Kenneth Paxton, Jr., )
in his official capacity as Attorney )
General of the State of Texas )
)
                  Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Media Matters for America__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Media Matters for America__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                                 Attorney of Record

                                                 */s/ Aria C. Branch*
                                                 Signature

__1014541_____        Aria C. Branch
BAR IDENTIFICATION NO.                               Print Name

                                                 250 Massachusetts Ave., NW Ste 400
                                               Address

                                                 Washington    DC    20001
                                                 City           State    Zip Code

                                                 (202) 968-4652
                                               Phone Number