IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas,<br><br>Defendant. | Civil Action No. 24-cv-147 |

**DECLARATION OF CYNTHIA PADERA
IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Cynthia Padera, declare as follows:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am the Chief Operating Officer of Media Matters for America ("Media Matters").

3. I live in, and work from, the District of Columbia.

4. I first joined Media Matters in April 2013 and, after leaving for a period in June 2015, returned in February 2017. I have served as Chief Operating Officer since August 2019.

5. Media Matters is a web-based, not-for-profit, 501(c)(3) research and information center dedicated to comprehensively monitoring, analyzing, and correcting conservative misinformation in U.S. media.

6. In my role, I support Media Matters's day-to-day operations and manage enterprise-level initiatives, technology, and administration. I engage on an as-needed basis with all of Media

1

Matters's activities, and I interact with Media Matters's officers and employees at all levels.

7. Media Matters is incorporated under the laws of the District of Columbia.

8. Media Matters was incorporated as a nonprofit corporation in the District of Columbia over two decades ago.

9. Media Matters has its principal place of business and physical office space in the District of Columbia. Any physical documents used institutionally are located at our office. While fully virtual or hybrid calls and meetings are common after the COVID-19 pandemic, Media Matters holds dedicated on-site meetings periodically for various departments and/or topics. For example, we held a large partner convening at our office in February 2023 and held two large staff meetings with associated trainings and social events in August 2023.

10. Media Matters is registered to conduct business in the District of Columbia.

11. Media Matters does not have an office, or any other physical presence, in Texas.

12. Media Matters is not registered to conduct business in Texas.

13. Media Matters is not registered as a charity organization in Texas.

14. Media Matters does not have a registered agent in Texas.

15. The Media Matters website publishes articles written by Media Matters employees in furtherance of the organization's mission to expose misinformation in the media, and in keeping with our internal guidelines for news coverage, which reflect ordinary journalistic standards.

16. Media Matters has approximately 105 full-time employees, including at least 62 reporters, writers, and researchers.

17. Of our 25 senior staff, 16 live and work in the District of Columbia, while another two live in Virginia within commuting distance of the office. Our senior staff includes our five executive leadership employees, three of whom live and work in the District of Columbia—

including myself—and a fourth lives in Virginia and works primarily from our office in the District.

18. Approximately 44 total employees are based in the District of Columbia, including 25 of our reporters, writers, and researchers. Approximately 16 total employees are based in the adjacent Maryland or Virginia area, including five reporters, writers, and researchers. This includes Mr. Hananoki who is a Senior Investigative Reporter employed within the Editorial Department at Media Matters. Mr. Hananoki is authorized to and performs most of his work at home in Maryland, though he may sometimes commute into the District of Columbia when he chooses to do so. To my knowledge, Mr. Hananoki has never had to travel outside of the Washington, DC metropolitan area for his work for Media Matters.

19. As noted, Media Matters has no office in Texas. Although Media Matters employees may request authorization to work remotely and, upon approval, may choose to do so from any location in the United States, of Media Matters employees authorized to work remotely, only one has provided a residential address in Texas. That employee did not work with Mr. Hananoki on the November 16 article, nor any other of his articles related to X or otherwise, and works in an entirely different department. Moreover, while that employee has provided a residential address in Texas, that individual works from a variety of locations and seldom visits Texas: Since the start of October 2023, that employee has only visited Texas for a short period during the holidays—where they only worked for a single day.

20. On November 20, 2023, X filed suit against Media Matters and Mr. Hananoki, complaining about Mr. Hananoki's November 16 article and a subsequent article written by him and published on November 17, 2023.

21. On November 21, 2023, Attorney General Paxton issued a civil investigative

demand that commanded Media Matters to produce documents and communications about our general operations, as well as the November 16 article. For example, the demand requires Media Matters to turn over, among other things "all documents related to internal and external communications" relating to the November 16 article. Attorney General Paxton served the Demand on our outside counsel on December 1, 2023.

22. Media Matters leadership views the Attorney General's investigation as a response to Mr. Musk's complaints about Media Matters, intended to punish Media Matters for its news coverage and to curry favor with Mr. Musk and his significant online following. Executive leadership views Attorney General Paxton's investigation as the latest front in a hostile relationship between Media Matters and Attorney General Paxton. For example, in 2022, he issued a letter to DirecTV, claiming its decision to not renew its contract with conservative news outlet One America News Network was based on Media Matters's reporting and was part of a "yearlong coordinated attack." Similar to his efforts here, Paxton organized with other state attorneys general against this alleged "attack."[1]

23. Attorney General Paxton's investigation has harmed morale at Media Matters. Numerous reporters, writers, researchers, and other employees have indicated to leadership staff that they are now fearful of being targeted in legal proceedings. The investigation has contributed to the creation of a culture of fear within Media Matters, chilling employees' willingness and comfort with speaking on any topic related to the subjects of the investigation.

24. Media Matters employees have indicated to leadership staff that they feel

---

[1] Letter to DirecTV from Attorney General Paxton and the attorneys general of Louisiana, Mississippi, Missouri, Montana, and South Carolina (Mar. 10, 2022), https://www.oann.com/wp-content/uploads/2022/03/Texas_AG_Ken_Paxton_Troubled_by_DirecTVs_Viewpoint_Discrimination_Against_OAN.pdf.

constrained in their ability to continue their work in the same manner as prior to the investigation.

25. Media Matters's associations with other groups have also been impaired by Attorney General Paxton's investigation. Groups that previously worked closely with us have reevaluated doing so, afraid that communications may be turned over to the Attorney General or spark investigations into their own publications. And our employees are self-censoring when anything related to X comes up in communications with such groups and curtailing engagement with partner organizations out of concern over potential exposure. For example, Media Matters has refrained from actively participating in coalitions focused on issues of hate speech on X while the Demand remains pending. External affairs staff have also paused on sharing research regarding X and its content moderation policies with our longstanding partners, refraining even from directing partners to content *already published* about X for fear that any conversations or aid may lead to further retaliation against Media Matters or our partners.

26. Attorney General Paxton's investigation has also caused Media Matters's department directors to hit pause on similar reporting on content moderation and advertisement placement issues for at least one other social media platform, besides X, out of fear such reporting will lead to further retribution.

27. Attorney General Paxton's public threats against Media Matters have also resulted in a significant influx of threats against Media Matters staff and against Mr. Hananoki. We have received over one hundred threatening messages via phone or email since November 18, 2023. These threats have ranged from threats of legal retaliation to violent death threats.

28. The increased harassment has become so severe that Media Matters has been forced to hire an outside security firm to protect its employees in response.

29. Media Matters's senior leaders and I have had to devote the vast majority of our

time to focusing on the legal threats, investigations, and lawsuits that began with Mr. Musk's threat on November 18, 2023, rather than our ordinary job responsibilities. This includes conferring with counsel, speaking with concerned employees, and strengthening oversight of all operations given increased risk of further retaliation by those who do not like our reporting. This distraction has further harmed our ability to produce reporting and journalism on political extremism in the United States media.

30. Media Matters leadership, officers, and staff are seriously concerned and fearful about having to protect their constitutional rights in places where they do not live or work, as well as against a partisan state attorney general.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/17/2024

DocuSigned by:
*Cynthia Padera*
A56EA35AFC87412...

Cynthia Padera