IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas,<br><br>        Defendant. | Civil Action No. 24-cv-147 |

## PLAINTIFFS' CERTIFICATE OF COUNSEL PURSUANT TO LCvR 65.1

I, Aria C. Branch, certify that pursuant to LCvR 65.1(a), true and correct copies of Plaintiffs' Complaint and all other accompanying papers filed with the Court on January 17, 2024, were furnished via e-mail to counsel for Defendant Attorney General Warren Kenneth Paxton and confirmation of receipt was received. Plaintiffs, by counsel, also provided notice to Defendant, by counsel, via e-mail on January 17, 2024, of Plaintiffs' intent to file the foregoing papers, and Plaintiffs provided copies of the papers to Defendant, via email, on January 18, 2024.

Dated: January 18, 2024

Respectfully submitted,

*/s/ Aria C. Branch*

**ELIAS LAW GROUP LLP**
Aria C. Branch (DC 1014541)
Elisabeth C. Frost (DC 1007632)
Jacob D. Shelly* (DC 90010127)
Elena A. Rodriguez Armenta* (DC 90018798)
Daniela Lorenzo*+
Omeed Alerasool* (DC 90006578)
Samuel T. Ward-Packard* (DC 90005484)

250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652
abranch@elias.law
efrost@elias.law
jshelly@elias.law
erodriguezarmenta@elias.law
dlorenzo@elias.law
oalerasool@elias.law
swardpackard@elias.law

Abha Khanna*
1700 Seventh Ave. Suite 2100
Seattle, WA 98101
T: (206) 656-0177
akhanna@elias.law

**GIBSON, DUNN & CRUTCHER LLP**
Theodore J. Boutrous, Jr. (DC 420440)
Jay P. Srinivasan*
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Email: tboutrous@gibsondunn.com
Email: jsrinivasan@gibsondunn.com

Amer S. Ahmed (DC 500630)
Anne Champion*
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Email: aahmed@gibsondunn.com
Email: achampion@gibsondunn.com

**Pro hac vice* application forthcoming
[+]Admission to D.C. bar pending swearing in

2