AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, et al., <br> *Plaintiff* <br> v. <br> WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas, <br> *Defendant* | Case No. 1:24-CV-147-APM |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant.

Date: 01/19/2024

/s/ Gene C. Schaerr
*Attorney's signature*

Gene C. Schaerr, DC Bar No. 416368
*Printed name and bar number*

Schaerr Jaffe LLP
1717 K Street NW, Suite 900
Washington, DC 20006
*Address*

gschaerr@schaerr-jaffe.com
*E-mail address*

(202) 787-1060
*Telephone number*

(202) 776-0136
*FAX number*