# Exhibit A

# Aria Branch

| | |
|---|---|
| **From:** | Aria Branch |
| **Sent:** | Thursday, January 18, 2024 6:50 PM |
| **To:** | Gene Schaerr; Chris Lavorato; Ryan Baasch |
| **Cc:** | Abha Khanna; Elisabeth Frost; Chris Dodge; Tina Meng Morrison; Jacob Shelly; Elena Rodriguez Armenta; Daniela Lorenzo; Omeed Alerasool; Ahmed, Amer S.; Champion, Anne; Boutrous Jr., Theodore J.; Srinivasan, Jay P.; Reuben Blum |
| **Subject:** | Re: MMFA v. Paxton - Notice of Dismissal (D.Md.) and Complaint Filed (D.D.C.) |

Gene,

Thank you for your message. As we've explained in our discussions with your colleagues and our briefing papers, the continued threat of the Demand and investigation itself imposes a significant chill on the Plaintiffs' core protected First Amendment activities.

That said, your email seems to make a different offer than the one we previously have heard from the Attorney General's Office. **If the AG's office is in fact willing to forego any action in furtherance of the investigation until the preliminary injunction motion is decided and will agree to the default briefing schedule set by the local rules, which puts the date of the AG's response due seven days from now, we would be willing to withdraw the request for a TRO in exchange and would promptly notify the court of the parties' agreement.**

Please let me know if we are in agreement.

Best,

**Aria C. Branch**
Partner
**Elias Law Group LLP**
250 Massachusetts Avenue NW, Suite 400
Washington DC 20001
202-968-4518

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Gene Schaerr <gschaerr@schaerr-jaffe.com>
**Sent:** Thursday, January 18, 2024 2:02:52 PM
**To:** Aria Branch <abranch@elias.law>; Chris Lavorato <Chris.Lavorato@oag.texas.gov>; Ryan Baasch <Ryan.Baasch@oag.texas.gov>
**Cc:** Abha Khanna <akhanna@elias.law>; Elisabeth Frost <efrost@elias.law>; Chris Dodge <cdodge@elias.law>; Tina Meng Morrison <tmengmorrison@elias.law>; Jacob Shelly <jshelly@elias.law>; Elena Rodriguez Armenta <erodriguezarmenta@elias.law>; Daniela Lorenzo <dlorenzo@elias.law>; Omeed Alerasool <oalerasool@elias.law>; Ahmed, Amer S. <AAhmed@gibsondunn.com>; Champion, Anne <AChampion@gibsondunn.com>; Boutrous Jr., Theodore J. <TBoutrous@gibsondunn.com>; Srinivasan, Jay P. <JSrinivasan@gibsondunn.com>; Reuben Blum <Reuben.Blum@oag.texas.gov>
**Subject:** RE: MMFA v. Paxton - Notice of Dismissal (D.Md.) and Complaint Filed (D.D.C.)

Thanks, Aria.  We don't think there's a need to bother the Court or the parties with a TRO motion.  The AG's office has already agreed not to take any steps to enforce the civil investigative demand during the pendency of your PI motion.  And I am authorized to represent that, assuming the Court acts on your PI motion in a timely fashion,  the AG's

office is willing to forego any action at all in furtherance of the investigation until that motion is resolved.   So we think the more sensible course is simply to litigate your PI motion in the ordinary course, without emergency briefing or an emergency hearing.

Please let us know if you agree.

Gene Schaerr
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900 | Washington, DC  20006
Office (202) 787-1060 | Mobile (202) 361-1061
gschaerr@schaerr-jaffe.com  |  www.schaerr-jaffe.com

---

**From:** Aria Branch <abranch@elias.law>
**Sent:** Thursday, January 18, 2024 12:45 PM
**To:** Chris Lavorato <Chris.Lavorato@oag.texas.gov>; Gene Schaerr <gschaerr@schaerr-jaffe.com>; Ryan Baasch <Ryan.Baasch@oag.texas.gov>
**Cc:** Abha Khanna <akhanna@elias.law>; Elisabeth Frost <efrost@elias.law>; Chris Dodge <cdodge@elias.law>; Tina Meng Morrison <tmengmorrison@elias.law>; Jacob Shelly <jshelly@elias.law>; Elena Rodriguez Armenta <erodriguezarmenta@elias.law>; Daniela Lorenzo <dlorenzo@elias.law>; Omeed Alerasool <oalerasool@elias.law>; Ahmed, Amer S. <AAhmed@gibsondunn.com>; Champion, Anne <AChampion@gibsondunn.com>; Boutrous Jr., Theodore J. <TBoutrous@gibsondunn.com>; Srinivasan, Jay P. <JSrinivasan@gibsondunn.com>; Reuben Blum <Reuben.Blum@oag.texas.gov>
**Subject:** RE: MMFA v. Paxton - Notice of Dismissal (D.Md.) and Complaint Filed (D.D.C.)

