AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Media Matter for America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-00147-APM |
| Warren Kenneth Paxton, Jr. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Media Matters for America and Eric Hananoki.

Date: 01/22/2024

s/ Elisabeth C. Frost
*Attorney's signature*

Elisabeth C. Frost DC Bar No.1007632
*Printed name and bar number*

Elias Law Group LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
*Address*

efrost@elias.law
*E-mail address*

(202) 968-4490
*Telephone number*

(202) 968-4498
*FAX number*