

January 22, 2024

Hon. Amit P. Mehta
District Judge
United States District Court
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

      RE: *Media Matters for America, et al., v. Warren Kenneth Paxton Jr.,*
          *in his official capacity as Attorney General of the State of Texas*
          Civil Action No. 24-cv-147-APM

Dear Judge Mehta:

    In compliance with the Court's minute order of January 20, 2024, I respond on behalf of my client.

    As a matter of context—the CID was issued under Texas's Deceptive Trade Practices Act, Tex. Bus. & Com. Code 17.41-17.63 (DTPA). Under the DTPA, a CID is not self-executing, and the Attorney General may enforce it only by filing a "petition" in State court for an "order of the court for enforcement" of the CID. *Id.* 17.62(b). Other courts have held that the non-self-executing nature of a DTPA CID renders challenges identical to Media Matters' suit here as non-ripe. *See, e.g., Twitter v. Paxton*, 56 F.4th 1170, 1176 (9th Cir. 2022).

    Nevertheless, **I am confirming herein that Texas Attorney General Paxton (and his office) will not enforce the CID issued to Media Matters until Your Honor rules on Plaintiffs' motion for preliminary injunction**.  We understand that this stipulation will moot Plaintiffs' motion for a temporary restraining order.

                                  Sincerely,

                                  Gene C. Schaerr

                                *Counsel for Defendant*

CC:  Aria C. Branch
       Counsel for Plaintiffs

**GENE C. SCHAERR | PARTNER**
Office: (202) 787-1060
Email: gschaerr@schaerr-jaffe.com

**SCHAERR | JAFFE LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
www.schaerr-jaffe.com