# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*, <br><br>        Plaintiffs, <br><br>v. <br><br>WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas, <br><br>        Defendant. | Civil Action No. 1:24-cv-00147-APM |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Theodore J. Boutrous, Jr. enters his appearance on behalf of Plaintiffs Media Matters for America and Eric Hananoki. Undersigned counsel hereby certifies that he is personally familiar with the Local Rules of this Court and he can be reached at the address, phone number, and email address below:

    Theodore J. Boutrous, Jr.
    Gibson, Dunn & Crutcher LLP
    333 South Grand Avenue
    Los Angeles, CA 90071
    Phone: (213) 229-7804
    Email: TBoutrous@gibsondunn.com

Dated:   January 22, 2024                        Respectfully submitted,

                                                               */s/ Theodore J. Boutrous, Jr.*
                                                                Theodore J. Boutrous, Jr.
                                                                Bar ID.: 420440
                                                                GIBSON, DUNN & CRUTCHER, LLP
                                                                333 South Grand Avenue
                                                                Los Angeles, CA 90071
                                                                Telephone: (213) 229-7804
                                                                TBoutrous@gibsondunn.com

                                                               *Attorney for Plaintiffs Media Matters for America and Eric Hananoki*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 22, 2024, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court.   The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

                                                  */s/ Theodore J. Boutrous, Jr.*
                                                  Theodore J. Boutrous, Jr.