## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MEDIA MATTERS FOR AMERICA, *et al.*,

           Plaintiffs,

    v.

WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas,

           Defendant.

Civil Action No. 1:24-cv-00147-APM

### NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Amer S. Ahmed enters his appearance on behalf of Plaintiffs Media Matters for America and Eric Hananoki.    Undersigned counsel hereby certifies that he is personally familiar with the Local Rules of this Court and he can be reached at the address, phone number, and email address below:

> Amer S. Ahmed
> Gibson, Dunn & Crutcher LLP
> 200 Park Avenue
> New York, NY 10166
> Phone: (212) 351-2427
> Email: AAhmed@gibsondunn.com

Dated:   January 22, 2024

Respectfully submitted,

*/s/ Amer S. Ahmed*
Amer S. Ahmed
Bar ID.: 500630
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2427
AAhmed@gibsondunn.com

*Attorney for Plaintiffs Media Matters for America and Eric Hananoki*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 22, 2024, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court.   The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

*/s/ Amer S. Ahmed*
Amer S. Ahmed