# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| Media Matters for America, et al. <br> Plaintiff(s) <br><br> vs. <br><br> Warren Kenneth Paxton, Jr. <br> Defendant(s) | Case Number: 1:24-cv-00147-APM |

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Daniela Lorenzo

2. State bar membership number: NY 5780457

3. Business address, telephone and fax numbers:
Elias Law Group LLP, 250 Mass. Ave. NW, Suite 400, Washington, DC 20001  Tel-202-968-4490  Fax-202-968-4498

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   See attached.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes ☐   No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes ☐   No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.  0

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar?  Yes pending swearing in

9. Do you have a pending application for admission into USDC for the District of Columbia?  Yes

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered.  [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

1/23/2024

DATE                                                              SIGNATURE OF ATTORNEY

## DANIELA LORENZO

## ADMISSIONS

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Columbia (pending swearing-in) | 3/24/2023 | N/A |
| New York | 11/9/2020 | 5780457 |
| US Court of Appeals for the DC Circuit | 10/6/2021 | |
| US District Court for the Southern District of New York | 3/22/2022 | |



*Appellate Division of the Supreme Court of the State of New York First Judicial Department*

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Daniela Lorenzo

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **November 9, 2020**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on January 22, 2024.

*Clerk of the Court*

CertID-00156595