# UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Media Matters for America, et al.  )
          Plaintiff(s)          )
                               )
vs.                             )   Case Number: 1:24-cv-00147-APM
Warren Kenneth Paxton, Jr.     )
          Defendant(s)        )

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Jacob Douglas Shelly

2. State bar membership number: DC 90010127

3. Business address, telephone and fax numbers:
   Elias Law Group LLP, 250 Mass. Ave. NW, Suite 400, Washington, DC 20001  Tel-202-968-4490
   Fax-202-968-4498

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   See attached.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes ☐   No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes ☐   No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.  0

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar?  Yes

9. Do you have a pending application for admission into USDC for the District of Columbia?  Yes

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

**(CHECK ALL ITEMS THAT APPLY)**

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered.  [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

| 1/23/2024 | *[signature]* |
|---|---|
| DATE | SIGNATURE OF ATTORNEY |

## JACOB DOUGLAS SHELLY

## ADMISSIONS

| Court | Date Admitted | Bar Number |
|---|---|---|
| US Supreme Court | 11/7/2002 | 317057 |
| District of Columbia | 2/14/2023 | 90010127 |
| Maryland | 12/22/2015 | Account No: 1512220010 |
| Colorado - District of Colorado | 12/29/2020 | |
| US District Court for the Western District of Wisconsin | 10/3/2023 | |
| US Court of Appeals for the Second Circuit | 12/28/2021 | |
| US Court of Appeals for the Third Circuit | 11/9/2020 | |
| US Court of Appeals for the Fifth Circuit | 6/10/2022 | |
| US Court of Appeals for the Eleventh Circuit | 10/6/2023 | |



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Jacob Douglas Shelly*

*was duly qualified and admitted on February 14, 2023 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 22, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*