# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

Media Matters for America, et al.        )
            Plaintiff(s)        )
                              )
vs.        )        Case Number: 1:24-cv-00147-APM
Warren Kenneth Paxton, Jr.        )
            Defendant(s)        )

## DECLARATION FOR PRO HAC VICE ADMISSION
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Abha Khanna

2. State bar membership number: Washington 42612

3. Business address, telephone and fax numbers:
Elias Law Group LLP, 1700 Seventh Ave. Suite 2100, Seattle, WA 98101
Tel-206-656-0177
Fax-202-968-4498

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   See attached

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? Yes ☐  No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? Yes ☐  No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. 0

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? No

9. Do you have a pending application for admission into USDC for the District of Columbia? No

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

(CHECK ALL ITEMS THAT APPLY)

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

1/23/2024
DATE

_[signature]_
SIGNATURE OF ATTORNEY

## ABHA KHANNA

## ADMISSIONS

| Name of State or Federal Bar or Court | Bar Number | Date Admitted | Status with Bar or Court (active, inactive, retired, etc.) |
|---|---|---|---|
| New York State | 4585493 | 6/18/2008 | Active |
| Washington State Bar | 42612 | 6/16/2010 | Active |
| United States District Court for the Eastern District of Washington | | 2/27/2013 | Active |
| United States District Court for the Western District of Washington | | 8/03/2010 | Active |
| United States Court of Appeals for the 4th Circuit | | 5/06/2016 | Active |
| United States Court of Appeals for the 5th Circuit | | 6/10/2022 | Active |
| United States Court of Appeals for the 7th Circuit | | 12/23/2022 | Active |
| United States Court of Appeals for the 8th Circuit | | 10/15/2020 | Active |
| United States Court of Appeals for the 9th Circuit | | 10/15/2010 | Active |
| United States Court of Appeals for the 11th Circuit | | 11/27/2018 | Active |
| United States Supreme Court | | 3/26/2018 | Active |

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 42612 |
| OF | ) | **CERTIFICATE** |
| ABHA KHANNA | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**ABHA KHANNA**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on June 16, 2010, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 19th day of January, 2024.

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court