## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Media Matters for America, et al.

                                                        Plaintiff(s)                        Case No.: 1:24-cv-00147-APM

*vs.*

Warren Kenneth Paxton Jr., in his official capacity as Attorney General of the State of Texas

                                                    Defendant

### AFFIDAVIT OF SERVICE

I, Kelly Land, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Plaintiffs' Certificate of Counsel Pursuant to LCvR 65.1; Proposed Temporary Restraining Order; Declaration of Aria C. Branch in Support of Plaintiffs' Motion for Temporary Restraining Order with Exhibits; Declaration of Benjamin Dimiero in Support of Plaintiffs' Motion for Temporary Restraining Order; Declaration of Eric Hananoki in Support of Plaintiffs' Motion for Temporary Restraining Order; Declaration of Cynthia Padera in Support of Plaintiffs' Motion for Temporary Restraining Order; Plaintiffs' Memorandum in Support of Motion for Temporary Retraining Order and Preliminary Injunction; Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction; Plaintiffs' Motion to File Sealed Notice of Address Pursuant to Local Civil Rule 5.1(C)(1); Certificate Rule LCvR 26.1; Civil Cover Sheet; and Complaint with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 01/22/2024 at 1:40 PM, I served Warren Kenneth Paxton Jr., in his official capacity as Attorney General of the State of Texas with the Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Plaintiffs' Certificate of Counsel Pursuant to LCvR 65.1; Proposed Temporary Restraining Order; Declaration of Aria C. Branch in Support of Plaintiffs' Motion for Temporary Restraining Order with Exhibits; Declaration of Benjamin Dimiero in Support of Plaintiffs' Motion for Temporary Restraining Order; Declaration of Eric Hananoki in Support of Plaintiffs' Motion for Temporary Restraining Order; Declaration of Cynthia Padera in Support of Plaintiffs' Motion for Temporary Restraining Order; Plaintiffs' Memorandum in Support of Motion for Temporary Retraining Order and Preliminary Injunction; Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction; Plaintiffs' Motion to File Sealed Notice of Address Pursuant to Local Civil Rule 5.1(C)(1); Certificate Rule LCvR 26.1; Civil Cover Sheet; and Complaint with Exhibits at 209 West 14th Street, Austin, Texas 78701 by serving Jordan Eskew, Agent, authorized to accept service on behalf of the Attorney General of the State of Texas.

Jordan Eskew is described herein as:

Gender: Female   Race/Skin: White   Age: 30s   Weight: 120   Height: 5'1"   Hair: Brown   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

_____
1/22/24
Executed On



_____
Kelly Land

Client Ref Number: N/A
Job #: 1630127

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Media Matters for America, et al.

*Plaintiff(s)*

v.

Warren Kenneth Paxton, Jr., in his official capacity as Attorney General of the State of Texas

*Defendant(s)*

Civil Action No. 24-cv-147

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Warren Kenneth Paxton, Jr., in his official capacity as Attorney General of the State of Texas
PO Box 12548,
Austin, TX 78711

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aria C. Branch
ELIAS LAW GROUP LLP
250 Massachusetts Ave. NW, Suite 400,
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 01/19/2024

/s/ Simone Logan

*Signature of Clerk or Deputy Clerk*