# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WARREN KENNETH PAXTON JR., <br> in his official capacity as Attorney General <br> of the State of Texas, <br><br> *Defendant*. | No. 24-cv-147-APM |

## DEFENDANT'S MOTION FOR ADMISSION
## *PRO HAC VICE* OF CHRISTOPHER LAVORATO

Pursuant to Local Civil Rule 83.2(e), Defendant Warren Kenneth Paxton Jr., in his official capacity as Attorney General of the State of Texas, through his undersigned counsel, respectfully moves for the *pro hac vice* admission and appearance of Christopher Lavorato as counsel for Attorney General Paxton in the above-captioned matter.

This motion is supported and signed by Gene C. Schaerr, an active and sponsoring member of the bar of this Court.

As set forth in the accompanying Declaration, Christopher Lavorato is an Assistant Attorney General for the State of Texas in the Office of the Attorney General, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548.  He is a member in good standing of the bars of California and Texas.  He has also been admitted to practice before the United States District Courts for the Western, Southern, and Northern Districts of Texas and the Central and Northern Districts of California.  Mr. Lavorato has not been admitted *pro hac vice* in this Court within the last two years and has never been disciplined by any bar.

Wherefore, Gene C. Schaerr, counsel for the Defendant, respectfully requests that this Court admit Christopher Lavorato *pro hac vice* for the purposes of appearing as counsel for Attorney General Paxton in this matter.

January 24, 2024

Respectfully submitted,

/s/ *Gene C. Schaerr*
GENE C. SCHAERR (D.C. Bar No. 416368)
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com

*Counsel for Defendant*