**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*, | |
| Plaintiffs, | Civil Action No. 1:24-cv-147-APM |
| v. | |
| WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas, | |
| Defendant. | |

**DECLARATION OF ASSISTANT ATTORNEY GENERAL
LEVI FULLER**

I Levi Fuller declare that,

1.       I am a lawyer duly licensed to practice law in the State of Texas. I am over 21 years of age and fully competent in all respects to make this declaration. I am one of the attorneys responsible for Defendant's investigation into Plaintiff Media Matters for America (Media Matters). I have personal knowledge of the matters herein stated:

2.       On November 21, 2023, I issued through FedEx a "Civil Investigative Demand" (CID) to Media Matters addressed to its President and registered agent, Angelo Carusone, at 800 Maine Avenue, SW, Suite 500, Washington, DC. Attached hereto as **Exhibit A** is a true and correct copy from FedEx of the "proof of delivery" for this CID.

3.       On November 30, 2023, I caused to be served an additional, duplicative version of the November 21, 2023 CID on Defendant's counsel at 250 Massachusetts Ave Suite 400, Washington, DC 20001 through a professional process service. I received confirmation from the process server on December 1, 2023 that the CID had been received and accepted by an attorney

at Media Matters' retained law firm. A true and correct copy of that confirmation is attached as **Exhibit B**.

4.      A true and correct copy of Media Matters' webpage dated November 25, 2023 and titled "On MSNBC, Angelo Carusone explains why Elon Musk's own behavior will keep advertisers away from X" is attached as **Exhibit C.**

5.      A true and correct copy of Media Matters' webpage dated November 26, 2023 and titled "Angelo Carusone discusses Elon Musk and X on MSNBC: 'No matter how you slice it, the fact is their brand safety tools were not operating in the way that they claim they should have been'" is attached as **Exhibit D.**

6.      A true and correct copy of Media Matters' webpage dated December 3, 2023 and titled "Angelo Carusone discusses Musk and X on MSNBC: 'The pen is supposed to be mightier than the sword – and this is an area where they're trying to take away the pen from any critics'" is attached as **Exhibit E.**

7.      A true and correct copy of Media Matters' webpage dated December 18, 2023 and titled "On MSNBC, Angelo Carusone discusses how free speech is on the line in Media Matters' lawsuit against Texas AG Ken Paxton" is attached as **Exhibit F.**

8.      A true and correct copy of screen shot reflecting Eric Hananoki reposting a message originally sent by a "Matthew Gertz" on November 21, 2023, concerning the Texas Attorney General's office and a termination of a prior Assistant Attorney General. The date of the reposting is after the CID was issued to Media Matters and is attached as **Exhibit G.**

9.      A true and correct copy of screen shot reflecting Angelo Carusone reposting an article published by NBC News titled, "Media Matters sues Texas attorney general over response to Elon Musk dispute."  The date of the posting is December 12, 2023. See **Exhibit H.**

10.     A true and correct copy of screen shot reflecting Angelo Carusone reposting a social media posting originally posted by a "Aaron Reichlin-Melnick" on December 13, 2023, concerning an amicus brief from 2016 drafted by the Texas OAG. See **Exhibit I**.

11.     A true and correct copy of screen shot reflecting Angelo Carusone reposting a social media posting from NBC News concerning Media Matters lawsuit against Texas Attorney General Paxton, dated December 12, 2023. See **Exhibit J**.

12.     A true and correct copy of screen shot reflecting Angelo Carusone reposting two social media postings dated November 22, 2023, concerning the underlying facts of this case, and an interview of Carusone by "msnbc.com" concerning the underlying facts of this case. See **Exhibit K and L**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this day, January 24, 2024.

*/s/ Levi Fuller*
Levi Fuller
Assistant Attorney General
Consumer Protection Division

# EXHIBIT A

Dear Customer,

The following is the proof-of-delivery for tracking number: 7741 8756 3037

---

**Delivery Information:**

---

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | Signature release on file | Delivery Location: | |
| Service type: | FedEx First Overnight | | |
| Special Handling: | Deliver Weekday | | WASHINGTON, DC, |
| | | Delivery date: | Nov 22, 2023 07:48 |

---

**Shipping Information:**

---

| | | | |
|---|---|---|---|
| Tracking number: | 7741 8756 3037 | Ship Date: | Nov 21, 2023 |
| | | Weight: | 0.5 LB/0.23 KG |
| **Recipient:** | | **Shipper:** | |
| WASHINGTON, DC, US, | | AUSTIN, TX, US, | |

| | |
|---|---|
| **Purchase Order** | Enter Case # or N/A Below |
| **Invoice** | n/a |
| **Department Number** | 10097 |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment
because a signature was not required.

