AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Media Matters for America, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:24-cv-00147-APM |
| Warren Kenneth Paxton, Jr. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Media Matters for America and Eric Hananoki                    .

Date:   01/30/2024

s/ Abha Khanna
*Attorney's signature*

Abha Khanna WA Bar No.42612
*Printed name and bar number*

Elias Law Group LLP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
*Address*

akhanna@elias.law
*E-mail address*

(206) 656-0177
*Telephone number*

*FAX number*