IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas,<br><br>Defendant. | Civil Action No. 24-cv-147-APM |

**SUPPLEMENTAL DECLARATION OF ERIC HANANOKI
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Eric Hananoki, declare as follows:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I previously submitted a declaration in this lawsuit on January 18, 2024. Since then, I have again been deterred from pursuing additional story ideas due to concern about further legal retaliation from Paxton.

3. In the two weeks since I submitted my declaration, I had at least seven story ideas that I wanted to pursue but did not because of the Demand. The story ideas were about: (1) scam advertising appearing on X, a subject I have covered previously; (2) white nationalists attacking Martin Luther King, Jr. on X; (3) North Dakota legislators sharing extremist, far-right content on X; (4) Holocaust denialism on X following Elon Musk's visit to the Auschwitz-Birkenau memorial and museum; (5) additional reporting following up on my investigation into recipients of X's

1

advertisement revenue sharing program despite recent, critical attention of the program; (6) Musk's interactions on X with a user, previously covered by Media Matters, known to have denied the Holocaust; and, (7) Musk's interactions with an obscure account that posts white supremacist and antisemitic content. Each of these topics is well within my beat, and I have frequently reported on these and similar topics, individuals, and issues in the past.

4. I have only published one article since I submitted my January 18 declaration, and I have only published three articles since Media Matters received the Demand on November 22.[1] Prior to the Demand, I published roughly one or two articles per week. In October 2023 alone, for instance, I wrote nine articles.

5. My fear of additional legal retaliation as a result of Paxton's Demand has impacted the substance of the small handful of articles I have been able to publish. For example, my most recent article describes an interview of right-wing commentator Evan Kilgore, in which Kilgore claims the U.S. government is "Jewish-controlled" and advocates for a violent insurrection.[2] Stew Peters, who conducted the interview of Kilgore, is himself a known white nationalist and antisemite who has previously endorsed Holocaust denial, pro-Hitler propaganda, and violent behavior, as my article describes.

6. I intentionally excluded from the article any mention of Peters' and Kilgore's activities on X, despite its relevance to the piece and my desire to cover the issue. For example, I did not write about how Peters is still allowed to be an active user on X despite engaging in extremist activities on the platform, and I specifically avoided reporting that paid advertisements

---

[1] My articles are generally available here: https://www.mediamatters.org/author/eric-hananoki.

[2] Eric Hananoki, *On Rumble, Stew Peters and TPUSA ambassador suggest violent insurrection against "Jewish-controlled" government*, Media Matters for America (Jan. 26, 2024), https://www.mediamatters.org/turning-point-usa/rumble-stew-peters-and-tpusa-ambassador-suggest-violent-insurrection-against.

have appeared on X in close proximity to Peters' antisemitic content.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 2/1/2024

Eric Hananoki