IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*,<br><br>     Plaintiffs,<br><br>     v.<br><br>WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas,<br><br>     Defendant. | Civil Action No. 24-cv-147-APM |

**DECLARATION OF EZRA W. REESE
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Ezra W. Reese, declare as follows:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am a partner at Elias Law Group, a law firm headquartered in Washington, D.C. I am a member of the District of Columbia and Virginia bars. I am also a member of the bar of this Court.

3. I have served as outside counsel to Media Matters for America, an organization incorporated and headquartered in Washington, D.C., for over a decade.

4. On November 30, 2023, a process server called Media Matters's President. She was outside of Media Matters's Washington, D.C. office and wanted to serve legal process papers on Media Matters' President personally. Media Matters's President was not physically in the office that day.

5.     Later that day, I reached out to the process server to find out what this was about and learned that she had been retained by the Texas Attorney General's Office to serve Media Matters.

6.     In a subsequent conversation that same day, I conveyed to the process server that I was authorized to accept service on behalf of Media Matters.

7.     On December 1, 2023, I met the process server in the lobby of my law firm's office at 250 Massachusetts Avenue NW in the District of Columbia. I accepted service of the Civil Investigative Demand at issue in this lawsuit on behalf of Media Matters.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 2/1/2024

*Ezra Reese*
_____
Ezra W. Reese