IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*,<br><br>     Plaintiffs,<br><br>  v.<br><br>WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas,<br><br>     Defendant. | Civil Action No. 24-cv-147-APM |

**DECLARATION OF CHRISTOPHER D. DODGE
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Christopher D. Dodge, declare as follows:

1.     I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.     I am a Counsel at Elias Law Group LLP in Washington, DC. I am a member of the bar in the District of Columbia, the State of New York, and the Commonwealth of Massachusetts. I am counsel for Media Matters for America and Eric Hananoki ("Plaintiffs") in this matter, and I have been admitted to practice before this Court *pro hac vice*.

3.     I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction in the above-captioned matter.

4.     Attached as **Exhibit M** is a true and correct copy of the April 21, 2023 article by the Epoch Times, "Conservative Leaders Fire Up Their Base at Heritage Foundation Summit," also available at: https://www.theepochtimes.com/us/conservative-leaders-fire-up-their-base-at-

heritage-foundation-summit-5211431. Additionally, a video recording of Attorney General Paxton's speech at the Heritage Foundation's 50th Summit is available at: https://www.youtube.com/watch?v=4eTG32YC_Uw.

5.      Attached as **Exhibit N** is a true and correct copy of the February 25, 2015 news release by the Office of the Attorney General of Texas, "Attorney General Paxton Speaks at Heritage Foundation Discussion on the Case Against President Obama's Executive Amnesty," also available at: https://www.texasattorneygeneral.gov/news/releases/attorney-general-paxton-speaks-heritage-foundation-discussion-case-against-president-obamas.

6.      Attached as **Exhibit O** is a true and correct copy of Attorney General Paxton's Federalist Society profile, also available at: https://fedsoc.org/contributors/ken-paxton.

7.      Attached as **Exhibit P** is a true and correct copy of the February 27, 2018 news release by the Office of the Attorney General of Texas, "AG Paxton Joins U.S. AG Sessions at Press Conference Announcing DOJ's New Steps to Combat the Nation's Opioid Epidemic," also available at: https://www.texasattorneygeneral.gov/news/releases/ag-paxton-joins-us-ag-sessions-press-conference-announcing-dojs-new-steps-combat-nations-opioid.

8.      Attached as **Exhibit Q** is a true and correct copy of the January 6, 2021 article published by the Houston Chronicle, "Ken Paxton at Trump's D.C. rally: 'We will not quit fighting.'" The article is available at: https://www.houstonchronicle.com/politics/texas/article/Paxton-Trump-DC-rally-election-2020-georgia-15850073.php.

9.      Attached as **Exhibit R** is a true and correct copy of an October 16, 2021 article published by the Washington Post, "Publix heiress, funder of Jan. 6 rally, gave $150,000 to GOP attorneys general association," also available at: https://www.washingtonpost.com/investigations/publix-heiress-capitol-riot-wren/2021/10/16/34b7d55a-2481-11ec-a6ad-9ee7deda7f34_story.

html.

10.    Attached as **Exhibit S** is a true and correct copy of the event page for the Georgetown Law Federalist Society's October 27, 2022 event, "A Conversation with Texas Solicitor General Judd Stone," also available at: https://www.law.georgetown.edu/event/a-conversation-with-texas-solicitor-general-judd-stone/.

11.    Attached as **Exhibit T** is a true and correct copy of the event page for the Federalist Society's May 30, 2023 event, "University of Virginia School of Law Alumni Reception," also available at: https://fedsoc.org/events/university-of-virginia-school-of-law-alumni-reception.

12.    Attached as **Exhibit U** is a true and correct copy of the event page for the Federalist Society's June 28, 2023 event, "Panel 1: When Twitter Speaks: Control, Access, and the Role of States," as part of its "2023 Freedom of Thought Conference," also available at: https://fedsoc.org/conferences/2023-freedom-of-thought-conference?#agenda-item-panel-1-when-twitter-speaks-control-access-and-the-role-of-states.

13.    Attached as **Exhibit V** is a true and correct copy of the January 30, 2024 press release by the Office of the Attorney General of Texas, "Texas First Assistant Attorney General to Testify at Congressional Hearing on Southern Border Invasion," also available at: https://www.texasattorneygeneral.gov/news/releases/texas-first-assistant-attorney-general-testify-congressional-hearing-southern-border-invasion.

14.    Attached as **Exhibit W** is a true and correct copy of data from the Texas Ethics Commissions showing contributions to Attorney General Paxton from donors in the District of Columbia since he first ran for Attorney General in 2014. This data is available through the Texas Ethics Commission website: https://www.ethics.state.tx.us/search/cf/AdvancedSearch.php.

15.    Attached as **Exhibit X** is a true and correct copy of the November 12, 2018 article

published by Politico Pro, "Texas Attorney General Paxton named new RAGA chair," also available at: https://subscriber.politicopro.com/article/2018/11/texas-attorney-general-paxton-named-new-raga-chair-2185937.

16.   Attached as **Exhibit Y** is a true and correct copy of data from the Texas Ethics Commissions showing expenditures made by Attorney General Paxton in the District of Columbia since 2014. This data is available through the Texas Ethics Commission website: https://www.ethics.state.tx.us/search/cf/AdvancedSearch.php.

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Christopher D. Dodge_
Christopher D. Dodge

# Exhibit M

US  >  US POLITICS

# Conservative Leaders Fire Up Their Base at Heritage Foundation Summit



Sen. Tim Scott (R-S.C.) speaks at the Heritage Foundation's Leadership Summit in National Harbor, Md., on April 20, 2023. (Terri Wu/The Epoch Times)



By Terri Wu
4/21/2023      Updated:   4/21/2023

A A̯   🖶  Print

OXON HILL, Md.—Many conservative leaders spoke about the threats of woke ideology and the Chinese Communist Party (CCP), one or both,

at the 50th-anniversary leadership summit of the Heritage Foundation, which started Thursday. Audience members said they were encouraged, hopeful, and cautiously looking forward to seeing action taken in the future.

"Welcome to the fight that will determine the next 15 years in the history of the conservative movement in the United States of America," said Kevin Roberts, president of the Heritage Foundation.

"We've learned the hard way that it's not enough for conservatives to hold power. We have to wield it, not for ourselves, but for the country and its future, for the everyday American," he added.

Story continues below advertisement

On Friday, Heritage will announce its new "Mandate for Leadership," a policy book representing the work of over 350 conservative leaders. Roberts described it as a "new plan for the next great conservative presidency" and "comprehensive agenda" that addresses two challenges: "dismantling the woke weaponized administrative state at home" and "defeating the Chinese Communist Party."

He praised that conservative leaders, despite being called "hopelessly fractured" by Washington insiders, formed "urgent consensus" in creating the policy book.

In addition to the CCP threat, various federal and state elected officials covered topics of education, gender identity, and the fiscal

responsibility of Congress.



Texas Attorney General Ken Paxton speaks at the Heritage Foundation's Leadership Summit in National Harbor, Md., on Apr. 20, 2023. (Terri Wu/The Epoch Times)

## Sen. Tim Scott Well Received

"America really seems to be at a crossroads. And to see them coming together at this point, to make that stand for conservatism in the country really matters," Jason McGuire, president of New Yorker's Family Research Foundation, a Christian educational organization, told The Epoch Times, referring to the conservative leaders.

McGuire said he enjoyed the speech of Sen. Tim Scott (R-S.C.), who announced his run for president in 2024. "I think he really gets it that the core of where we need to be is this: faith and freedom are tied together," McGuire added. "He certainly understands that as a people, if we go back to being a people of faith, then I think we'll see a whole different country than we have today."

Story continues below advertisement

AD

Scott told the audience he was happy growing up in a poor family because the household was "filled with love and with faith—there was always the joy of the Lord being your strength."

"If we're going to have a day where we have a new American sunrise, it starts with restoring confidence in who we are as Americans," he said to a room packed with attendees at the Gaylord National Resort and Convention Center, adding that the Founding Fathers should be celebrated and that America is the land of opportunity, not the land of oppression.

He ended his speech with: "The next American sunrise means the strength of our leader is more important than the strength of [China's] leader. Today we are losing the battle because the weakness of the president of the United States is always more important than the strength of President Xi and China. Get ready for another American sunrise."

McGuire said the senator's "new American sunrise" message was a "message of hope."

Story continues below advertisement

AD

"I really look forward to hearing what Gov. DeSantis has to share tomorrow. I think we'll hear some great themes because of a lot of optimism about where we're going to be heading as a country."

Darren, a 34-year-old financial services professional from Dallas, Texas, found Scott a "compelling person in front of the room." "I loved his speaking style. I thought he was very inspiring in the way that he spoke," he told The Epoch Times. "I thought that he did a good job of reminding people that it's okay to be proud to be an American."

