AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:24-cv-00147-APM |
| WARREN KENNETH PAXTON JR. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Warren Kenneth Paxton, Jr. for Attorney General of the State of Texas                     .

Date:    02/08/2024

/s/ Christopher Lavorato
*Attorney's signature*

Christopher Lavorato, Tx. Bar No. 24096074, (pro hac vice)
*Printed name and bar number*

General Litigation Division
P.O. Box 12548, Capitol Station, MC-019-1
Austin, Texas 78711-2548
*Address*

Chris.Lavorato@oag.texas.gov
*E-mail address*

(512) 475-4476
*Telephone number*

(512) 320-0667
*FAX number*