IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas, <br><br> Defendant. | Civil Action No. 1:24-cv-147-APM |

### DEFENDANT'S MOTION TO DISMISS

Defendant Ken Paxton in his official capacity as Attorney General of the State of Texas respectfully moves under Fed. R. Civ. P. 12(b)(1)-(3) to dismiss Plaintiffs' Complaint (ECF No. 1). Specifically, this Court lacks subject-matter jurisdiction over this case, the Court lacks personal jurisdiction over Defendant, and venue is improper, all for the reasons stated in Defendant's Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 26) and Sur-reply brief (ECF No. 30).

| | |
|---|---|
| Dated: February 9, 2024 | Respectfully submitted, |
| /s/ Gene C. Schaerr | KEN PAXTON |
| GENE C. SCHAERR | Attorney General of Texas |
| (D.C. Bar No. 416368) | |
| KENNETH A. KLUKOWSKI | BRENT WEBSTER |
| (D.C. Bar No. 1046093) | First Assistant Attorney General |
| SCHAERR \| JAFFE LLP | |
| 1717 K Street NW, Suite 900 | GRANT DORFMAN |
| Washington, D.C. 20006 | Deputy First Assistant Attorney General |
| gschaerr@schaerr-jaffe.com | |
| kklukowski@schaerr-jaffe.com | JAMES LLOYD |
| | Deputy Attorney General for Civil Litigation |
| | |
| | CHRISTOPHER LAVORATO* |
| | Assistant Attorney General |
| | General Litigation Division |
| | P.O. Box 12548, Capitol Station |
| | Austin, Texas 78711-2548 |
| | Telephone: (512) 475-4476 |
| | chris.lavorato@oag.texas.gov |
| | |
| | REUBEN W. BLUM* |
| | Assistant Attorney General |
| | General Litigation Division |
| | P.O. Box 12548, Capitol Station |
| | Austin, Texas 78711-2548 |
| | Telephone: (512) 475-4117 |
| | reuben.blum@oag.texas.gov |
| | |
| | *Admitted *pro hac vice* |

*Attorneys for Defendant Ken Paxton, Attorney General of the State of Texas*