**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*,<br><br>                            Plaintiffs,<br><br>              v.<br><br>WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas,<br><br>                            Defendant. | Civil Action No. 1:24-cv-147-APM |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

This Court has considered Defendant's Motion to Dismiss, Plaintiffs' opposition to Defendant's Motion, and any replies thereto and for good cause shown Defendant's motion is **GRANTED.**

        **SO ORDERED** _____, 2024.


                                                         _____
                                                         Amit P. Mehta
                                                         UNITED STATES DISTRICT JUDGE