AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:24-cv-00147-APM |
| WARREN KENNETH PAXTON JR. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Warren Kenneth Paxton, Jr. for Attorney General of the State of Texas                              .

Date:    02/09/2024

/s/ Reuben W. Blum
*Attorney's signature*

Reuben W. Blum, Tx. Bar No. 24137935, (pro hac vice)
*Printed name and bar number*

General Litigation Division
P.O. Box 12548, Capitol Station, MC-019-1
Austin, Texas 78711-2548
*Address*

reuben.blum@oag.texas.gov
*E-mail address*

(512) 475-4117
*Telephone number*

(512) 320-0667
*FAX number*