# Exhibit 4

IN THE CIRCUIT COURT OF COLE COUNTY
STATE OF MISSOURI

| | |
|---|---|
| STATE OF MISSOURI, ex rel.<br>ANDREW BAILEY, ATTORNEY<br>GENERAL<br><br>Plaintiff,<br><br>vs.<br><br>MEDIA MATTERS FOR AMERICA,<br><br>Serve Registered Agent At:<br>Angelo Carusone<br>800 Maine Avenue SW<br>Suite 500<br>Washington, DC 20024<br><br>Defendant. | Cause No. 24AC-CC02291<br><br>Division: 1 |

## MOTION AND ORDER FOR APPOINTMENT OF SPECIAL PROCESS SERVER

COMES NOW Plaintiff, State of Missouri, by and through its counsel, Assistant Attorney General Jeremiah J. Morgan, and moves the Court to approve and appoint a special process server pursuant to Missouri Supreme Court Rule 54.14 and § 506.140, RSMo.

The State requests the following individual of lawful age be appointed to serve process in this case:

Vincent Connors
Same Day Process
1413 K Street NW 7th Floor
Washington, DC 20005

1

WHEREFORE, Plaintiff requests that the Court approve and appoint the individuals named in this motion as special process servers, and for all other orders as the Court deems just and proper.

SO ORDERED: _____*Mark A. Eickholz*_____ter_____  Date: ___03/27/2024___

Respectfully submitted,

ANDREW BAILEY
Attorney General

/s/ Jeremiah J. Morgan
Jeremiah J. Morgan, MO 50387
Deputy Attorney General – Civil
Jeremiah.Morgan@ago.mo.gov
Steven Reed, MO 40616
Assistant Attorney General
Steven.Reed@ago.mo.gov
Kathryn Monroe, MO 76022
Assistant Attorney General
Kathryn.Monroe@ago.mo.gov
P.O. Box 899
Jefferson City, MO 65102
(573) 751-1800; Fax: (517) 751-0774

2