IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARREN KENNETH PAXTON, JR., in his official capacity as Attorney General of the State of Texas, <br><br> Defendant. | Civil Action No. 24-cv-147 |

**PRELIMINARY INJUNCTION ORDER**

On January 18, 2024, Plaintiffs Media Matters for America ("Media Matters") and Eric Hananoki filed a motion for preliminary injunctive relief against Defendant Warren Kenneth Paxton, Jr., the Attorney General for the State of Texas, ECF No. 4. After considering the parties' arguments and evidence submitted, and for the reasons stated in the accompanying Memorandum Opinion, ECF No. 37, the court grants the motion and enters the following Preliminary Injunction Order. It is hereby:

**ORDERED** that Warren Kenneth Paxton, Jr., Attorney General of the State of Texas, together with his agents and employees within the Office of the Attorney General (collectively "Defendant Paxton"), is enjoined from enforcing the Civil Investigative Demand served on Media Matters on December 1, 2023; and, it is further

**ORDERED** that Defendant Paxton is enjoined from issuing any additional Demands, or taking steps purporting to mandate any action on behalf of Plaintiffs (including Media Matters' officers, employees and agents), in furtherance of the investigation of Media Matters announced by Defendant Paxton on November 20, 2023.

This order shall remain in effect until a final judgment is entered in this matter, unless this Order is earlier dissolved by this court or by an appellate court.

_____
Amit P. Mehta
United States District Court Judge