# Exhibit 9

| | |
|---|---|
| **From:** | Morgan, Jeremiah |
| **To:** | Samuel Ward-Packard |
| **Cc:** | Abha Khanna; Aria Branch; Chris Dodge; Andy Hirth; Reed, Steven |
| **Subject:** | RE: Response to Civil Investigative Demand - Media Matters for America |
| **Date:** | Wednesday, April 17, 2024 5:04:20 PM |
| **Attachments:** | Notice of Filing - Media Matters.docx u.pdf<br>Exhibit A.pdf<br>Exhibit B.pdf |

Sam,

Good afternoon. I am in receipt of the Media Matters letter objecting to providing any information or materials in response to the State of Missouri's civil investigative demand. In Media Matters' letter it is suggested that the State of Missouri does not have a legitimate reason to seek this information or is somehow curtailing the free speech of Media Matters. To the contrary, Attorney General Andrew Bailey has worked assiduously to protect free speech – even pursuing that effort to the United States Supreme Court against a Biden administration that has systematically sought to suppress free speech, including speech on X and other platforms. Moreover, as it relates to Media Matters, the very day you sent your letter DoubleVerify apologized for misreporting brand-safety rates for X – which DoubleVerify had done incorrectly for four months (starting around the time at issue in the civil investigative demand to Media Matters). *See* https://www.yahoo.com/finance/news/doubleverify-apologizes-misreporting-x-twitter-174358052.html. These are some of the very concerns – at the same time – which gave rise to the lawful inquiries sent by Missouri to Media Matters.

I am attaching a filing made today in the enforcement action in Cole County, Missouri based on Media Matter's refusal to provide any information or materials in response to the State of Missouri's civil investigative demand. Please feel free to call me if you have any questions or are prepared to discuss the civil investigative demand and associated information and materials. Thank you.

Regards,

**Jeremiah J. Morgan** | Deputy Attorney General - Civil
Missouri Attorney General's Office
207 West High St
Jefferson City, MO 65101
(573) 291-1483
Jeremiah.Morgan@ago.mo.gov

**From:** Samuel Ward-Packard <swardpackard@elias.law>
**Sent:** Monday, April 15, 2024 4:14 PM
**To:** Morgan, Jeremiah <jeremiah.morgan@ago.mo.gov>
**Cc:** Abha Khanna <akhanna@elias.law>; Aria Branch <abranch@elias.law>; Chris Dodge <cdodge@elias.law>; Andy Hirth <andy@tghlitigation.com>
**Subject:** Response to Civil Investigative Demand - Media Matters for America

Mr. Morgan:

Attached, please find a letter on behalf of Media Matters for America responding to the Civil Investigative Demand issued on March 25, 2024, and received by Media Matters on April 1.

Regards,

Sam Ward-Packard

**Samuel T. Ward-Packard**
Litigation Associate
Elias Law Group LLP
[250 Massachusetts Ave NW Suite 400
Washington DC 20001](#)
(202) 985-3536
[swardpackard@elias.law](mailto:swardpackard@elias.law)

CONFIDENTIAL: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

This email message, including the attachments, is from the Missouri Attorney General's Office. It is for the sole use of the intended recipient(s) and may contain confidential and privileged information, including that covered by § 32.057, RSMo. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you.