# Exhibit 11



JAY NIXON
ATTORNEY GENERAL

ATTORNEY GENERAL OF MISSOURI

JEFFERSON CITY

65102

P.O. BOX 899
(573) 751-3321

July 12, 2007

Copilevitz & Canter, LLC
Attention: Megan B. Allen
310 W. 20th Street, Suite 300
Kansas City, MO 64108

    RE: Charitable Organization & Solicitation Law, 407.450 -- 407.478 RSMo, 2000
        Registration and Exemption for **Media Matters for America**
        Registration No .**CO-181-07**

Dear Ms. Allen:

    Attorney General Jeremiah W. (Jay) Nixon has asked me to respond to your recent letter regarding the above.

    Based on the facts submitted to our office, it appears that your organization is exempt from registration under the Charitable Organizations & Solicitations Law, Sections 407.450 to 407.478 RSMo 2000

    The initial registration statement and letter noting your statement of exemption has been retained for our files. **In addition**, we invite your organization to be included on the Missouri Attorney General's Office charity web page. The web page will offer a profile of each organization, including a description of its charitable purpose, contact information and basic financial information about the organization with a focus on the program-spending ration. Consumers will be able to easily access information that will assist in evaluating solicitations and choosing wisely when responding to charitable appeals.

    To be included on the Attorney Generals charity web page please complete the enclosed forms which certify the accuracy of the information provided. Please mail your information to:

        Missouri Attorney General's Office
        Attn: Judy Murray
        P.O. Box 899
        Jefferson City, MO 65102-0899

      Thank you for your continued cooperation. If you have further questions please contact the undersigned or visit us at www.ago.mo.gov.

                                                Very truly yours,

                                                JEREMIAH W. (JAY) NIXON
                                                Attorney General

                                                *Rhonda Johnson* (signature)
                                                Rhonda Johnson
                                                Registration Specialist
                                                Consumer Protection Division

Enclosure