IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas, <br><br> Defendant. | Civil Action No. 1:24-cv-147-APM |

### DEFENDANT'S NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 1292(a)(1) and Rules 3(a)(l) and 4(a)(l)(A) of the Federal Rules of Appellate Procedure, notice is hereby given that Defendant Ken Paxton ("Attorney General Paxton"), in his official capacity as Attorney General of the State of Texas, appeals to the United States Court of Appeals for the District of Columbia Circuit from the April 12, 2024 Memorandum Opinion and Order, ECF Nos. 37 & 38, dated April 12, 2024, which granted Plaintiffs' Motion for Preliminary Injunction, and thus, is immediately appealable under 28 U.S.C. § 1292(a)(l). Defendant also hereby appeals from all subsidiary rulings incorporated in the Memorandum Opinion and Order.

A copy of the Memorandum Opinion and Order is attached hereto as Exhibit 1.

| | |
|---|---|
| DATED: April 22, 2024 | Respectfully submitted, |
| /s/ Gene C. Schaerr | KEN PAXTON |
| GENE C. SCHAERR | Attorney General of Texas |
| (D.C. Bar No. 416368) | |
| KENNETH A. KLUKOWSKI | BRENT WEBSTER |
| (D.C. Bar No. 1046093) | First Assistant Attorney General |
| SCHAERR \| JAFFE LLP | |
| 1717 K Street NW, Suite 900 | JAMES LLOYD |
| Washington, D.C. 20006 | Deputy Attorney General for Civil Litigation |
| gschaerr@schaerr-jaffe.com | |
| kklukowski@schaerr-jaffe.com | KIMBERLY GDULA |
| | Chief, General Litigation Division |
| | |
| | REUBEN W. BLUM* |
| | Assistant Attorney General |
| | General Litigation Division |
| | P.O. Box 12548, Capitol Station |
| | Austin, Texas 78711-2548 |
| | Telephone: (512) 475-4117 |
| | reuben.blum@oag.texas.gov |
| | |
| | *Admitted *pro hac vice* |

*Attorneys for Defendant Ken Paxton, Attorney General of the State of Texas*