# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas, <br><br> ANDREW BAILEY, in his official capacity as Attorney General of the State of Missouri, <br><br> Defendants. | Civil Action No. 24-cv-147 |

**SECOND SUPPLEMENTAL DECLARATION OF ERIC HANANOKI
IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION AGAINST BAILEY**

I, Eric Hananoki, declare as follows:

1. I am over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I previously submitted a declaration in this lawsuit on January 18, 2024, as well as a supplemental declaration on February 1, 2024. I incorporate those declarations by reference here and file this new declaration to address the impact that Missouri Attorney General Bailey's recent actions have had on my work and reporting.

3. Since I submitted my two earlier declarations, Attorney General Bailey has acted on his earlier public threats against Media Matters by issuing a civil investigative demand (the "Demand") seeking documents—including those involving my research and reporting—and a lawsuit to enforce that demand (the "Petition") in Missouri.

1

4.      The fears and concerns I expressed in my previous declarations due to Attorney General Paxton's actions have now been compounded by the actions of Attorney General Bailey, which I also consider to be nothing more than bad faith retaliation against my reporting.

5.      Before his most recent actions, Bailey made a number of derogatory and defamatory statements about Media Matters and my reporting. For example, Bailey labeled Media Matters "radicals" and "progressive tyrants" seeking to "wipe out free speech." Bailey then made similarly outrageous claims in a number of media appearances. For example, Bailey appeared on the show "Cancel This!" and stated that "Media Matters is built on lies . . . It's a radical, progressive, tyrannical advocacy group masquerading as a news outlet."[1] He accused Media Matters of "market manipulation and bullying [] the advertisers on X[,]" and described Media Matters as a weapon of "the enemy."[2] Bailey also appeared on the channel Newsmax and claimed without any basis that Media Matters had to "dismantle and deconstruct" the "safeguards" that X had in place in order to conduct a "manipulation of the algorithms[.]"[3] Bailey then did not refute host Rob Schmitt when he responded that "these people are evil" and "these people should be deported for this."[4] Bailey publicly confirmed that his office has "coordinated with Texas," and was "in talks with other states as well" as part of the "new front in the war, in the fight for free

---

[1] Cancel This!, *It's A Color-Coded Christmas Party for This Boston Mayor + Andrew Bailey & Nelson McIlveen LIVE!*, YouTube at 1:41:27–1:43:05 (Dec. 14, 2023), https://www.youtube.com/watch?v=xDFXO1MjIME.

[2] *Id.*

[3] Rob Schmitt Tonight, Newsmax at 40:54–42:00 (Dec. 12, 2023), https://www.newsmaxtv.com/Shows/Rob-Schmitt-Tonight/vid/52639c50-996a-11ee-a4f2-5b4ee1ed8474.

[4] *Id.*

speech."[5]

6. Attorney General Bailey's repeated, virulent public attacks on Media Matters and on my reporting—including his statements that he was coordinating with the retaliatory investigation of Attorney General Paxton—gave me serious concerns and contributed to the feelings of fear in my earlier declarations.

7. Attorney General Bailey has now acted upon his earlier disparagement of my reporting. On March 25, 2024, Attorney General Bailey formally issued his Demand, which I have since reviewed. The Demand identifies me by name and asks for all documents "related to" my November 16 article, or "events described in the article," which would encompass communications and documents that I used as I researched and drafted my article—materials that are fundamental to my work as a journalist. So far as I can tell, complying with the Demand would require me to turn over effectively the same set of documents demanded by Paxton's earlier civil investigative demand.

8. On the same day he issued the Demand, Attorney General Bailey also filed his Petition to enforce that Demand in a state court in Jefferson City, Missouri. That suit is highly distressing to me, and I am troubled by the prospect that access to my private research and communications will be decided by a court in a place with which I have absolutely no connection. As I previously explained, my work on the November 16 article occurred exclusively in Maryland. I have never traveled to Missouri for work, and to the best of my knowledge none of my work on the November 16 article, or any related article, involved any interaction with the state of Missouri.

