IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas,<br><br>ANDREW BAILEY, in his official capacity as Attorney General of the State of Missouri, Defendants.<br><br>Defendants. | Civil Action No. 24-cv-147 |

## [PROPOSED] TEMPORARY RESTRAINING ORDER

On April 25, 2024, Plaintiffs Media Matters for America ("Media Matters") and Eric Hananoki filed a motion for a temporary restraining order and preliminary injunction. After considering the arguments and papers submitted, the Court **GRANTS** the motion for a temporary restraining order and enters the following Order:

**ORDERED** that Andrew Bailey, Attorney General of the State of Missouri, together with his agents, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Order (collectively "Defendant Bailey"), is restrained from taking any further steps to enforce the Civil Investigative Demand issued to Media Matters on March 25, 2024, including by continuing to prosecute the enforcement action Bailey filed in Cole County, Missouri, Circuit Court on March 25, 2024.

**ORDERED** that Defendant Bailey is restrained from issuing any additional Demands or taking any other steps purporting to mandate any action on behalf of Plaintiffs (including Media Matters's officers, employees, and agents) in furtherance of any investigation of Media Matters.

This order and all supporting pleadings and opposing papers must be served on the adverse party within ___ days.

Defendant is **FURTHERED ORDERED** to show cause on _____, at ____ before this Court as to why a preliminary injunction to the same effect should not issue.

This order shall remain in effect until _____.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Amit P. Mehta
United States District Judge,
U.S. District Court for the District of Columbia

2

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served on the Defendant in accordance with Fed.

R. Civ. P. 5(a).

Dated: April 25, 2024

Respectfully submitted,
*/s/ Aria C. Branch*

**ELIAS LAW GROUP LLP**
Aria C. Branch (DC 1014541)
Christopher D. Dodge (DC 90011587)
Elena A. Rodriguez Armenta (DC 90018798)
Samuel T. Ward-Packard (DC 90005484)
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652
abranch@elias.law
cdodge@elias.law
erodriguezarmenta@elias.law
swardpackard@elias.law

Abha Khanna*
1700 Seventh Ave. Suite 2100
Seattle, WA 98101
T: (206) 656-0177
akhanna@elias.law

**GIBSON, DUNN & CRUTCHER LLP**
Theodore J. Boutrous, Jr. (DC 420440)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Email: tboutrous@gibsondunn.com

Amer S. Ahmed (DC 500630)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Email: aahmed@gibsondunn.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs Media Matters for America and Eric Hananoki*