IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas,<br><br>ANDREW BAILEY, in his official capacity as Attorney General of the State of Missouri,<br><br>Defendants. | Civil Action No. 24-cv-147 |

## JOINT STATUS REPORT[i]

As directed by the Court's April 26, 2024, minute order, counsel for Plaintiffs Media Matters for America and Eric Hananoki conferred with counsel for Defendant Attorney General Andrew Bailey on April 29, 2024. The parties agree to a three-week extension for Media Matters to file its responsive pleading in the Missouri enforcement action, making its new response deadline May 20, 2024. Defendant Bailey is also willing to consider any additional reasonable extension of the deadline. Defendant Bailey does not agree to a stay of the Missouri enforcement action pending resolution of Plaintiffs' motion for a preliminary injunction. Defendant Bailey further states that he does not agree to this Court issuing an order that would halt ongoing Missouri state court proceedings.

Dated: April 29, 2024                                              Respectfully submitted,

/s/ Aria C. Branch

**ELIAS LAW GROUP LLP**
Aria C. Branch (DC 1014541)
Christopher D. Dodge (DC 90011587)
Elena A. Rodriguez Armenta (DC 90018798)
Samuel T. Ward-Packard (DC 90005484)
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652
abranch@elias.law
cdodge@elias.law
erodriguezarmenta@elias.law
swardpackard@elias.law

Abha Khanna*
1700 Seventh Ave. Suite 2100
Seattle, WA 98101
T: (206) 656-0177
akhanna@elias.law

**GIBSON, DUNN & CRUTCHER LLP**
Theodore J. Boutrous, Jr. (DC 420440)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Email: tboutrous@gibsondunn.com

Amer S. Ahmed (DC 500630)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Email: aahmed@gibsondunn.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs Media Matters for America and Eric Hananoki*

---

[i] By conferring with counsel regarding this matter, Missouri Attorney General Andrew Bailey does not waive or concede personal jurisdiction or any other defenses or claims in this matter, including but not limited to abstention.