UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, ERIC HANANOKI,<br><br>                     Plaintiffs,<br><br>    v.<br><br>WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas,<br><br>ANDREW BAILEY, in his official capacity as Attorney General of the State of Missouri<br><br>                     Defendants. | No. 24-cv-147<br>**\*Oral Hearing Requested\*** |

**MISSOURI ATTORNEY GENERAL ANDREW BAILEY'S
MOTION TO DISMISS**

Defendant Andrew Bailey, in his official capacity as Attorney General of the State of Missouri, respectfully moves under Fed. R. Civ. P. 12(b) to dismiss Plaintiffs' Supplemental Complaint (ECF 46). Specifically, the Supplemental Complaint against Attorney General Bailey should be dismissed for the reasons set forth in his Opposition to Temporary Restraining Order and Preliminary Injunction filed simultaneously herewith and incorporated herein, including *Younger* abstention, the lack of subject-matter jurisdiction, and the lack of personal jurisdiction. *See* ECF 56.

1

Date: May 8, 2024                                   Respectfully submitted,

                                            ANDREW BAILEY
                                            Attorney General of Missouri

                                            /s/ *Joshua M. Divine*
                                            JOSHUA M. DIVINE, #69875MO
                                            Solicitor General

                                            JEREMIAH J. MORGAN, #50387MO
                                            Deputy Attorney General – Civil

                                            OFFICE OF THE ATTORNEY GENERAL
                                            Supreme Court Building
                                            207 West High Street
                                            P.O. Box 899
                                            Jefferson City, Missouri 65102
                                            Tel. (573) 751-1800
                                            Fax (573) 751-0774
                                            josh.divine@ago.mo.gov
                                            jeremiah.morgan@ago.mo.gov

                                            *Counsel for Defendant Missouri Attorney General*

**CERTIFICATE OF COMPLIANCE**

I certify that the foregoing document contains one page, exclusive of matters designated for omission, and satisfies the typesetting requirements.

                                            /s/ *Joshua M. Divine*
                                            Counsel for Missouri Attorney General

**CERTIFICATE OF SERVICE**

I certify that on May 8, 2024, a true and accurate copy of the foregoing document was electronically filed through the Court's CM/ECF System and that a copy of the foregoing will be sent via email to all parties by operation of the Court's electronic filing system, all consistent with Federal Rule of Civil Procedure 5(b).

                                            /s/ *Joshua M. Divine*
                                            Counsel for Missouri Attorney General