IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas,<br><br>ANDREW BAILEY, in his official capacity as Attorney General of the State of Missouri,<br><br>        Defendants. | Civil Action No. 24-cv-147 |

## JOINT STATUS REPORT

As directed by the Court's May 8, 2024 minute order, the parties met and conferred to discuss: (1) modifying deadlines in *State of Missouri, ex rel. Andrew Bailey v. Media Matters for America*, Case No. 24AC-CC02291 (Cole Cnty. Cir. Ct.); (2) setting a schedule for outstanding briefing in this matter; and (3) appropriate next steps in this matter as to Plaintiffs' claims against Defendant Paxton. The parties jointly propose as follows:

***Proceedings as to Defendant Bailey.*** With respect to the Missouri state court action, Plaintiffs and Defendant Bailey have agreed to a further 21-day extension of Media Matters's time to respond to the Petition and a 30-day extension of Media Matters's time to respond to Attorney General Bailey's Requests for Production.

With respect to this action, Plaintiffs and Defendant Bailey have agreed to set May 20, 2024 as Plaintiffs' deadline to file a reply in support of their motion for a preliminary injunction and temporary restraining order, at which point that motion will be fully briefed. The same

proposed deadline shall apply for Plaintiffs' response to Defendant Bailey's motion to dismiss. Defendant Bailey may have until June 4, 2024 to file a reply in support of his motion to dismiss. Under this proposal, the relevant deadlines are as follows:

- **May 20, 2024:** Plaintiffs' Deadline to File a Reply in Support of their Preliminary Injunction/Temporary Restraining Order Motion and Opposition to Defendant Bailey's Motion to Dismiss;

- **June 4, 2024:** Defendant Bailey's Deadline to File a Reply in Support of his Motion to Dismiss;

- **June 10, 2024:** Media Matters's Deadline to Respond to the Missouri Petition;

- **June 19, 2024:** Media Matters's Deadline to Respond to the Missouri Requests for Production.

***Proceedings as to Defendant Paxton.*** Plaintiffs and Defendant Paxton agree that a stay of district court proceedings as to Paxton is appropriate pending resolution of Defendant Paxton's appeal of this Court's April 12, 2024 preliminary injunction order. They disagree, however, as to the effect of Defendant Paxton's failure to timely file an answer to the original complaint. Plaintiffs' view is that Paxton has forfeited the opportunity to dispute factual assertions in the complaint, at least to the extent not already disputed in the parties' briefing on Plaintiffs' preliminary injunction motion. Defendant Paxton does not accept that position and reserves the right to litigate facts later as necessary on remand and asks that he be granted 14 days from conclusion of the now-pending appeal to file an answer to the original complaint. The parties agree that this dispute need not be resolved prior to resolution of the appeal.

Dated: May 10, 2024

Respectfully submitted,
*/s/ Aria C. Branch*

**ELIAS LAW GROUP LLP**
Aria C. Branch (DC 1014541)
Christopher D. Dodge (DC 90011587)
Elena A. Rodriguez Armenta (DC 90018798)
Samuel T. Ward-Packard (DC 90005484)
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652
abranch@elias.law
cdodge@elias.law
erodriguezarmenta@elias.law
swardpackard@elias.law

Abha Khanna*
1700 Seventh Ave. Suite 2100
Seattle, WA 98101
T: (206) 656-0177
akhanna@elias.law

**GIBSON, DUNN & CRUTCHER LLP**
Theodore J. Boutrous, Jr. (DC 420440)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Email: tboutrous@gibsondunn.com

Amer S. Ahmed (DC 500630)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Email: aahmed@gibsondunn.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs Media Matters for America and Eric Hananoki*

| | |
|---|---|
| */s/ Gene C. Schaerr*<br>GENE C. SCHAERR<br>  (D.C Bar No. 416368)<br>KENNETH A. KLUKOWSKI<br>  (D.C. Bar No. 1046093)<br>Schaerr \| Jaffe LLP<br>1717 K Street NW, Suite 900<br>Washington, D.C. 20006<br>gschaerr@schaerr-jaffe.com<br>kklukowski@schaerr-jaffe.com | KEN PAXTON<br>Attorney General of Texas<br><br>BRENT WEBSTER<br>First Assistant Attorney General<br><br>JAMES LLOYD<br>Deputy Attorney General for Civil Litigation<br><br>KIMBERLY GDULA<br>Chief, General Litigation Division<br><br>REUBEN W. BLUM\*<br>Assistant Attorney General<br>General Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Telephone: (512) 475-4117<br>reuben.blum@oag.texas.gov<br><br>\*Admitted *pro hac vice* |

*Attorneys for Defendant Ken Paxton, Attorney General of the State of Texas*

ANDREW BAILEY
Attorney General of Missouri

/s/ *Joshua M. Divine*
JOSHUA M. DIVINE, #69875MO
Solicitor General

JEREMIAH J. MORGAN, #50387MO
Deputy Attorney General – Civil

OFFICE OF THE ATTORNEY GENERAL
Supreme Court Building
207 West High Street
P.O. Box 899
Jefferson City, Missouri 65102
Tel. (573) 751-1800
Fax (573) 751-0774
josh.divine@ago.mo.gov
jeremiah.morgan@ago.mo.gov

*Counsel for Defendant Missouri Attorney General*