# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA,<br>ERIC HANANOKI,<br><br>                    Plaintiffs,<br><br>          v.<br><br>WARREN KENNETH PAXTON JR., in his<br>official capacity as Attorney General of the<br>State of Texas,<br><br>ANDREW BAILEY, in his official capacity as<br>Attorney General of the State of Missouri<br><br>                    Defendants. | No. 24-cv-147 |

**SECOND DECLARATION OF ASSISTANT ATTORNEY GENERAL**
**STEVEN REED**

I, Steven Reed, declare as follow:

1.      My name is Steven Reed and I am a lawyer duly licensed and in good standing in the State of Missouri.  I am over the age of 21 and fully competent to make this declaration. I make this declaration based on my personal knowledge.

2.      I am the Chief Counsel for the Consumer Protection Section of the Missouri Attorney General's Office and am one of the attorneys responsible for the State of Missouri's investigation into consumer protection violations by Media Matters for America (Media Matters).

3.      The Consumer Protection Section is responsible for administering and enforcing Chapter 407, the Missouri Merchandising Practices Act, of the Missouri Revised Statutes (RSMo.).

4.      To protect the integrity of investigations as they progress, the Missouri Attorney General's Office as a general policy does not disclose or publicly discuss information about

1

investigations under the MMPA—including documents and information that the Office collects. However, in rare instances, protecting the integrity of an investigation requires a very limited disclosure of information.  This is one of those rare cases given Media Matters' decision to press incorrect allegations in an attempt to obtain an order to forcefully halt an investigation.

5.      During the investigation into Media Matters, the Attorney General's Office has come into possession of internal Media Matters documents that are expressly marked not for circulation and which reveal plans by the organization to use solicited funds for activities contrary to those publicly disclosed to its Missouri donors.

6.      Publicly, Media Matters solicits donations by asserting on its website that it "posts rapid-response items as well as longer research and analytic reports documenting conservative misinformation throughout the media" and "works daily to notify activists, journalists, pundits, and the general public about instances of misinformation."

7.      But the confidential, internal descriptions of Media Matters' operations suggest a different picture.

8.      These materials explain that high-level officials within Media Matters use the organization and its funds not just to issue reports about perceived misinformation, but to actively interfere with and neutralize the operational infrastructure of certain "target" companies.

9.      For example, these documents reveal that Media Matters has entered into partnerships with Facebook and Google—competitors of X—and has developed strategic plans to interfere with the infrastructure systems used by "target" companies to display advertisements.

10.     These materials are in tension with the organization's public comments and solicitations to Missourians and suggest that Media Matters is likely using solicited donations for activities in conflict with the explicit purposes disclosed to donors.

11.     These documents are especially noteworthy in light of credible allegations that Media Matters' assertions about advertisements on X—assertions that successfully drove advertisers from the platform—were knowingly false.

12.     These materials lend credence to allegations that Media Matters may be violating the Missouri Merchandising Practices Act, and underscore the need for obtaining further documents identified in Civil Investigative Demand No. 24-10.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 4, 2024                                   */s/ Steven Reed*_____
                                                       Steven Reed, Chief Counsel
                                                       Consumer Protection Section
                                                       Missouri Attorney General's Office