Counsel,

Thank you for your confirmation. As indicated yesterday, we are moving for a temporary restraining order and preliminary injunction. Courtesy copies of that motion and the related filings are attached.

Best,

**Aria C. Branch**
Partner

Elias Law Group LLP
250 Massachusetts Avenue NW, Suite 400
Washington DC 20001
202-968-4518

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**From:** Chris Lavorato <Chris.Lavorato@oag.texas.gov>
**Sent:** Thursday, January 18, 2024 9:08 AM
**To:** Aria Branch <abranch@elias.law>; gschaerr@schaerr-jaffe.com; Ryan Baasch <Ryan.Baasch@oag.texas.gov>
**Cc:** Abha Khanna <akhanna@elias.law>; Elisabeth Frost <efrost@elias.law>; Chris Dodge <cdodge@elias.law>; Tina Meng Morrison <tmengmorrison@elias.law>; Jacob Shelly <jshelly@elias.law>; Elena Rodriguez Armenta <erodriguezarmenta@elias.law>; Daniela Lorenzo <dlorenzo@elias.law>; Omeed Alerasool <oalerasool@elias.law>; Ahmed, Amer S. <AAhmed@gibsondunn.com>; Champion, Anne <AChampion@gibsondunn.com>; Boutrous Jr., Theodore J. <TBoutrous@gibsondunn.com>; Srinivasan, Jay P. <JSrinivasan@gibsondunn.com>; Reuben Blum <Reuben.Blum@oag.texas.gov>
**Subject:** RE: MMFA v. Paxton - Notice of Dismissal (D.Md.) and Complaint Filed (D.D.C.)

Aria,

I am confirming receipt of your email and confirming that we will accept service of the complaint.

Regards,

**Christopher Lavorato**
Assistant Attorney General
Office of the Attorney General
Direct Line: 512-475-4476
Email: Chris.lavorato@oag.texas.gov

---

**From:** Aria Branch <abranch@elias.law>
**Sent:** Wednesday, January 17, 2024 2:54 PM
**To:** gschaerr@schaerr-jaffe.com; Ryan Baasch <Ryan.Baasch@oag.texas.gov>; Chris Lavorato <Chris.Lavorato@oag.texas.gov>
**Cc:** Abha Khanna <akhanna@elias.law>; Elisabeth Frost <efrost@elias.law>; Chris Dodge <cdodge@elias.law>; Tina Meng Morrison <tmengmorrison@elias.law>; Jacob Shelly <jshelly@elias.law>; Elena Rodriguez Armenta <erodriguezarmenta@elias.law>; Daniela Lorenzo <dlorenzo@elias.law>; Omeed Alerasool <oalerasool@elias.law>; Ahmed, Amer S. <AAhmed@gibsondunn.com>; Champion, Anne <AChampion@gibsondunn.com>; Boutrous Jr., Theodore J. <TBoutrous@gibsondunn.com>; Srinivasan, Jay P. <JSrinivasan@gibsondunn.com>
**Subject:** MMFA v. Paxton - Notice of Dismissal (D.Md.) and Complaint Filed (D.D.C.)

Counsel,

After careful consideration and in the interest of avoiding delay on the question of jurisdiction, our clients have decided to voluntarily dismiss the complaint pursuant to *Media Matters for America, et al. v. Paxton*, Case No. 8:23-cv-3363-PX (D. Md.), and refile the case in the U.S. District Court for the District of Columbia. While we continue to believe AG Paxton is subject to personal jurisdiction in Maryland, we agree with Judge Xinis that voluntary dismissal and refiling in the District of Columbia is the best way to ensure that this matter moves forward quickly and provides a forum that is "fast and fair to both sides." 01/08/24 Tr. at 23:7-8. You should have received notice of the dismissal via ECF in the former case (also attached to this email). In light of the current posture of the case and consistent with the federal rules, the dismissal is without prejudice and does not constitute waiver of any of our client's claims or allegations made in that case.

I am also attaching to this email a courtesy copy of the complaint that we just filed in the D.C. District Court. We will also shortly be filing a motion for temporary restraining order and preliminary injunction. Once filed, we will email service copies of these filings as well.

<u>Please confirm receipt of this email and advise if you will accept service of the new complaint on behalf of your client.</u>

Best,
Aria

**Aria C. Branch**
Partner
**Elias Law Group LLP**
250 Massachusetts Avenue NW, Suite 400
Washington DC 20001
202-968-4518

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.