Thank you for choosing FedEx

# EXHIBIT B

| | |
|---|---|
| **From:** | Levi Fuller |
| **To:** | Pauline Sisson |
| **Cc:** | Erica Moreno |
| **Subject:** | FW: [ServeManager] Job #10016580 Served |
| **Date:** | Friday, December 1, 2023 2:58:35 PM |

**From:** Missy Lord <Missy.Lord@oag.texas.gov>
**Sent:** Friday, December 1, 2023 2:08 PM
**To:** Levi Fuller <Levi.Fuller@oag.texas.gov>
**Subject:** Fw: [ServeManager] Job #10016580 Served

**From:** Ashleigh Howard <notifications@mail.servemanager.com>
**Sent:** Friday, December 1, 2023 2:03 PM
**To:** Missy Lord <Missy.Lord@oag.texas.gov>
**Subject:** [ServeManager] Job #10016580 Served

# Served

Ashleigh Howard shared a service notification with you:

## Details

**Process Server:** Alex Grabowski

**Date & Time:** Dec 1, 2023, 2:00 pm EST

**Service Type:** Authorized

**Description of Service:**

## Recipient

Recipient: Ezra Reese
Age:        45
Ethnicity: Caucasian
Gender:    Male
Weight:    180
Height:    6'2"
Hair:      Brown

Eyes:        Brown

**Description of Recipient:** Attorney Ezra Reese accepted service for Angelo

## Service Address

250 Massachusetts Ave Suite 400, Washington, DC 20001

## GPS Data

**Mobile Device:** Safari version 17 on iOS (iPhone) 17.1.1

**GPS Coordinates:** 38.89829719, -77.01811821

**GPS Timestamp:** 1701456566999

---

# Job & Case

**Job:** 10016580

**Priority: Rush**

**Job Type:** Standard

**Due Date:** Nov 30, 2023

**Client Job:** AG-11-Media Matters for America c/o Angelo Carusone

**Recipient:** Media Matters for America c/o Angelo Carusone

**Case:** [not provided]

**Plaintiff:** OFFICE OF THE TEXAS ATTORNEY GENERAL CONSUMER PROTECTION DIVISION

**Defendant:** MEDIA MATTERS FOR AMERICA

**Court:** [not provided]

**County:**

**Documents:** Civil Investigative Demand

---

**Shared with you by:**

Ashleigh Howard
Process to Process Deliveries
info@estp2p.com
832-954-4676

# EXHIBIT C

Case 1:24-cv-00147-APM   Document 26-1   Filed 01/25/24   Page 11 of 51
Case 8:23-cv-03363-PX   Document 33-1   Filed 12/30/23   Page 13 of 41

On MSNBC, Angelo Carusone explains why Elon Musk's own behavior...          https://www.mediamatters.org/angelo-carusone/msnbc-angelo-carusone...

**DONATE TO MEDIA MATTERS' YEAR-END FUNDRAISER**

MEDIA**MATTERS**
F O R   A M E R I C A

# On MSNBC, Angelo Carusone explains why Elon Musk's own behavior will keep advertisers away from X

*Carusone: "this just isn't worth the brand risks to be associated with something where the rot goes all the way to the top"*

**WRITTEN BY   MEDIA MATTERS STAFF**

**PUBLISHED   11/25/23 8:01 PM EST**

On MSNBC, Angelo Carusone explains why Elon Musk's own behavior...                    https://www.mediamatters.org/angelo-carusone/msnbc-angelo-carusone...



From the November 25, 2023, edition of
MSNBC's *American Voices with Alicia Menendez*

On MSNBC, Angelo Carusone explains why Elon Musk's own behavior...          https://www.mediamatters.org/angelo-carusone/msnbc-angelo-carusone...