The self-identified conservative preferred not to disclose his last name.

## 'Find More Common Ground'

Darren said he identified a theme at the event about changing the relationship with China and "a call around the cultural separation that many feel in the United States."

"And I think that drumbeat is sometimes something that I agree with, and sometimes it isn't. I would like to see politics in the United States less of a versus conversation—we don't need to say 'kumbaya' to each other all the time—and just a more congenial and friendly conversation, if possible," he added.

Story continues below advertisement

AD

His brother Nelson, who lives in St. Petersburg, Florida, shared the same view. Nelson said he dislikes "adversarial conversations" and doesn't think they are helpful. "We're really just all on the same team here. We're all part of the same country. I think that's an ugly way to start a conversation. It certainly doesn't bring new friends into the den," he told The Epoch Times.

In Darren's view, politicians sometimes find it useful to focus on the differences between people's ideas because "it is a way to fire up a base and get elected." "At the end of the day, I want us as a country to be able to find more common ground that I think we're finding now," he said.



Sen. Rick Scott (R-Fla.) speaks at the Heritage Foundation's Leadership Summit in National Harbor, Md., on April 20, 2023. (Terri Wu/The Epoch Times)

Darren said Sen. Rick Scott (R-Fla.) was "definitely the wonk in the room" and "in a positive way." "I loved his bluntness; I felt like Rick's

conversation with us was very frank about his way of approaching Washington. I liked him a lot."

## 'I Feel More Upbeat'

Susan Jellison, a retired nurse from Detroit Lakes, Minnesota, said she had a "marvelous time" at the event. Her top two issues—pro-life and education—were addressed by speakers. "America is going way too far off to the left," she told The Epoch Times, adding that Republican leaders would need to take actions and walk the talk.

Story continues below advertisement



AD

Susan's husband, David, a retired commercial real estate developer, shared that observation.

"Well, I think we came in this time, thinking that the United States is on its last legs. And I think you realize that we are really in major problems in this nation," he told The Epoch Times. "But you have a little bit of hope when you listen to people like Tim Scott, Rick Scott, Josh Hawley, and Kevin Roberts."



Sen. Josh Hawley (R-Mo.) speaks at the Heritage Foundation's Leadership Summit in National Harbor, Md., on April 20, 2023. (Terri Wu/The Epoch Times)

David got a sense of union from speaking to people and listening to the speakers at the event. He said the speakers "are on the right track."

Story continues below advertisement

AD

"I think Josh Hawley's statement at the end was that Republicans have got to wake up and realize the battles ahead of us. We just cannot be Mr. Nice Guy and give in anymore," he said. "They've got to stand up

for the truth and stand up for what they actually believe if they actually believe it. So I think all of that came out very strongly today."

"I feel more upbeat because of the senators and the congressmen we heard speak today. We've just got to hope that they can galvanize together to fight this as one force—not going all these different directions—to stick together," he added.

James Bray, a retired Hinsdale, Illinois physician, has attended Heritage's annual events for the past ten years. "It [the event] will hopefully stimulate people in their 30s and 40s to change their local communities and maybe instills conservatism back into America because things have changed dramatically in the past 20 years in the country," he told The Epoch Times.

# 'Empathy'

Thursday's afternoon event ended on a compassionate note. Former NBA player Enes Kanter Freedom made a surprise appearance. A vocal human rights critic, he spoke for the rights of Uyghurs, Tibetans, Hongkongers, Taiwanese, Mongolians, and Falun Gong practitioners.

When asked what policy would be his top priority, he said, "I just hope that people can have some empathy in their hearts because once you put yourself in their shoes—people with what they're going through the other side of the ocean, or the Middle East, or China, or whatever, you know there's no way that you can pick anything but your morals, values, and principles."

"I just hope people can have some empathy in their hearts."



Enes Kanter Freedom (R), a former professional NBA player, speaks at the Heritage Foundation's Leadership Summit in National Harbor, Md., on April 20, 2023. (Terri Wu/The Epoch Times)

SHARE IT NOW



**Terri Wu**
Author

Terri Wu is a Washington-based freelance reporter for The Epoch Times covering education and China-related issues. Send tips to terri.wu@epochtimes.com.

---

### Author's Selected Articles

**Next Biden–Xi Call Is Likely in the Spring: US Official**

Jan 27, 2024



### Chinese Music Student Convicted of Stalking, Threatening Pro-Democracy Activist in Boston

Jan 25, 2024



---

### Federal Agencies in the Dark About China's US Farmland Purchase, New Report Reveals

Jan 19, 2024



### The House Panel Giving Washington a Reality Check on China

Jan 19, 2024



## RELATED TOPICS

Heritage Foundation

Copyright © 2000 - 2024 The Epoch Times Association Inc. All Rights Reserved.

Cookies Settings

# Exhibit N



KEN PAXTON
ATTORNEY GENERAL *of* TEXAS

_(/)_

**February 25, 2015** | Immigration (/news/categories/immigration)

# Attorney General Paxton Speaks at Heritage Foundation Discussion on the Case Against President Obama's Executive Amnesty

Texas Attorney General Ken Paxton today was joined by Nebraska Attorney General Doug Peterson at the Heritage Foundation for a discussion on the case against President Obama's lawless executive amnesty. Nebraska is part of a 26-state bipartisan coalition led by Texas fighting to stop the President's attempt to unilaterally grant amnesty to millions of illegal immigrants.

"The President of the United States is attempting to end-run Congress to impose and implement his own immigration laws. That's not at all what the country is all about. Our country was founded on the separation of powers, three branches of government each performing their duties as best they can, working in tandem to make a better country for us all.

"The question before us is whether any President should have the authority to circumvent Congress whenever a legislative battle proves too challenging. Texas, and 25 other states, have come

together to say with one voice, that this is fundamentally wrong and entirely unacceptable.

"In any system of government, the rule of law is what stands between freedom and tyranny and we can't afford to waver in its defense," General Paxton said.

On February 16, a federal judge in the Southern District of Texas enjoined in full President Obama's unilateral November 2014 immigration action. The court's order prevents the Obama Administration from spending taxpayer dollars and taking major steps that would substantially harm Texas and would be difficult, if not impossible, to reverse. "This genie would be impossible to put back into the bottle," the ruling stated.

Joining Texas in the lawsuit are: Alabama, Arizona, Arkansas, Florida, Georgia, Idaho, Indiana, Kansas, Louisiana, Maine, Michigan, Mississippi, Montana, Nebraska, Nevada, North Carolina, North Dakota, Ohio, Oklahoma, South Carolina, South Dakota, Tennessee, Utah, West Virginia, Wisconsin.

###

*The Heritage Foundation was founded in 1973 with a mission to formulate and promote conservative public policies based on the principles of free enterprise, limited government, individual freedom, traditional American values, and a strong national defense. Heritage is one of the nation's largest public policy research organizations. Its hundreds of thousands of individual members make it the most broadly supported think tank in America.*

<u>Back to Top</u>

# Exhibit O





# Hon. Ken Paxton

State Attorney General, Texas

Ken Paxton is the 51st Attorney General of Texas. He was elected on November 4, 2014, and sworn into office on January 5, 2015.

As the state's top law enforcement officer, Attorney General Paxton leads more than 4,000 employees in 38 divisions and 117 offices around Texas. That includes nearly 750 attorneys, who handle more than 30,000 cases annually – enforcing child support orders, protecting Texans against consumer fraud, enforcing open government laws, providing legal advice to state officials, and representing the state of Texas in court, among other things.

His first major initiative as attorney general was the formation of a special unit dedicated to combating human trafficking in Texas. During its first year of existence, the Human Trafficking and Transnational Organized Crime (HTTOC) section helped arrest the chief executive officer of Backpage.com, the largest online sex-trafficking marketplace in the United States.

Under Attorney General Paxton's leadership, the agency's Child Support Division is recognized as the most successful and cost-effective program in the nation. In fiscal year 2016, the division collected $4.096 billion for Texas families – an unprecedented amount in one year by any state. This success helped spare the state and Texas taxpayers over $1 billion in public assistance costs.

Attorney General Paxton is focused on protecting Texans and upholding Texas laws and the Constitution. Fighting federal overreach, he filed 22 lawsuits against the Obama administration during a two-year stretch, of which five were heard in the U.S. Supreme Court. During his tenure in office, Attorney General Paxton has won major cases for Texas on immigration, school rights, EPA rules and religious freedom. Stopping the Environmental Protection Agency's "Regional Haze" rule averted higher energy rates for Texans. Businesses were protected and jobs preserved in Texas when Attorney General Paxton prevailed against the Department of Labor's "Overtime Rule."