---

[5] Tim Jones & Chris Arps Show, *MO A.G. Andrew Bailey: Missouri Doesn't Have Sanctuary Cities*, NewsTalkSTL at 5:32–58 (Dec. 12, 2023), https://omny.fm/shows/newstalk-stl/mo-a-g-andrew-bailey-missouri-doesnt-have-sanctuar.

3

9. I believe that Attorney General Bailey's demand for my documents—like Attorney General Paxton's earlier demand—is in response to Musk's highly publicized call for retaliation against Media Matters. Attorney General Bailey himself said he and Musk have "been in touch over the past few months on a variety of different topics."[6] Shortly before issuing his Demand, Attorney General Bailey had what he described as a "great discussion with" Musk in a public "X Space."[7] Attorney General Bailey has relentlessly and publicly condemned Media Matters and my reporting, has claimed that he is working with Attorney General Paxton, and has shown no basis for his investigation. In my view, he is harassing and retaliating against Media Matters and myself in an effort to silence Media Matters's reporting (and my reporting specifically) about extremist content on X and to attract attention and praise from his conservative followers on platforms like X.

10. Attorney General Bailey's Demand, Petition, and his aggressive public statements about Media Matters and my reporting, have had an extremely negative effect on my work and on me personally. The fear of harassment, threats, and legal retaliation that I described in my prior declarations continues with, and is now compounded by, the recent actions taken by Attorney General Bailey. While the Court's recent ruling helped resolve some of my concerns about Attorney General Paxton's investigation, Attorney General Bailey appears to now be retaliating against me in an even more aggressive manner.

11. I continue to limit my communications and collaboration with other journalists, and I continue to be impacted in my ability to communicate with my editor, Ben Dimiero, from fear

---

[6] Pete Mundo Morning Show, *Andrew Bailey - Missouri Attorney General | 3-19-24*, YouTube at 1:36-1:41, (Mar. 19, 2024) https://www.youtube.com/watch?v=jb1ARx28tvQ&t=86s.

[7] @AGAndrewBailey, X.com (Mar. 19, 2023, 9:49 AM ET), https://twitter.com/AndrewBaileyMO/status/1770085152699424772.

4

that our discussions will have to be turned over to state law enforcement officials, like Bailey, who are retaliating against my reporting.

12. I also continue to curtail my investigative reporting and to self-censor in researching and drafting new articles. Since my last declaration, I have continued to generate articles and reporting ideas about Musk's ownership of X but have been unable to pursue them due to the various investigations into my work. I continue to produce reporting output far below my usual pace as a result of the retaliation I am facing from officials like Bailey.

13. For example, NBC News released a report on April 16, 2024, which found that at least "150 paid 'Premium' subscriber X accounts and thousands of unpaid accounts have posted or amplified pro-Nazi content on X in recent months, often in apparent violation of X's rules[.]" NBC News found "ads running on 74 of the 150 premium accounts, either on their profile pages or in the replies below their posts." The NBC News report cited my earlier reporting about extremism on X—the very reporting that has led to the retaliation against me by state officials like Bailey.[8]

14. The NBC News report bolstered the findings I presented in my own related articles, and in ordinary circumstances I would have followed up on the NBC News report and its findings in my own writing. However, I did not follow up with any new articles in response to the NBC News report—despite generating story ideas as a result of it—due to my fear of further legal retaliation and public threats from officials like Bailey. This chill on my reporting will continue so long as state officials' investigations and demands for my private documents and communications remain unchecked.

---

[8] David Ingram, *Verified pro-Nazi X accounts flourish under Elon Musk*, NBC News (Apr. 16, 2024), https://www.nbcnews.com/tech/social-media/x-twitter-elon-musk-nazi-extremist-white-nationalist-accounts-rcna145020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/25/2024

_____
Eric Hananoki