*ANGELO CARUSONE (PRESIDENT, MEDIA MATTERS): I think the thing that is important to note, and you certainly got there, is he is certainly not suing us for publishing anything that they say is false, in fact their own complaint acknowledges that everything that we reported was accurate, that the things appeared exactly the way that we said, that ads were running alongside Nazi content. The thing that I would just emphasize is that this is just one report of many that we've been publishing over months, and it they also illustrates the same issue, which might help explain why they are having problems with advertisers in addition to Elon Musk's own behavior, is that they promised a suite of new ad tools that were supposed to prevent these things from happening so they've sort of given up on the idea that the platform is going to be a safe haven for Nazis and pro-Hitler content. And what they've basically been telling advertisers is don't worry, even though the toxicity has gotten worse on our platform, we have special tools that will make sure that you never get embarrassed. So all of these reports basically illustrate one thing. That the mechanisms that they say exist, to prevent ads from running alongside pro-Nazi content, are not working the way that they claim, and I think that's the important thing here is that fundamentally, and they acknowledge it, the ads did run as we said, and so have other ads in the same way as you seem reporting not just from us. NBC has been making the same reports.*

12/25/2023, 1:38 PM

On MSNBC, Angelo Carusone explains why Elon Musk's own behavior...                    https://www.mediamatters.org/angelo-carusone/msnbc-angelo-carusone...

*ALICIA MENENDEZ (HOST): You will understand the spirit in which I asked this question, which is, if you don't care about Media Matters and you don't really care about X, why should you care about what is unfolding?*

*ANGELO CARUSONE: I think the thing that's worth considering is two things. One, the way in which, where they filed the lawsuit, they sort of chose a jurisdiction that was going to be maximally beneficial for them, which I sort of understand but when you consider that this lawsuit is part of a series of things that they are doing at the same time, so taking up Stephen Miller's recommendation to enlist Republican attorney generals to sort of run parallel to Elon Musk's lawsuit, investigations of other attempts to criminally punish Media Matters for reporting the thing that was accurate about X in retaliation, that's when you start to have to worry about what does this mean for the future. Because Elon Musk took that call from Stephen Miller, obviously put a bunch of money into the litigation, but then said yeah whose game to do this, and state Attorney Generals, and a few of them took up the mantle, and started running with these investigations. So why should people care? Because it's a small window into the future where you can basically retaliate and punish media outlets for reporting accurate things, simply because you don't like them and not only will those outlets suffer, the real effect is that most places are going to stop doing things that might get them in trouble like this, because they just don't want to deal with the consequences or it has a chilling effect. So that's why people should care because it's the next iteration of a little bit of an authoritarian slide, and a stifling of good information.*

12/25/2023, 1:38 PM

On MSNBC, Angelo Carusone explains why Elon Musk's own behavior...                    https://www.mediamatters.org/angelo-carusone/msnbc-angelo-carusone...

*ALICIA MENENDEZ: Do you think that the exodus of advertisers holds?*

*ANGELO CARUSONE: Yes, I do. And I think that a big contributing factor to that is that Elon Musk's own behavior, which as you noted in your intro, he didn't just engage with an anti-semitic conspiracy theory, the great replacement theory, that somehow Jews in America are funding mass immigration in order to dilute white power, he responded by saying, "the actual truth." It's very hard to say oh I was just misinterpreting it, I think his own conduct, helps reinforce why the advertiser exodus state because what it shows to advertisers and prospective business partners is a lens through which they can think through all the things happening on X. "Why does it seem like there's so much more Nazi content, why does it seem like that platform is getting more extreme, why does it seem like the tools they are promising us, the brand safety tools are not working the way they should." It's because when you look at it through the lens of the key decision-maker there Elon Musk, he doesn't really see a problem or at least seemingly, with a lot of this content because it's also a reflection of his own worldview. So if you are a business person, and you're an advertiser you are saying, this just isn't worth the brand risks to be associated with something where the rot goes all the way to the top.*

12/25/2023, 1:38 PM

Case 1:24-cv-00147-APM    Document 26-1    Filed 01/25/24    Page 16 of 51
Case 8:23-cv-03363-PX    Document 33-1    Filed 12/30/23    Page 18 of 41

On MSNBC, Angelo Carusone explains why Elon Musk's own behavior...          https://www.mediamatters.org/angelo-carusone/msnbc-angelo-carusone...

ALICIA MENENDEZ: We've got about a minute left but I want to ask you Angelo, everything you are saying about the platform itself, about the role that GOP attorneys general are playing in carrying Musk's water, why it matters when you are 11 months out from an increasingly consequential presidential election?

ANGELO CARUSONE: That's really the key factor here. You know X and Twitter, all these social media platforms play a role in our information ecosystem, an increasing role. And even though X has had a diminished presence since Elon Musk took it over, it still provides at this point a safe haven for extremists an disinformation, it's algorithms allow for recommendations for connecting power on the fringes, and that ties in with the Republican strategy which is to build power, political power on what used to be considered the fringes. And so if you can take a platform like X, and you can then not just have it not working or cater to antisemitism, extremism, hate, or disinformation, but you can turn those tools to facilitate and support that worldview and that ideology, to help build power, that's where the consequences really start to become magnified. So it's far beyond X, it actually provides a beachhead and a launchpad for disinformation, for extremism that will be directly tied into not just people's civic participation in elections, but in the aftermath. And we saw how consequential that was last election cycle.