In 2016, Attorney General Paxton secured a final settlement of $50 million in the state's lawsuit against VW over its emissions cheating scandal. Texas also stands to benefit from as much as $191 million from VW for projects designed to mitigate environmental harm done by the carmaker. Attorney General Paxton has been aggressive in his approach to protecting the health and safety of Texans from illegal synthetic drugs. His office has filed more than a dozen lawsuits to block the sale of synthetic cannabinoids (known as Kush and Spice) in Texas. A special section on the agency's website provides Texans with the information and resources they need to become fully informed about the dangers of synthetic drugs.

Attorney General Paxton graduated from Baylor University, where he served as student body president, earning a B.A. in psychology and an M.B.A. After receiving a law degree from the University of Virginia School of Law, he worked as an attorney at Strasburger & Price, LLP, in-house counsel for J.C. Penney Company, and headed up his own law firm for 14 years in McKinney.

First elected to the Texas House of Representatives in 2002, Attorney General Paxton represented House District 70 for 10 years, one of the fastest-growing regions in the state. In 2012, he was elected to the Texas state Senate,

representing Senate District 8 in Collin and Dallas counties.

He met his wife Angela, a guidance counselor at Legacy Christian Academy in Frisco, while they were students at Baylor. The Paxtons have four children: Tucker, Abby, Mattie, and Katie. They are members of Prestonwood Baptist Church in Plano.
*****

*A person listed as a contributor has spoken or otherwise participated in Federalist Society events, publications, or multimedia presentations. A person's appearance on this list does not imply any other endorsement or relationship between the person and the Federalist Society. In most cases, the biographical information on a person's "contributor" page is provided directly by the person, and the Federalist Society does not edit or otherwise endorse that information. The Federalist Society takes no position on particular legal or public policy issues. All expressions of opinion by a contributor are those of the contributor.*

PAST EVENTS    COMMENTARY





*Sep*

# 10

2020

Thursday
2:00 p.m.
EST

## States' Attorneys General: Defenders of the Bulwarks of Federalism

### South Carolina, Nebraska, and Houston Lawyers Chapter - Online Event

Online Event

Speakers:

Miles Coleman · Ken Paxton · Doug Peterson · Alan Wilson

more

Topics:

Separation of Powers · State Governments · Federalism & Separation of Powers

Sponsors:

Charleston Lawyers Chapter · Columbia Lawyers Chapter · Greenville Lawyers Chapter · Houston Lawyers Chapter · Nebraska Lawyers Chapter

more



🎧 📄

*Apr*
## 27
2020

Monday
12:00 p.m.
EST

## Nationwide Injunctions

*Executive Branch Review Week Teleforum*

Teleforum

Speakers:

Scott Allen Keller · Ken Paxton · Beth A. Williams



This event has concluded.

## *Mar*
# 7
2019

Thursday
12:00 p.m.
EST

---

## March 2019 DC Lunch with Hon. Ken Paxton

### *Washington, DC Lawyers Chapter*

Tony Cheng's
619 H Street, N.W. (Gallery Place Metro)
Washington, DC 20001

Speakers:

Ken Paxton

Sponsors:

Washington DC Lawyers Chapter

In-Person Event



*Nov*
# 18
2017

Saturday
11:00 a.m.
EST

---

## Using the Licensing Power of the Administrative State: Model Rule 8.4(g)

*2017 National Lawyers Convention*

The Mayflower Hotel - Chinese Room
1127 Connecticut Avenue NW
Washington, DC 20036

Speakers:

G. Barry Anderson · Paulette Brown · Stephen Gillers · Ken Paxton · Ronald D. Rotunda

more

Topics:

Professional Responsibility & Legal Education

Sponsors:

Professional Responsibility & Legal Education Practice Group

In-Person Event



This event has concluded.

## *May*
# 9
2017

Tuesday
2:00 p.m.

---

## *Litigation Update: Exxon Investigation*

Teleforum

Speakers:

Ken Paxton

Topics:

Federalism & Separation of Powers · Environmental Law & Property Rights · Corporations, Securities &

Sponsors:

Environmental Law & Property Rights Practice Group

👥 In-Person Event

# Exhibit P



KEN PAXTON
ATTORNEY GENERAL *of* TEXAS

(/)

**February 27, 2018** | **Opioids (/news/categories/opioids)**

# AG Paxton Joins U.S. AG Sessions at Press Conference Announcing DOJ's New Steps to Combat the Nation's Opioid Epidemic

Texas Attorney General Ken Paxton and his counterparts from six other states joined U.S. Attorney General Jeff Sessions today as he announced new steps the Department of Justice (DOJ) is taking to combat the nation's opioid epidemic.

At a news conference in Washington, D.C., Attorney General Sessions praised Attorney General Paxton and his colleagues for their efforts. "Each of them has made combating opioid abuse a priority and has shown outstanding leadership," he said.

The U.S. experienced a record 64,000 fatal drug overdoses in 2016. That same year, there were an estimated 1,375 opioid-related deaths across Texas, affecting communities and families in every region of the state. Attorney General Paxton told the story of a family friend whose life was shattered after she lost her 23-year-old son to an opioid overdose.

"I shouldn't have to tell another story like this one, nor should anyone else," Attorney General Paxton said. "The opioid crisis demands the attention of federal, state, local and private sector leaders. My office will continue to do everything it can to protect Texans from the opioid crisis."

Last year, Attorney General Paxton (https://www.texasattorneygeneral.gov/news/releases/ag-paxton-41-state-investigation-requests-documents-from-companies-that-man) and a bipartisan coalition of 40 other states served investigative subpoenas and additional requests on eight companies that manufacture or distribute highly addictive painkillers. The goal is to collect enough information so that the multi-state coalition can evaluate whether manufacturers and distributors engaged in unlawful practices in the marketing, sale and distribution of opioids.

In a recent announcement addressing the latest DOJ initiatives (https://www.justice.gov/opa/pr/attorney-general-sessions-announces-new-prescription-interdiction-litigation-task-force), Attorney General Sessions shared that a veteran federal prosecutor has been hired to lead anti-opioid efforts. With that, a new task force will target drug manufacturers and distributors whose overselling of prescription painkillers has contributed to an epidemic of fatal overdoses from opioids.

Back to Top

# Exhibit Q

www.houstonchronicle.com /politics/texas/article/Paxton-Trump-DC-rally-election-2020-georgia-15850073.php

# Ken Paxton at Trump's D.C. rally: 'We will not quit fighting.'

Benjamin Wermund ∶ 2-3 minutes ∶ 1/6/2021



Texas Attorney General Ken Paxton speaks Wednesday, Jan. 6, 2021, in Washington, at a rally in support of President Donald Trump called the "Save America Rally." (AP Photo/Jacquelyn Martin)

Jacquelyn Martin, STF / Associated Press

WASHINGTON — Hours before Congress was set to certify President-elect Joe Biden's election victory, Attorney General Ken Paxton touted his failed effort to overturn those results at a rally for President Donald Trump.

"One of the great things about the state of Texas is, we did not quit," Paxton told a crowd gathered outside the White House. "If you look at Georgia, they capitulated, they consented. We kept fighting in Texas."

Paxton led a failed lawsuit last month to have the U.S. Supreme Court toss out the results from four battleground states, which the court refused to consider.

Article continues below this ad

"They should've heard our case," Paxton said.

The attorney general, who was joined on stage at the rally by his wife, state Sen. Angela Paxton, also touted "12 straight lawsuits related to mail-in ballots, related to signature verification" that his office pushed in Texas leading up to the election.

"We fought, we won every single one of those cases — and because of that, Donald Trump won Texas by over 600,000 votes," Paxton said.

Paxton's short speech — about a minute and a half at the podium where Trump is expected to speak later in the day — came just hours before Congress is scheduled to certify the presidential election results. Several Texas Republicans, led by U.S. Sen. Ted Cruz in the Senate, are planning to object to the results, an effort that will do little more than stall the final outcome: A loss for Trump.

Article continues below this ad

But the message at the Trump rally throughout Wednesday morning was that the fight must go on. Multiple speakers urged the crowd to stay engaged, reminding supporters that the midterms are just around the corner.

"What we have in President Trump is a fighter. And I think that's why we're all here," Paxton said. "We will not quit fighting. We're Texans, we're Americans, and the fight will go on."

ben.wermund@chron.com

Jan 6, 2021|Updated Jan 6, 2021 11:56 a.m.