ALICIA MENENDEZ: That's why even if you are not an X user, you need to care.

# EXHIBIT D

Case 1:24-cv-00147-APM   Document 26-1   Filed 01/25/24   Page 18 of 51
Case 8:23-cv-03363-PX   Document 33-1   Filed 12/30/23   Page 20 of 41

Angelo Carusone discusses Elon Musk and X on MSNBC: "No matter ...          https://www.mediamatters.org/angelo-carusone/angelo-carusone-discuss...

DONATE TO MEDIA MATTERS' YEAR-END FUNDRAISER

MEDIA**MATTERS**
F O R   A M E R I C A

# Angelo Carusone discusses Elon Musk and X on MSNBC: "No matter how you slice it, the fact is their brand safety tools were not operating in the way that they claim they should have been"

WRITTEN BY   MEDIA MATTERS STAFF

PUBLISHED   11/26/23 9:13 AM EST

Angelo Carusone discusses Elon Musk and X on MSNBC: "No matter ...        https://www.mediamatters.org/angelo-carusone/angelo-carusone-discuss...



From the November 26, 2023, edition of MSNBC's *The Katie Phang Show*

12/25/2023, 1:46 PM

Angelo Carusone discusses Elon Musk and X on MSNBC: "No matter ...          https://www.mediamatters.org/angelo-carusone/angelo-carusone-discuss...

*KATIE PHANG (HOST): Since the richest man in the world bought Twitter – now known as X – over a year ago, Elon Musk has struggled to keep advertisers on the platform. Now, the self-proclaimed free speech absolutist has found someone else to blame. On Monday, Musk sued progressive media watchdog group Media Matters over an investigative report Musk claims is costing him major ad dollars. It's interesting to note that Musk sued in federal court in Texas, despite being headquartered in California and Media Matters being based in Washington, DC; and X's lawyers for this lawsuit? Two former top lieutenants to Texas AG Ken Paxton, who has launched an investigation into Media Matters, which he calls a radical anti-free speech organization. Let that irony sink in for a second there. The lawsuit comes after Media Matters discovered that ads for major corporations were placed next to posts promoting antisemitic content on Musk's social media platform. Musk alleges that Media Matters investigation was manipulated in order to intentionally hurt X's advertising sales. However, the reality is major companies have suspended advertising on acts including Airbnb, Coca-Cola, Microsoft, Netflix, and MSNBC parent company Comcast. And according to internal documents viewed by The New York Times, excludes as much as $75 million in advertising revenue by the end of this year. Joining me now, Angelo Carusone, president and CEO of Media Matters. Angelo, it's always good to see you. Look, Elon Musk's suit claims that your investigative report, cherry-picked accounts that followed extreme fringe content and major advertisers to get your results. I looked at the lawsuit. Paragraphs seven and ten of the complaint say that you manipulated algorithms and that you endlessly scrolled and*

*refreshed to be able to get what you got. But let's be clear here, Angelo, and I think this is absurd about this lawsuit. It doesn't reject the truth, which is the antisemitic content was next to the ads, right?*

*ANGELO CARUSONE (MEDIA MATTERS): That's right. And that's really what started this series of reports. We've been writing about this specific topic since August, when as part of the efforts to bring advertisers back to the platform, Linda Yaccarino, who is the CEO, had sort of rolled out or announced a series of what they were describing as brand safety protections. So they kind of acknowledged and sort of gave up on the idea that the platform was not going to become a safe haven or an increasing cesspool for extremism, things like pro-Hitler content or pro-Nazi content. But what they actually said to advertisers, don't worry, we have these new mechanisms in place much more robust than they were that will sort of prevent your ads from ever even appearing alongside this stuff. So you don't have to worry. And so these reports and this was just one of many all were illustrating something that was at play here, which is that the tools that they claimed were in place to protect brands were not operating. So that's that's really the core here. You know, we didn't place the ads. We didn't, you know, photoshop in the pictures of the ads. What we did was use Twitter the way a normal user would and then and then log the advertisements that were received. And that's the issue - no matter how you slice it, the fact is their brand safety tools were not operating in the way that they claim they should have been.*

> *PHANG: Yeah. Angelo, let's be clear. X's problem with advertisers began long before Media Matters did this report and before this lawsuit as early as this summer. Advertising on that platform was down nearly 60%. Do you think Musk is just using this lawsuit as a scapegoat for his own poor management of his company?*

Angelo Carusone discusses Elon Musk and X on MSNBC: "No matter ...          https://www.mediamatters.org/angelo-carusone/angelo-carusone-discuss...