# Exhibit R

This article was published more than **2 years ago**

# The Washington Post

*Democracy Dies in Darkness*

INVESTIGATIONS

# Publix heiress, funder of Jan. 6 rally, gave $150,000 to GOP attorneys general association

By Beth Reinhard, Jacqueline Alemany and Tom Hamburger

October 16, 2021 at 9:34 a.m. EDT

A wealthy Trump donor who helped finance the rally in Washington on Jan. 6 also gave $150,000 to the nonprofit arm of the Republican Attorneys General Association, records show, funds that a person familiar with the contribution said were intended in part to promote the rally. The nonprofit organization paid for a robocall touting a march that afternoon to the U.S. Capitol to "call on Congress to stop the steal."

On Dec. 29, Julie Jenkins Fancelli, daughter of the founder of the Publix grocery store chain, gave the previously undisclosed contribution to RAGA's nonprofit Rule of Law Defense Fund, or RLDF, records reviewed by The Washington Post show. On the same day, the records show that Fancelli gave $300,000 to Women for America First, the "Stop the Steal" group that obtained a permit for the rally featuring former president Donald Trump.

Funding for the events in Washington that day is a focus of the House select committee investigating the violent riot at the U.S. Capitol that followed the rally. The panel is also interested in the role state officials, including attorneys general, played in encouraging people to go to Washington on Jan. 6 and in supporting Trump's efforts to overturn the election, according to people familiar with the committee's work.

The leaders of Women for America First have been subpoenaed by the committee, as has Caroline Wren, a Republican fundraiser who was listed on that group's permit as a "VIP ADVISOR." Both of Fancelli's donations were arranged by Wren, according to the records and the person with knowledge of the contributions, who like some others interviewed for this story spoke on the condition of anonymity due to the sensitivity of the matter.

"We have many questions about coordination and funding, and we are actively seeking records and testimony that will answer those questions," said committee spokesman Tim Mulvey. "Many witnesses are already engaging with the committee, and we expect cooperation to help us get the answers we're seeking."

The documents sought by the subpoenas sent to rally organizers were due Wednesday.

Fancelli, who is not involved in Publix business operations, did not respond to multiple requests seeking comment, and it is unclear if she knew about the robocall ahead of time. In a statement to the Wall Street Journal, which reported in January that Fancelli had given approximately $300,000 to support the rally, she said: "I am a proud conservative and have real concerns associated with election integrity, yet I would never support any violence, particularly the tragic and horrific events that unfolded on January 6th."

Alex Jones, a far-right talk show host and conspiracy theorist who was involved in the Jan. 6 rally, has said that it cost "close to half a million dollars." He has also said a donor he did not identify paid for 80 percent of the rally.

In a statement to The Post, Wren's lawyer said: "Ms. Wren, in her role as an event planner, assisted many others in providing and arranging for a professionally produced and completely peaceful event at the White House Ellipse with hundreds of thousands of Americans who were in D.C. to lawfully exercise their first amendment rights, a primary pillar of American democracy. Ms. Wren was not present at the United States Capitol or the Capitol Grounds on January 6th."

Before the rally, the robocall showed that the effort to get people to march on the Capitol was backed not just by Trump activists but by a law-and-order organization in the GOP establishment.

After the riot, the robocall led to upheaval at RAGA. Then-executive director Adam Piper — who was also president of the RLDF, according to a source familiar with the organizations — resigned amid a furor. Several corporate donors said they would no longer support the group.

Piper was replaced in April by Peter Bisbee, who was executive director of RLDF at the time of the rally. Bisbee's ascension was followed by more than a half dozen resignations, many in protest, including that of then-finance director Ashley Trenzeluk. Trenzeluk's resignation letter, which was reported by Alabama Political Reporter, said Bisbee approved the robocall expenditure.

Georgia Attorney General Chris Carr stepped down as RAGA chairman after Bisbee was elected executive director, citing disagreements over the direction of the organization. Carr was also among the minority of Republican attorneys general who did not back Texas Attorney General Ken Paxton's failed effort at the U.S. Supreme Court to challenge Joe Biden's victory in four states, including Georgia.

"This fundamental difference of opinion began with vastly opposite views of the significance of the events of January 6," Carr wrote in his resignation letter. "The differences have continued as we have tried to restore RAGA's reputation internally and externally and were reflected once again during the process of choosing our next executive director."

Bisbee declined to comment for this story. A RAGA spokesman, Johnny Koremenos, did not respond to detailed questions about the robocall, including its cost, but said in a statement: "Over the last 10 months, the Republican Attorneys General Association and every Republican AG have repeatedly condemned the violence that took place on January 6. RLDF's participation in the events was limited to a robocall and those involved with those decisions are no longer with the organization."

Piper did not respond to numerous calls and texts from The Post.

"What took place at the Capitol on Wednesday truly sickens me," he wrote in a Jan. 11 email to RAGA staffers that was obtained by The Post. "It is fully inconsistent with what I have spent my entire career fighting for — the preservation, promotion and protection of freedom and opportunity."

RLDF, a tax-exempt organization, is not required by the Internal Revenue Service to disclose its donors. The nonprofit "promotes the rule of law, federalism, and freedom in a civil society," according to its website.

"I'm calling for the Rule of Law Defense Fund with an important message," stated the robocall, which was first reported by Documented, a watchdog group that focuses on corporate influence. "The March to Save America is tomorrow in Washington D.C. at the Ellipse in President's Park between E St. and Constitution Avenue on the south side of the White House, with doors opening at 7 a.m. At 1 p.m., we will march to the Capitol building and call on Congress to stop the steal. We are hoping patriots like you will join us to continue to fight to protect the integrity of our elections. For more information, visit MarchtoSaveAmerica.com. This call is paid for and authorized by the Rule of Law Defense Fund, 202-796-5838."

The voice on the call belonged to an RLDF staffer, according to former RAGA staffers.

The website it mentioned was created by right-wing activist Ali Alexander's "Stop the Steal" team that was urging Congress to object to Biden's victory, according to a person familiar with the website and records reviewed by The Post. The website identified RAGA as a "coalition sponsor" on the morning of Jan. 3, and then later referred to RLDF as a "participating organization" in the run-up to Jan. 6, according to archived versions of the page that are no longer online.

The robocall was also promoted, along with the website, in a text sent out by American Principles Project, a Virginia-based conservative nonprofit. The text, which included a telephone number where callers could hear the RLDF robocall, called on supporters to join the president and Paxton "in DC tomorrow 2 fight for the integrity of our elections!" The Texas attorney general spoke at the rally.

Terry Schilling, executive director of the American Principles Project, declined to comment Friday. Paxton did not respond to requests for comment.

The Post was not able to determine how many people received the robocall or the text.

Fancelli, who goes by the first names Julie and Julia in public records, donated nearly $1 million to a joint account for the Trump campaign and Republican Party in 2019 and 2020, according to Federal Election Commission records.

She has been registered as a nonpartisan voter in Polk County, Florida since 2001, public records show.

Publix Super Markets has distanced itself from Fancelli, noting in a Jan. 30 tweet that she "is not involved in our business operations, nor does she represent the company in any way."

After the 2020 election, many RAGA members joined with Trump in promoting baseless allegations of massive voter fraud. Seventeen of the 26 GOP attorneys general signed on to a brief asking the Supreme Court to reject the election results from four battleground states won by Biden.

After Jan. 6, however, Piper said in a statement that no Republican attorney general had "authorized the staff's decision" to promote the rally. "Organizationally and individually, we strongly condemn and disavow the events which occurred. Yesterday was a dark day in American history and those involved in the violence and destruction of property must be prosecuted and held accountable."

Alabama Attorney General Steve Marshall, who was then the chairman of RLDF, told reporters that decisions to support the rally were made without his knowledge and that he had ordered an internal review. "Every decision Adam made on behalf of RLDF was with the best of intentions and with the organization's best interests in mind," Marshall said in a statement at the time.

A handful of other Republican attorneys general expressed outraged. "I am shocked and angered by this unauthorized act by a rogue staffer, which I found out about through a press report," Ohio's Republican attorney general, Dave Yost, said in a Jan. 9 tweet. "It is the opposite of the rule of law and contrary to what I stand for."

RAGA has been a fundraising powerhouse in recent election cycles. But since Jan. 6, the organization's fundraising prowess has suffered. RAGA raised about $2 million less in the first half of 2021 than the $8.5 million it raised during the same period in 2019, according to IRS records.

A person familiar with RAGA funding said those numbers need to be considered in light of the pandemic, and noted that 2019 was an especially expensive year for the organization. Even so, after the group's role in the events of Jan. 6 was disclosed, several companies vowed to cut off donations, including Facebook and Lyft.

The U.S. Chamber of Commerce, which has supported RAGA substantially in the past, did not donate during the first half of this year.

Of the $6.7 million RAGA has received through June 2021, $2.5 million came from the Concord Group, a conservative organization founded in part by Federalist Society co-chairman Leonard Leo, according to published reports. Bisbee previously worked at the Federalist Society.