*CARUSONE: Yeah, And I think not only the mismanagement in terms of gutting the brand safety and the trust teams, to your point, advertisers have been leaving. A lot of them left very early on before he even really made big changes here because he signaled that he was going to roll back a lot of brand safety. So I think that's part of it. And I think the other part we shouldn't forget this is that this lawsuit came and this advertiser exodus came not only on the heels of the report that we put out, but on Elon Musk's own behavior where he wasn't just, you know, engaging with some pretty extreme, you know, antisemitic, great replacement theory. He responded to this notion that, you know, that the thing that people were chanting in Charlottesville, that Jews in America are somehow funding mass immigration in order to dilute white power. He responded to that great replacement theory, claiming the actual truth on his own platform. So if you're an advertiser, you're looking at the increased rise in extremism and toxicity. We're putting out reports showing that they're sharing ad revenue with these Hitler stan accounts, get thousands of dollars of ad revenue. Then Elon Musk does that, then other reports come out showing the juxtaposition of ads next to extreme content. And if you're an advertiser, when you put it all together, you're like the rot goes all the way to the top and they're never going to really be able to put in place the kinds of mechanisms that make it good for business, at least from an advertiser's perspective.*

# EXHIBIT E

Angelo Carusone discusses Musk and X on MSNBC: "The pen is suppo...          https://www.mediamatters.org/angelo-carusone/angelo-carusone-discus...

DONATE TO MEDIA MATTERS' YEAR-END FUNDRAISER

MEDIA**MATTERS**
F O R   A M E R I C A

# Angelo Carusone discusses Musk and X on MSNBC: "The pen is supposed to be mightier than the sword – and this is an area where they're trying to take away the pen from any critics"

*"We're identified as the enemy, but we're not going to be the only ones"*

**WRITTEN BY   MEDIA MATTERS STAFF**

**PUBLISHED   12/03/23 11:11 AM EST**

Angelo Carusone discusses Musk and X on MSNBC: "The pen is suppo...                    https://www.mediamatters.org/angelo-carusone/angelo-carusone-discus...



From the December 2, 2023, edition of MSNBC's
*American Voices with Alicia Menendez*

*ALICIA MENENDEZ (HOST): By now, you have likely seen Elon Musk's very public meltdown over advertisers fleeing his social media company, X, formerly known as Twitter. At this week's DealBook Summit in New York, Musk insinuated that these companies were committing blackmail. Most of his ire was directed at Disney CEO Bob Iger, who was at the conference. Disney is among the corporations that pulled advertising from X after Musk amplified an antisemitic conspiracy.*

*...*

12/25/2023, 1:47 PM

*MENENDEZ: His public exchange, of course, very revealing. And here's the thing. This is bigger than Musk, bigger than X, bigger than Twitter. It's part of the national debate over whether free speech means speech without consequences. Washington Post national correspondent Philip Bump writes: "This was the core of the backlash against pre-Musk Twitter's efforts to police abuse and misinformation: that they had a right to say those things and Twitter had no right to keep them from doing so." Philip joins us now. He is also the author of the book The Aftermath. Also with us, Angelo Carusone, the president and CEO of Media Matters. Philip, expand on that idea for us.*

*PHILIP BUMP (WASHINGTON POST): Yeah, I think it's really important to recognize that when Elon makes these comments about the importance of Twitter and how it's this bastion of free speech, really what he's doing is he is being the most obvious manifestation of this very prevalent idea on the right that you are not allowed to face any consequences for the things that you say. We see this in a lot of different formats. We see, you know, any time there is any sort of attempt to moderate social media conversations, the response is, I have free speech. You can't tell me what I can and cannot say. You know, this whole idea about cancel culture, that people are facing consequences for things that they say. All of this is about having people who in a broad sense, often feel as though they are – they have status anxiety. They're worried about their position in American culture. This is a way in which that manifests, that people feel as though now even Twitter is keeping me from being the real man that I want to be and saying the things that I want to say. When the reality, of course, is that Twitter as a private company, pre-Elon Musk in particular, was allowed to do that, was allowed to say, hey, look, you can't be abusive on our platform; you can't say antisemitic things on our platform. Those are not okay. It was an example of consequences being applied to speech. But now this idea that consequences are being applied to speech is framed in this broad argument on the right where this status anxiety exists that people feel like, oh, you can't tell me what I can and cannot do because that's an imposition on me.*

Angelo Carusone discusses Musk and X on MSNBC: "The pen is suppo...         https://www.mediamatters.org/angelo-carusone/angelo-carusone-discus...