Amy Gardner, Josh Dawsey, Emma Brown and Alice Crites contributed to this report.

beth.reinhard@washpost.com

# Exhibit S

# GEORGETOWN LAW

ADMISSIONS & AID    ACADEMICS    EXPERIENTIAL LEARNING    FACULTY RESEARCH    YOUR LIFE & CAREER    🔍

⌂    HOME    /    EVENTS

# A Conversation with Texas Solicitor General Judd Stone

McDonough 164    /    October 27, 2022    /    12:00 pm - 1:30 pm

Organized by Federalist Society

SHARE    Ⓕ Ⓣ in

A Conversation with Texas Solicitor General Judd Stone.

BACK TO EVENT LISTING  ▸

VISIT OUR CAMPUS    ABOUT    MAKE A GIFT    ACCESSIBILITY    ABA REQUIRED DISCLOSURE    Ⓕ Ⓣ in ▶ Ⓘ



GEORGETOWN LAW    600 NEW JERSEY AVENUE NW    /    WASHINGTON DC 20001    /    202.662.9000

# Exhibit T

# *University of Virginia School of Law Alumni Reception*



### *May*
# 30
2023

Tuesday
6:00 p.m.
EST

👥 In-Person Event

The Federalist Society's Rooftop
1776 Eye St NW
Washington, DC 20006

Join fellow alumni and current UVA students at a Federalist Society Rooftop Reception sponsored by the Freedom of Thought Project. This event will feature remarks by Hon. Ryan Baasch, Assistant Solicitor General of Texas, and Hon. Gregory Katsas, Judge, US Court of Appeals, DC Circuit.

*******

*As always, the Federalist Society takes no position on particular legal or public policy issues; all expressions of opinion are those of the speaker.*





Ryan Baasch



Gregory G. Katsas

# Exhibit U



# *State Power Review: Considering the Role of States in Preserving Freedom*

## 2023 Freedom of Thought Conference

**JUNE 28, 2023**

*Jun*
28
2023

Wednesday
9:00 a.m.
EST

In-Person Event

The Mayflower Hotel
1127 Connecticut Ave NW
Washington, DC 20036

| **Overview** | **6.28 Wednesday** ▶ |

9:00 a.m. – 10:30 a.m.
Panel 1: When Twitter Speaks: Control, Access, and the Role of States
State Power Review Conference



Palm Court

The Mayflower Hotel

1127 Connecticut Ave NW

Washington, DC 20036

## SHARE

## EVENT VIDEO



When Twitter Speaks: Control, Access, and the Role of States [Freedom …

## DESCRIPTION

Texas and Florida both recently adopted statutes that regulate content moderation by social media platforms. The statutes have been challenged in the Fifth and Eleventh Circuits, raising questions of how to balance the

dominant communication networks' right to exclude users and control their networks against the ability of states to require non-discriminatory treatment. To what extent is content moderation speech or expressive conduct, how should the states' power to regulate common carriers affect the constitutional analysis, and how is the Supreme Court likely to resolve these questions?

This panel will focus on the disagreement within the right we see in the competing analytical approaches from the Fifth and Eleventh Circuits.

**Featuring:**

- **Ryan Baasch**, Assistant Solicitor General, Texas Office of the Attorney General
- **Alan Gura,** Vice President for Litigation, Institute for Free Speech
- **Ray Treadwell**, Chief Deputy General Counsel, Executive Office of the Governor, State of Florida
- **Jonathan D. Urick,** Associate Chief Counsel, U.S. Chamber of Commerce Litigation Cente
- *Moderator:* **Hon. Chad A. Readler,** Judge, United States Court of Appeals, Sixth Circuit

## SPEAKERS



Ryan Baasch



Alan Gura



Chad A. Readler



Raymond Treadwell



Jonathan D. Urick

 In-Person Event

---

10:45 a.m. - 12:15 p.m.
Panel 2: Corporate Power and State Power: Structural Protections for Liberty
State Power Review Conference



---

12:30 p.m. - 1:00 p.m.
Lunch
State Power Review Conference



---

1:00 p.m. - 1:45 p.m.
Fireside Chat: Corporate Power and the Rule of Law

State Power Review Conference



<br>

2:00 p.m. - 3:30 p.m.
Panel 3: Corporate Speech and the First Amendment
State Power Review Conference



<br>

3:45 p.m. - 5:15 p.m.
Panel 4: Academic Freedom in Higher Education: The Role of States
Defending Freedom of Thought
State Power Review Conference



<br>

5:15 p.m. - 6:15 p.m.
Closing Reception
State Power Review Conference

<br>

Back to top

# Exhibit V



KEN PAXTON
ATTORNEY GENERAL *of* TEXAS

_()_

**January 30, 2024 | Press Release**

# Texas First Assistant Attorney General to Testify at Congressional Hearing on Southern Border Invasion

Texas Attorney General Ken Paxton has assigned First Assistant Attorney General Brent Webster to testify in the United States Congress before the House Judiciary Subcommittee on the Constitution and Limited Government. First Assistant Webster will discuss Attorney General Paxton's litigation initiatives challenging the Biden Administration's unlawful immigration doctrine.

The hearing, titled "The Southern Border Crisis: The Constitution and the States," will begin at 9:00 a.m. Central Time on Tuesday, January 30, 2024. The subcommittee will "examine states' authority to secure the southern border when the federal executive fails to do so."

Attorney General Ken Paxton has been at the forefront of upholding Texas's right to defend itself against an historic invasion, routinely filing lawsuits to uphold law and order after the Biden Administration has abandoned its constitutional responsibilities. In addition to fighting Biden's open borders doctrine in federal courtrooms from Del Rio to D.C., Attorney General Paxton has rejected (https://www.texasattorneygeneral.gov/news/releases/attorney-general-ken-paxton-refuses-biden-administrations-demand-surrender-shelby-park-and-end) unlawful demand letters from the U.S. Department of Homeland Security ("DHS") on two separate occasions.

"Rather than addressing Texas's urgent requests for protection, President Biden has authorized DHS to send a threatening letter through its lawyers," Attorney General Paxton told (https://www.texasattorneygeneral.gov/news/releases/attorney-general-ken-paxton-responds-biden-administrations-demand-texas-cease-and-desist-securing) DHS. "But Texas has lawyers, too, and I will continue to stand up for this State's constitutional powers of self-defense. Instead of running to the U.S. Department of Justice in hopes of winning an injunction, you should advise your clients at DHS to do their job and follow the law."

To read more about the hearing and to watch live, click here (https://judiciary.house.gov/committee-activity/hearings/southern-border-crisis-constitution-and-states).

To read Mr. Webster's written testimony submitted to Congress, click here. (/sites/default/files/images/press/First%20Assistant%20Brent%20Webster%20Congressional%20Testimony%20FINAL.pdf)

# Exhibit W



# Texas Ethics Commission

## Contributions By FilerID 00051407 (COH)

## Paxton,W. Kenneth

Printed On  Thu Feb 01 15:16:05 CST 2024

| REPNO | Report Type | Contributor Name | Amount ▲ | Description | Date | Employer | Occupation | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 100863375 | RUNOFF | Judson ,Will | 1.00 | | 02-22-2022 | | Account Manager | Washington | DC | 20003 |
| 100894622 | SEMIJUL | Sartori ,Howard | 1.00 | | 06-24-2023 | Self-Employed | Engineer | Wash | DC | 20037 |
| 100894622 | SEMIJUL | Sartori ,Howard | 1.00 | | 06-23-2023 | Self-Employed | Engineer | Wash | DC | 20037 |
| 100894622 | SEMIJUL | Sartori ,Howard | 1.00 | | 06-22-2023 | Self-Employed | Engineer | Wash | DC | 20037 |
| 100894622 | SEMIJUL | Sartori ,Howard | 4.00 | | 06-27-2023 | Self-Employed | Engineer | Wash | DC | 20037 |
| 100850592 | E30DAYBEF | Sartori ,howard | 10.00 | | 01-09-2022 | | | Washington | DC | 75313 |
| 100850592 | E30DAYBEF | Sartori ,howard | 10.00 | | 01-19-2022 | | | Washington | DC | 75313 |
| 100894622 | SEMIJUL | Sartori ,Howard | 10.00 | | 06-24-2023 | Self-Employed | Engineer | Wash | DC | 20037 |
| 100894622 | SEMIJUL | Sartori ,Howard | 10.00 | | 06-21-2023 | Self-Employed | Engineer | Wash | DC | 20037 |
| 100863375 | RUNOFF | Connolly ,Ruth | 15.00 | | 03-02-2022 | | | Washington | DC | 20009 |
| 100894622 | SEMIJUL | Sartori ,Howard | 15.00 | | 06-23-2023 | Self-Employed | Engineer | Wash | DC | 20037 |
| | | | | | | | | | | |