*MENENDEZ: Well, Angelo, I have to imagine there's a corollary there with Musk trying to sort of say that he's being blackmailed or referencing this idea of being blackmailed. I'm like, this is just how a free market works; companies get to choose how they spend their dollars.*

*ANGELO CARUSONE (MEDIA MATTERS CEO): That's exactly right. I mean, it is obviously – it's a total conflation, right, of the idea of blackmail and which is the standard, as you point out, what a marketplace is. The whole point is for a company like this and for most commercial media, right,  to produce a product so that you get an audience and then advertisers want to reach that audience. And, you know, his response, I think reinforces that. And to try to invert that, to say you must support these ideas, otherwise, you're the bad guy. And beyond that, and Philip sort of alluded to this, is like you're then going to start to activate your audiences to not just express outrage and indignation, but from my perspective, increasingly then gin them up to take more extreme means because they feel like they're on the margins. It's sort of this ends justify the means, might-makes-right style of approach wrapped in this idea that you're advocating for some sort of big value. And Linda Yaccarino reinforced that the next day when she talked about the fact that advertising partners need to really align with the values of what X is trying to do here, even going one step further to say those that are suggesting that those that are remaining are really buying into this larger worldview. And that's never been the idea behind advertising. It's never been to endorse the program. It's been to align with the – or try to get to that audience but to also avoid, you know, basic controversies or extremes.*

*MENENDEZ: Philip, I want to sort of zoom out and I want to think about the conversation that we're having because, listen, we have viewers that don't use X, They may not be thinking about Elon Musk. This is all happening in the broader environment, as you said, where the conservative movement is trying to say that - trying to make the First Amendment something that it is not. It's also happening against the backdrop of the very real possibility of a second Trump term, where Trump is telling us exactly what it is he will do. And part of his effort is to undermine the institutions that would be there to hold him to account.*

*BUMP: Yeah. Yeah, that's exactly right. Yeah. I mean, if you showed the piece that I wrote this week that looked at all of the, you know, the warnings we get about him setting the DOJ against his enemies or, you know, taking over the military. He already tried to do those things. He already had this entire investigation spurred by William Barr, the Durham investigation, that was trying to get dirt on the people who launched the Russia investigation. Right? You know, I really think it's important to contextualize that when we talk about this Elon Musk thing. His arguments are incredibly stupid. They're very stupid arguments. But what they depend on is that you're on team Musk, you're on team right side, you're on team, you know, we are the conservatives. It depends on this fostering of a sense of where we are, the opponents of the bad guys on the left, which is exactly what Donald Trump has done. Elon Musk is Donald Trump, except in the business world, right? Instead of politics. That is what Donald Trump has done. You are on my team or you are the enemy. And that's what Musk is doing with his Twitter fight. That's how Donald Trump frames his politics increasingly obvious ways. And so when we think about the prospect of him becoming president again in January 2025 and implementing those things, he is now more prepared than he was even in 2020 to deploy federal power against his enemies, which is what his base has been inculcated to want.*

*MENENDEZ: And so I've got less than a minute left. But you find yourself in these crosshairs.*

Angelo Carusone discusses Musk and X on MSNBC: "The pen is suppo...          https://www.mediamatters.org/angelo-carusone/angelo-carusone-discus...

*CARUSONE: Yeah, without a doubt. And I think that one of the things that's so sort of, you know, that has been clarifying at this moment is that we've always sort of had this impression that, you know, when you – and this started with the birth of Fox News, this idea of fair and balanced is that everything else is the left and increasingly the enemy. And we're going to sort of balance that out. So it's okay if we fib a little bit because that's how you sort of balance the scales from their perspective, its ends justify the means. And now that's taken to extremes. Now their way of advocating or claiming they advocate for free speech is to go one step further and to use the actual institutions of government power to punish all of those that they identify as the enemy so that then they can sort of purify and have clarity. So we're identified as the enemy, but we're not going to be the only ones. Anyone that tells you that is engaged in sort of any kind of reporting or criticism will be I mean, it's a cliche for a reason, but it's true. The pen is supposed to be mightier than the sword – and this is an area where they're trying to take away the pen from any critics, especially as you noted in your previous segment, we increasingly start to slide into authoritarianism. It's a real dangerous time.*

*MENENDEZ: Indeed. Thank you for this context. Angelo and Philip, as always.*

# EXHIBIT F

On MSNBC, Angelo Carusone discusses how free speech is on the line...                https://www.mediamatters.org/angelo-carusone/msnbc-angelo-carusone...