| REPNO | Report Type | Contributor Name | Amount ▲ | Description | Date | Employer | Occupation | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 100894622 | SEMIJUL | Sartori ,Howard | 15.00 | | 06-30-2023 | Self-Employed | Engineer | Wash | DC | 20037 |
| 100894622 | SEMIJUL | Sartori ,Howard | 15.00 | | 06-22-2023 | Self-Employed | Engineer | Wash | DC | 20037 |
| 100829374 | SEMIJUL | Bethell ,Donna | 25.00 | | 06-25-2021 | retired | | Washington | DC | 20016 |
| 100938354 | SEMIJAN | Gerstenfeld ,Roger | 25.00 | | 09-29-2023 | Retired | Retired | Washington | DC | 20016 |
| 643931 | SEMIJAN | NFIB Texas Safe Trust | 40.48 | Mailed members in support of campaign | 10-31-2014 | | | Washington | DC | 20004 |
| 100850113 | SEMIJAN | Novak ,Geraldine | 100.00 | | 09-12-2021 | retired | retired | Washington | DC | 20004 |
| 631291 | E08DAYBEF | Idelkope ,Julie Ann | 200.00 | | 10-15-2014 | Pfizer | Government Relations | Washington | DC | 20001 |
| 100850113 | SEMIJAN | Martin ,Ellen | 200.00 | | 09-21-2021 | Self | Self | Washington | DC | 20016 |
| 100680074 | SEMIJAN | Heyl ,Dean | 250.00 | | 11-15-2016 | | | Washington | DC | 20013 |
| 100863375 | RUNOFF | Martin ,Ellen | 250.00 | | 03-02-2022 | | | Washington | DC | 20016 |
| 100855336 | E08DAYBEF | Martin ,Ellen | 250.00 | | 02-16-2022 | Self | Self | Washington | DC | 20016 |
| 628740 | E30DAYBEF | Miller ,Andrew P. | 250.00 | | 08-08-2014 | | | Washington | DC | 20007 |
| 628740 | E30DAYBEF | Raman ,Sujit | 250.00 | | 08-11-2014 | | | Washington | DC | 20001 |
| 631291 | E08DAYBEF | Wessel ,Carlton | 250.00 | | 10-15-2014 | DLA Piper LLP | Partner | Washington | DC | 20008 |
| 100905307 | E08DAYBEF | Martin ,Ellen | 375.00 | | 10-07-2022 | | | Washington | DC | 20016 |
| 631291 | E08DAYBEF | Hyland ,James | 500.00 | | 10-20-2014 | The Pennsylvania Avenue Group | President & Counsel | Washington | DC | 20004 |

| REPNO | Report Type | Contributor Name | Amount ▲ | Description | Date | Employer | Occupation | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 100638095 | SEMIJUL | Nash ,Bernard | 500.00 | | 05-06-2016 | Cozen O'Connor | Attorney | Washington | DC | 20036 |
| 100755642 | SEMIJAN | Nash ,Bernard | 500.00 | | 12-06-2018 | Cozen O'Connor | Attorney | Washington | DC | 20036 |
| 100812191 | SEMIJAN | Strobel ,Kristin | 500.00 | | 09-25-2020 | | | Washington | DC | 20005 |
| 615379 | E08DAYBEF | APAC Texas Political Action Committee | 500.00 | | 05-14-2014 | | | Washington | DC | 20001 |
| 631291 | E08DAYBEF | Deloitte Federal Political Action Committee | 500.00 | | 10-20-2014 | | | Washington | DC | 20044 |
| 628740 | E30DAYBEF | Corkery ,Neil & Ann | 1,000.00 | | 07-28-2014 | Sudan Fund | Executive Director | Washington | DC | 20007 |
| 621621 | SEMIJUL | Dinh ,Viet | 1,000.00 | | 06-30-2014 | Bancroft PLLC | Attorney | Washington | DC | 20008 |
| 100905307 | E08DAYBEF | Domen ,Vic | 1,000.00 | | 10-12-2022 | Fulbright US LLP | Antitrust and Competition Counsel | Washington | DC | 20001 |
| 628740 | E30DAYBEF | Kalani ,Lori | 1,000.00 | | 07-22-2014 | Dickstein Shapiro | Partner | Washington | DC | 20006 |
| 100712712 | SEMIJUL | Nash ,Bernard | 1,000.00 | | 06-28-2018 | Cozen O'Connor | Attorney | Washington | DC | 20036 |
| 628740 | E30DAYBEF | Nash ,Bernard | 1,000.00 | | 07-22-2014 | Dickstein Shapiro | Partner | Washington | DC | 20006 |
| 100755810 | SEMIJUL | Nash ,Bernard | 1,000.00 | | 06-27-2019 | Cozen O'Connor | Attorney | Washington | DC | 20036 |
| 100755642 | SEMIJAN | Honeywell International PAC | 1,000.00 | | 11-02-2018 | | | Washington | DC | 20001 |
| 100755642 | SEMIJAN | Texas Transportation and Growth, a CRH Americas PAC | 1,000.00 | | 12-08-2018 | | | Washington | DC | 20001 |
| 100774281 | SEMIJAN | Hunton Andrews Kurth, LLP | 1,000.00 | | 09-03-2019 | | | Washington | DC | 20037 |
| 100774281 | SEMIJAN | Reed Smith, LLP | 1,000.00 | | 07-31-2019 | | | Washington | DC | 20005 |

| REPNO | Report Type | Contributor Name | Amount ▲ | Description | Date | Employer | Occupation | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 100680074 | SEMIJAN | Citizens United Political Victory Fund | 1,000.00 | | 11-29-2016 | | | Washington | DC | 20003 |
| 100724561 | E08DAYBEF | Citizens United Political Victory Fund | 1,000.00 | | 10-13-2018 | | | Washington | DC | 20003 |
| 631291 | E08DAYBEF | Texas Transportation and Growth; an Oldcastle | 1,000.00 | | 10-23-2014 | | | Washington | DC | 20001 |
| 631291 | E08DAYBEF | Citizens United Political Victory Fund | 1,000.00 | | 10-25-2014 | | | Washington | DC | 20003 |
| 628740 | E30DAYBEF | Career Education Corporation PAC | 1,000.00 | | 08-08-2014 | | | Washington | DC | 20013 |
| 628740 | E30DAYBEF | General Electric Political Action Committee | 1,000.00 | | 09-18-2014 | | | Washington | DC | 20004 |
| 100712712 | SEMIJUL | Texas Transportation and Growth, an Oldcastle, Inc. | 1,000.00 | | 02-24-2018 | | | Washington | DC | 20001 |
| 100812191 | SEMIJAN | Cigna Corporation PAC | 1,500.00 | | 07-15-2020 | | | Washington | DC | 20004 |
| 628740 | E30DAYBEF | Gray ,C. Boyden | 2,000.00 | | 09-08-2014 | Boyden Gray & Associates | Founding Partner | Washington | DC | 20007 |
| 100774281 | SEMIJAN | News Corp PAC | 2,000.00 | | 07-18-2019 | | | Washington | DC | 20001 |
| 643931 | SEMIJAN | Twenty-First Century Fox, Inc. PAC | 2,000.00 | | 12-13-2014 | | | Washington | DC | 20001 |
| 100638095 | SEMIJUL | Altria Group, Inc. PAC | 2,000.00 | | 04-07-2016 | | | Washington | DC | 20001 |
| 100774281 | SEMIJAN | Gray ,C. Boyden | 2,500.00 | | 12-31-2019 | Boyden Gray & Associates | Attorney | Washington | DC | 20007 |
| 100724561 | E08DAYBEF | American Resort Development Association | 2,500.00 | | 10-01-2018 | | | Washington | DC | 20005 |
| 100774281 | SEMIJAN | Altria Group, Inc. PAC | 2,500.00 | | 11-29-2019 | | | Washington | DC | 20001 |
| 100774281 | SEMIJAN | Citigroup, Inc. PAC | 2,500.00 | | 07-18-2019 | | | Washington | DC | 20004 |