**DONATE TO MEDIA MATTERS' YEAR-END FUNDRAISER**

MEDIA**MATTERS**
FOR AMERICA

# On MSNBC, Angelo Carusone discusses how free speech is on the line in Media Matters' lawsuit against Texas AG Ken Paxton

*"We're sort of the canary in the coal mine here. This is the new reality for the future is that you don't just flood the zone with extremism and lies. You also then try to cut off the truth tellers."*

**WRITTEN BY   MEDIA MATTERS STAFF**
**PUBLISHED   12/18/23 11:19 AM EST**

12/25/2023, 1:47 PM

On MSNBC, Angelo Carusone discusses how free speech is on the line...                    https://www.mediamatters.org/angelo-carusone/msnbc-angelo-carusone...



From the December 17, 2023, edition of MSNBC's *American Voices*

*JULIAN CASTRO (GUEST HOST): Last week, Media Matters filed a lawsuit against the attorney general of Texas. The media watchdog group says Ken Paxton violated its First Amendment rights when he launched an investigation into their coverage of the social media platform X, formerly known as Twitter. In the complaint, Media Matters is asking a judge to rule that Paxton, on behalf of Texas, violated their free speech rights. They're calling Paxton's investigation retaliatory. Paxton has not commented on the Media Matters lawsuit. Last month, Paxton launched the investigation after Media Matters reported ads from major corporations on X could be seen next to Nazi and white nationalist posts on the platform. Since then, many of those companies – Disney, Apple, Comcast, which is the parent company of MSNBC – all of them pulled their ads from the platform. Elon Musk, who owns X, is also suing Media Matters over the report. With me now, the president of Media Matters, Angelo Carusone. Angelo, thank you for joining me. So explain to me why you felt a lawsuit against the Texas attorney general was the right path for Media Matters.*

12/25/2023, 1:47 PM

On MSNBC, Angelo Carusone discusses how free speech is on the line...          https://www.mediamatters.org/angelo-carusone/msnbc-angelo-carusone...

> *ANGELO CARUSONE (MEDIA MATTERS): In some respects, it was really our only path because the alternative would be to do nothing and have him continue to barrel ahead with this investigation, which he says could be both civil and criminal. And the effects of that are more than just a nuisance. There are harmful effects of it because, as you noted in your opening, this all stems from a report that was put out by one of our investigative reporters that looks at what's happening on the platform. And he responded to that report by launching this investigation. The intent there is it is specter and cloud to chill our speech, to slow us down from engaging.*

> *...*

> *CASTRO: Talk to me about this relationship between Elon Musk and Texas Attorney General Ken Paxton, who, by the way, also headed up Donald Trump's reelection effort in Texas a couple of years back.*

On MSNBC, Angelo Carusone discusses how free speech is on the line...          https://www.mediamatters.org/angelo-carusone/msnbc-angelo-carusone...

*CARUSONE: Yeah, I think the genesis of this is very significant because what happened is that, you know, Elon Musk threatens to sue us. He obviously follows through with it. But in the context of those threats, he engaged with an idea from a Stephen Miller, a former Trump adviser, where he said, you know, in addition to suing Media Matters, you should pursue – state attorney generals, Republican state attorney generals should pursue fraud investigations into them as well. And so Elon Musk promoted that idea. And almost right away, you started to see people like the Missouri AG and Ken Paxton take up that call and initiate these actions. And what's significant about it is when you dig into the complaint, it's pretty clear that, you know, he didn't even attempt to explain how we violated the acts that he's claiming, you know, he has the powers to exercise on here. It very much appears, at minimum, that he was just responding to this very broadside public appeal from Elon Musk to do something to further slow us down or take us down.*

*CASTRO: Well, it's important to note that your reporting about ads appearing next to extremist content on Twitter came the same week Elon Musk amplified an antisemitic trope on X. That post was also an important factor for advertisers leaving the platform. What do we know about the financial situation at X and its ad revenue since then?*

On MSNBC, Angelo Carusone discusses how free speech is on the line...          https://www.mediamatters.org/angelo-carusone/msnbc-angelo-carusone...