| REPNO | Report Type | Contributor Name | Amount ▲ | Description | Date | Employer | Occupation | City | State | Zip |
|-------|-------------|------------------|----------|-------------|------|----------|------------|------|-------|-----|
| 100680074 | SEMIJAN | Altria Group, Inc. PAC | 2,500.00 | | 12-10-2016 | | | Washington | DC | 20001 |
| 100876775 | E30DAYBEF | AMERICAN RESORT DEVELOPMENT | 2,500.00 | | 09-29-2022 | | | Washington | DC | 20005 |
| 100724561 | E08DAYBEF | Hewlett Packard Enterprise Company PAC | 2,500.00 | | 10-05-2018 | | | Washington | DC | 20001 |
| 615379 | E08DAYBEF | Deloitte Federal Political Action Committee | 2,500.00 | | 04-28-2014 | | | Washington | DC | 20044 |
| 631291 | E08DAYBEF | Dickstein Shapiro LLP | 2,500.00 | | 10-15-2014 | | | Washington | DC | 20006 |
| 628740 | E30DAYBEF | NFIB Texas Safe Trust | 2,500.00 | | 09-16-2014 | | | Washington | DC | 20004 |
| 628740 | E30DAYBEF | Dickstein Shapiro LLP | 2,500.00 | | 08-11-2014 | | | Washington | DC | 20006 |
| 100774281 | SEMIJAN | Phillips 66 PAC | 2,500.66 | | 07-01-2019 | | | Washington | DC | 20004 |
| 100774281 | SEMIJAN | Cigna Corporation PAC | 3,000.00 | | 12-04-2019 | | | Washington | DC | 20004 |
| 100690774 | SEMIJAN | Cigna Corporation PAC | 5,000.00 | | 08-17-2017 | | | Washington | DC | 20004 |
| 100774281 | SEMIJAN | The Home Depot, Inc. PAC | 5,000.00 | | 12-21-2019 | | | Washington | DC | 02004 |
| 100680074 | SEMIJAN | Google NETPAC | 5,000.00 | | 11-23-2016 | | | Washington | DC | 20001 |
| 100755642 | SEMIJAN | Altria Group, Inc. PAC | 5,000.00 | | 10-29-2018 | | | Washington | DC | 20001 |
| 100724561 | E08DAYBEF | Cigna Corporation PAC | 5,000.00 | | 10-05-2018 | | | Washington | DC | 20004 |
| 100722355 | E30DAYBEF | Citigroup, Inc. PAC | 5,000.00 | | 08-10-2018 | | | Washington | DC | 20004 |
| 621621 | SEMIJUL | Waste Management PAC | 5,000.00 | | 06-05-2014 | | | Washington | DC | 20004 |

| REPNO | Report Type | Contributor Name | Amount ▲ | Description | Date | Employer | Occupation | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 631291 | E08DAYBEF | Citigroup Inc. Political Action Committee | 5,000.00 | | 10-25-2014 | | | Washington | DC | 20004 |
| 628740 | E30DAYBEF | Google Inc. NetPAC | 5,000.00 | | 08-15-2014 | | | Washington | DC | 20007 |
| 643931 | SEMIJAN | Altria Group, Inc. Political Action Committee | 5,000.00 | | 12-11-2014 | | | Washington | DC | 20001 |
| 643931 | SEMIJAN | Altria Group, Inc. Political Action Committee | 5,000.00 | | 11-19-2014 | | | Washington | DC | 20001 |
| 100680074 | SEMIJAN | Gray ,C. Boyden | 5,400.00 | | 11-23-2016 | Boyden Gray & Associates | Attorney | Washington | DC | 20007 |
| 100722355 | E30DAYBEF | Republican Attorneys General Association | 7,500.00 | campaign services | 08-23-2018 | | | Washington | DC | 20006 |
| 100712712 | SEMIJUL | Nextera Energy PAC | 7,500.00 | | 06-16-2018 | | | Washington | DC | 20004 |
| 100680074 | SEMIJAN | Republican Attorneys General Association | 8,025.50 | airfare to attend RAGA events at the RNC | 07-01-2016 | | | Washington | DC | 20006 |
| 100755642 | SEMIJAN | The Home Depot, Inc. PAC | 10,000.00 | | 10-30-2018 | | | Washington | DC | 20004 |
| 100724561 | E08DAYBEF | Anthem, Inc. PAC | 10,000.00 | | 10-17-2018 | | | Washington | DC | 20004 |
| 100790338 | SEMIJUL | ARDA ROC-PAC | 10,000.00 | | 02-27-2020 | | | Washington | DC | 20005 |
| 100722355 | E30DAYBEF | Kochpac - Koch Industries, Inc | 10,000.00 | | 09-27-2018 | | | Washington | DC | 20005 |
| 631291 | E08DAYBEF | Republican Attorneys General Association | 10,000.00 | | 10-15-2014 | | | Washington | DC | 20006 |
| 628740 | E30DAYBEF | Koch Industries Political Action Committee | 10,000.00 | | 09-02-2014 | | | Washington | DC | 20005 |
| 643931 | SEMIJAN | Union Pacific Corporation Fund for Effective | 10,000.00 | | 11-02-2014 | | | Washington | DC | 20005 |
| 643931 | SEMIJAN | Home Depot Inc. Political Action Committee | 10,000.00 | | 11-02-2014 | | | Washington | DC | 20004 |

| REPNO | Report Type | Contributor Name | Amount ▲ | Description | Date | Employer | Occupation | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| 100638095 | SEMIJUL | Home Depot PAC | 10,000.00 | | 06-30-2016 | | | Washington | DC | 20004 |
| 100712712 | SEMIJUL | Kochpac - Koch Industries, Inc | 10,000.00 | | 04-20-2018 | | | Washington | DC | 20005 |
| 100724561 | E08DAYBEF | Republican Attorneys General Association | 14,000.00 | campaign polling | 10-16-2018 | | | Washington | DC | 20006 |
| 100712712 | SEMIJUL | Republican Attorneys General Association | 50,000.00 | | 06-27-2018 | | | Washington | DC | 20006 |
| 100674309 | SEMIJUL | Republican Attorneys General Association | 100,000.00 | | 06-28-2017 | | | Washington | DC | 20006 |
| 100829374 | SEMIJUL | Republican Attorneys General Association | 250,000.00 | | 06-29-2021 | | | Washington | DC | 20006 |
| 100850113 | SEMIJAN | Republican Attorneys General Association | 250,000.00 | | 12-31-2021 | | | Washington | DC | 20006 |
| 100724561 | E08DAYBEF | Republican Attorneys General Association | 500,000.00 | | 10-23-2018 | | | Washington | DC | 20006 |
| | | | | | | | | | | |

# Exhibit X



# Texas Attorney General Paxton named new RAGA chair

By Daniel Strauss

11/12/2018 02:39 PM EST

Texas Attorney General Ken Paxton has been named the new chair of the Republican Attorneys General Association for the 2019 election cycle.

Paxton succeeds Arkansas Attorney General Leslie Rutledge as chair of the organization. Indiana Attorney General Curtis Hill will serve as vice chair.

"The trust of Texas voters, and of my fellow Republican attorneys general, must be earned," Paxton said in a statement. "I'm honored to receive their trust and excited to get to work as chairman. 2018 was a challenging year but the Republican Attorneys General Association is a formidable organization that has proven it can win in any political environment. I'm excited to build on that success, because we're going on offense in 2019 to elect rule of law champions in Kentucky, Mississippi as well as re-electing Attorney General Jeff Landry in Louisiana. I will pledge to always stand up for the law, to stand up for an individual's right to govern themselves."

Paxton was confirmed by the organization on Sunday. The other members of RAGA's executive committee for 2019 are Landry, Rutledge, Georgia Attorney General Chris Carr, Alabama Attorney General Steve Marshall, Nebraska Attorney General Doug Peterson, Utah Attorney General Sean Reyes, and Kansas Attorney General Derek Schmidt.