*CARUSONE: I mean, the ad revenue for this year so will be will be down somewhere between 50 and 65%. You know, the numbers have been variously reported. Just to put that in real numbers, that somewhere around a little more than $2 billion of straight revenue for the platform. So it is a very significant amount. And a lot of this is the result of Elon Musk's own behavior. And then the types of investigative reporting that we've done, that other news outlets have done, that researchers have done that chronicle the descent of X now into a sort of a supercharged engine of radicalization. So it is more impactful than just the users on Twitter. It actually has a spillover effect for our entire country. That's why this work is so significant.*

*CASTRO: Well, let's talk about that spillover effect. Put this in the broader context of free speech and the state of our democracy. Do you see your organization and this moment as part of that equation?*

On MSNBC, Angelo Carusone discusses how free speech is on the line...                https://www.mediamatters.org/angelo-carusone/msnbc-angelo-carusone...

*CARUSONE: Yes, I think that that is you know, as much as it seems self-serving, it's just it also happens to be true. In some respects when we've seen the increase of attacks and threats against media outlets from MAGA Republicans, from Trumpworld, from elected officials. This is a Nevada-based corporation, X, that operates in California, suing a DC-based organization in the north District of Texas. And, I mean, then subsequently helped ginning up a Republican official to take retaliatory actions against us and to slow them down from speaking. And Ken Paxton has filed with the court to defend ExxonMobil from other AG investigations, making the same argument that when you issue these types of very broadside letters, the only effect can be chilling speech. So he knows what he's doing by his own words. It's not just us. We're sort of the canary in the coal mine here. This is the new reality for the future is that you don't just flood the zone with extremism and lies. You also then try to cut off the truth tellers. And so we won't be the only ones that will be in the barrel. This will be the new normal.*

*CASTRO: Angelo Carusone of Media Matters. Thank you.*

12/25/2023, 1:47 PM

# EXHIBIT G

5:31

← **Eric Hananoki**
17.5K posts

Follow

Posts | **Replies** | Media | Likes

Eric Hananoki reposted

**Matthew Gertz** @MattGertz · 11/21/23

A lot of shit-talking @mmfa here from an office that fired an assistant attorney general on the basis of our research documenting his online QAnon support, bigotry, and threats of violence.

That was an @ehananoki report, of course.
mediamatters.org/twitter/texas-...

KEN PAXTON

**FOR IMMEDIATE RELEASE**
November 20, 2023
www.texasattorneygeneral.gov

**PRESS OFFICE: (512) 463-2050**

**Attorney General Ken Paxton Opens Investigation into Media Matters for Potential Fraudulent Activity**

AUSTIN — The Office of the Attorney General ("OAG") is opening an investigation into Media Matters for potential fraudulent activity. Under the Texas Business Organizations Code and the Deceptive Trade Practices Act, the OAG will vigorously enforce against nonprofits who commit fraudulent acts in or affecting the state of Texas.

Attorney General Paxton was extremely troubled by the allegations that Media Matters, a radical anti-free speech organization, fraudulently manipulated data on X.com (formerly known as Twitter).

"We are examining the issue closely to ensure that the public has not been deceived by the schemes of radical left-wing organizations who would like nothing more than to limit freedom by reducing participation in the public square," said Attorney General Paxton.

\###

Please DO NOT REPLY to this message. It comes from an unmonitored mailbox. If you have any questions regarding this announcement, please contact the Attorney General's Press Office at (512) 463-2050.

154 | 916 | 3.6K | 233K

Eric Hananoki reposted



# EXHIBIT H

facebook.com

← Angelo S. Carusone     🔍

📷 Photos    🦴 Avatars    ★ Life events

## Posts



**Angelo S. Carusone**      •••
Dec 12, 2023 · 🌐

https://www.nbcnews.com/news/amp/rcna129402



NBCNEWS.COM
**Media Matters sues Texas attorney general over response to Elon Musk dispute**
In a complaint filed in federal court Monday, Medi...

👍😊😍 8

👍 8       💬 1       ↪

# EXHIBIT I



# EXHIBIT J



**Angelo Carusone**
73.4K posts

Follow

Posts    Replies    Media    Likes

Paxton violated the First Amendment last month: Unlawful retaliation after @mmfa reported major ad campaigns were running next to white nationalist content on X.

nbcnews.com

3    16    34    1.9K

⇄ Angelo Carusone reposted

**NBC News** ✔ @NBCNews · 12/12/23
Media Matters for America sued Texas Attorney General Ken Paxton in federal court, alleging that Paxton violated the First Amendment last month when he opened an investigation into the organization over its reporting into Elon Musk's X app.

nbcnews.com

107    114    299    44K



# EXHIBIT K



# EXHIBIT L