# Exhibit Y



# Texas Ethics Commission

## Selected Expenditures By Transaction Name Like

Printed On  Thu Feb 01 16:10:06 CST 2024

| REPNO | FilerID | Filer Name | Expenditure | Amount | Description | Date | Expenditure Category | Schedule | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100755810 | 51407 | Paxton ,W. Kenneth | Aramark , | 116.16 | food and beverage for | 03-06-2019 | FOOD | F1 | Washington | DC | 20004 |
| 100690774 | 51407 | Paxton ,W. Kenneth | BLT Prime , | 144.00 | campaign staff meal | 11-20-2017 | FOOD | F1 | Washington | DC | 20004 |
| 100674309 | 51407 | Paxton ,W. Kenneth | Blue Duck Tavern , | 122.30 | campaign staff meeting | 02-27-2017 | FOOD | F1 | Washington | DC | 20037 |
| 100712712 | 51407 | Paxton ,W. Kenneth | Capital Grille , | 118.44 | meeting to discuss | 04-25-2018 | FOOD | F1 | Washington | DC | 20004 |
| 631291 | 51407 | Paxton ,W. Kenneth | Capitol Hill Club , | 7.66 | Meeting with donor | 10-15-2014 | FUNDRAISE | F1 | Washington | DC | 20003 |
| 100855336 | 51407 | Paxton ,W. Kenneth | Carroll Travel , | 40.00 | campaign travel | 01-26-2022 | TRAVELOUT | F1 | Washington | DC | 20002 |
| 100855336 | 51407 | Paxton ,W. Kenneth | Carroll Travel , | 40.00 | campaign travel | 01-25-2022 | TRAVELOUT | F1 | Washington | DC | 20002 |
| 100619439 | 51407 | Paxton ,W. Kenneth | Council for National Policy , | 2,600.00 | officeholder conference | 10-06-2015 | FEES | F1 | Washington | DC | 20005 |
| 100619439 | 51407 | Paxton ,W. Kenneth | Council for National Policy , | 1,000.00 | campaign reception | 10-06-2015 | EVENT | F1 | Washington | DC | 20005 |
| 100638476 | 51407 | Paxton ,W. Kenneth | Council for National Policy , | 1,000.00 | campaign reception | 10-06-2015 | EVENT | F1 | Washington | DC | 20005 |
| 100638476 | 51407 | Paxton ,W. Kenneth | Council for National Policy , | 2,600.00 | officeholder conference | 10-06-2015 | FEES | F1 | Washington | DC | 20005 |
| 100262673 | 51407 | Paxton ,W. Kenneth | Courtyard Marriott , | 285.11 | hotel for RAGA conference | 01-31-2015 | TRAVELOUT | F1 | Washington | DC | 20009 |

| REPNO | FilerID | Filer Name ▽ | Expenditure | Amount | Description | Date | Expenditure Category | Schedule | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100755642 | 51407 | Paxton ,W. Kenneth | Del Frisco's Grille , | 135.85 | meeting to discuss | 12-06-2018 | FOOD | F1 | Washington | DC | 20004 |
| 100755810 | 51407 | Paxton ,W. Kenneth | Del Frisco's Grille , | 148.25 | food and beverage for | 03-05-2019 | FOOD | F1 | Washington | DC | 20004 |
| 100755810 | 51407 | Paxton ,W. Kenneth | Del Frisco's Grille , | 149.95 | food and beverage for | 04-29-2019 | FOOD | F1 | Washington | DC | 20004 |
| 100262673 | 51407 | Paxton ,W. Kenneth | Embassy Suites , | 524.41 | lodging for Chip Roy | 06-27-2015 | TRAVELOUT | F1 | Washington | DC | 20037 |
| 631291 | 51407 | Paxton ,W. Kenneth | Embassy Suites , | 319.46 | overnight lodging for fundraiser in | 10-17-2014 | FUNDRAISE | F1 | Washington | DC | 20037 |
| 100262673 | 51407 | Paxton ,W. Kenneth | Embassy Suites , | 50.00 | food expense | 02-27-2015 | FOOD | F1 | Washington | DC | 20037 |
| 100262673 | 51407 | Paxton ,W. Kenneth | Embassy Suites , | 786.63 | hotel for RAGA conference for | 02-27-2015 | TRAVELOUT | F1 | Washington | DC | 20037 |
| 100262673 | 51407 | Paxton ,W. Kenneth | Embassy Suites , | 786.63 | hotel for RAGA conference for | 02-27-2015 | TRAVELOUT | F1 | Washington | DC | 20037 |
| 628740 | 51407 | Paxton ,W. Kenneth | Mortons , | 2,847.86 | food/beverage for fundraising | 07-31-2014 | FUNDRAISE | F1 | Washington | DC | 20036 |
| 100774281 | 51407 | Paxton ,W. Kenneth | One Washington Circle Hotel , | 120.35 | lodging for campaign staff | 09-25-2019 | TRAVELOUT | F1 | Washington | DC | 20037 |
| 100262673 | 51407 | Paxton ,W. Kenneth | Park Hyatt , | 12.00 | Parking for staff for campaign | 02-24-2015 | TRAVELOUT | F1 | Washington | DC | 20037 |
| 100638095 | 51407 | Paxton ,W. Kenneth | Park Hyatt Washington DC , | 1,236.60 | hotel stay for campaign related | 02-25-2016 | TRAVELOUT | F1 | Washington | DC | 20037 |
| 100638095 | 51407 | Paxton ,W. Kenneth | Park Hyatt Washington DC , | 196.86 | RAGA event expense | 02-20-2016 | FOOD | F1 | Washington | DC | 20037 |
| 100638476 | 51407 | Paxton ,W. Kenneth | Ritz Carlton , | 1,010.00 | campaign reception | 10-06-2015 | EVENT | F1 | Washington | DC | 20037 |
| 100619439 | 51407 | Paxton ,W. Kenneth | Ritz Carlton , | 1,010.00 | campaign reception | 10-06-2015 | EVENT | F1 | Washington | DC | 20037 |
| 100674309 | 51407 | Paxton ,W. Kenneth | Supreme Court Historical Society , | 289.65 | auction item for Denton County | 02-28-2017 | DONATIONS | F1 | Washington | DC | 20543 |

| REPNO | FilerID | Filer Name | Expenditure | Amount | Description | Date | Expenditure Category | Schedule | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100674309 | 51407 | Paxton ,W. Kenneth | The Dubliner , | 127.89 | campaign staff meal | 03-01-2017 | FOOD | F1 | Washington | DC | 20001 |
| 100712712 | 51407 | Paxton ,W. Kenneth | The Ritz-Carlton , | 392.62 | lodging for campaign related | 02-24-2018 | TRAVELOUT | F1 | Washington | DC | 20037 |
| 631291 | 51407 | Paxton ,W. Kenneth | Uber , | 18.00 | (See travel info) | 10-07-2014 | TRAVELOUT | F1 | Washington | DC | 20036 |
| 100262673 | 51407 | Paxton ,W. Kenneth | Uber , | 60.23 | campaign related travel | 02-24-2015 | TRAVELOUT | F1 | Washington | DC | 20036 |
| 631291 | 51407 | Paxton ,W. Kenneth | Uber , | 121.08 | (See travel info) | 10-15-2014 | TRAVELOUT | F1 | Washington | DC | 20036 |
| 100638095 | 51407 | Paxton ,W. Kenneth | Uber , | 110.28 | campaign staff travel | 05-01-2016 | TRAVELOUT | F1 | Washington | DC | 20036 |
| 631291 | 51407 | Paxton ,W. Kenneth | Uber , | 12.00 | (See travel info) | 10-07-2014 | TRAVELOUT | F1 | Washington | DC | 20036 |
| 631291 | 51407 | Paxton ,W. Kenneth | Uber , | 24.00 | (See travel info) | 10-07-2014 | TRAVELOUT | F1 | Washington | DC | 20036 |
| 631291 | 51407 | Paxton ,W. Kenneth | Uber , | 19.00 | (See travel info) | 10-07-2014 | TRAVELOUT | F1 | Washington | DC | 20036 |
| 631291 | 51407 | Paxton ,W. Kenneth | Uber , | 29.00 | (See travel info) | 10-07-2014 | TRAVELOUT | F1 | Washington | DC | 20036 |
| 631291 | 51407 | Paxton ,W. Kenneth | Uber , | 14.00 | (See travel info) | 10-07-2014 | TRAVELOUT | F1 | Washington | DC | 20036 |
| 631291 | 51407 | Paxton ,W. Kenneth | Uber , | 49.00 | (See travel info) | 10-07-2014 | TRAVELOUT | F1 | Washington | DC | 20036 |
| 615379 | 51407 | Paxton ,W. Kenneth | United States Treasury , | 4,048.00 | payroll taxes | 04-22-2014 | OTHER | F1 | Washington | DC | 20220 |
| 100674309 | 51407 | Paxton ,W. Kenneth | Washington Marriott Georgetown , | 218.39 | campaign staff lodging | 02-25-2017 | TRAVELOUT | F1 | Washington | DC | 20037 |
| 100674309 | 51407 | Paxton ,W. Kenneth | Washington Marriott Georgetown , | 208.39 | lodging for campaign related | 02-25-2017 | TRAVELOUT | F1 | Washington | DC | 20037 |
| 631291 | 51407 | Paxton ,W. Kenneth | Whos Cooking , | 290.49 | food for 10/15 breakfast | 10-15-2014 | EVENT | F1 | Washington | DC | 20002 |

| REPNO | FilerID | Filer Name ▽ | Expenditure | Amount | Description | Date | Expenditure Category | Schedule | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 628740 | 51407 | Paxton ,W. Kenneth | Wilson Perkins Allen Opinion Research , | 2,100.00 | campaign survey | 09-08-2014 | POLLING | F1 | Washington | DC | 20003 |
|  |  |  |  |  |  |  |  |  |  |  |  |