IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas, <br><br> ANDREW BAILEY, in his official capacity as Attorney General of the State of Missouri, <br><br> Defendants. | Civil Action No. 24-cv-147 |

## NOTICE REGARDING ADDITIONAL RETALIATORY STATEMENTS BY BAILEY

Plaintiffs file this notice to alert the Court to several public statements made by Defendant Andrew Bailey regarding Media Matters since Plaintiffs filed their reply brief. These statements are relevant to whether Bailey's investigation into Media Matters was initiated in good faith and/or constitutes unlawful retaliation. *See* ECF No. 56 at 32-33; ECF No. 63 ("Bailey Reply") at 21-22; *but see also* ECF No. 60 at 27-28; ECF No. 49-1 at 30-31; ECF No. 36.

*First*, on May 24, Media Matters issued a statement that it had been forced to lay off approximately a dozen employees, explaining that the organization is "confronting a legal assault on multiple fronts," including from Bailey.[1] While Bailey's reply brief to this Court suggests these layoffs were due to unrelated "financial distress" rather than ongoing legal retaliation (Bailey Reply at 23), immediately after the layoffs were announced Bailey appeared to celebrate and take

---

[1] *See* Ted Johnson, *Media Matters for America Undergoes Round of Layoffs*, Deadline (May 23, 2024), https://deadline.com/2024/05/media-matters-layoffs-elon-musk-1235929171/.

credit for the news, retweeting a post from his *personal* X account that praised him for causing those layoffs.[2] In relevant part, the post read: "After being sued by @elonmusk and Missouri AG Adnrew Bailey . . . Media Matters is now laying people off. A great day for America." A screenshot of the retweet is below.



---

[2] @AndrewBaileyMO describes itself as Bailey's "personal/campaign acc[ount]." His "official account" is @AGAndrewBailey.

*Second*, on June 3, Bailey appeared on a podcast hosted by Donald Trump, Jr.[3] During the interview, Bailey referred to Media Matters as a "tyrannical progressive advocacy group[] masquerading as [a] non-profit[]."[4] He accused the organization of "lying to the American people"[5] and, at least three times, referred to his investigation into Media Matters as part of a "war."[6] He boasted of taking Media Matters to court and stressed that he was "not going to let them destroy free speech in America."[7] He promised Donald Trump Jr. that he was "going after" groups like Media Matters in anticipation of the "2024 election cycle." And, in discussing "fighting back against Media Matters," Bailey suggested there could be "criminal liability here."[8] He also further confirmed his coordination with Paxton, stating that his "office was one of the first, in the nation, joined with my colleague Ken Paxton in Texas, to file an investigation, launch an investigation into Media Matters."[9]

*Third*, on June 5, Bailey appeared on the podcast *Human Events Daily* with Jack Posobiec, a prominent conservative activist.[10] Bailey used this opportunity to repeat many of his attacks on Media Matters, including that the organization was "eliminating the right to free speech,"[11] and

---

[3] *The Left Wants to Scare US Into Submission – Don't Let Them Win*, Rumble (June 3, 2024), The Left Wants to Scare US into Submission - Don't Let Them Win, Live with Kash Patel, Jack Posobiec & Missouri AG Andrew Bailey | TRIGGERED Ep.142 (rumble.com).

[4] *Id.* at 2:26.

[5] *Id.* at 13:40.

[6] *Id.* at 10:54, 11:22, 13:55.

[7] *Id.* at 2:12.

[8] *Id.* at 5:48.

[9] *Id.* at 12:16.

[10] *Human Events: Did Joe Biden Break Election Law, FBI Knew Laptop Was Real All Along*, X (June 5, 2024), HUMAN EVENTS: DID JOE BIDEN BREAK ELECTION LAW, FBI KNEW LAPTOP WAS REAL ALL ALONG / X.

[11] *Id.* at 3:04.

also "certainly willing to lie, cheat, and steal."[12] Bailey went on to describe his "war" on Media Matters. Describing his combative "fighting spirit" towards Media Matters (among others), Bailey explained that:

> You know, one of the first things you learn in tactics in the Army is that when you're caught in a close and near ambush, your best bet is to assault through the ambush, right? I mean, maybe your audacity scares the enemy. Yeah, but at a minimum, **you kill as many of the bad guys before they kill you**. And so, yeah, if you're in a near ambush, you just assault through the objective. You certainly do not start retreating, because then they're just going to shoot you in the back.[13]

In the same interview, Bailey once more emphasized his cooperation with Paxton, stating: "I'm proud to stand with my partner in Texas, Ken Paxton, in this fight against this kind of market manipulation designed to undermine the right to free speech."[14]

*Finally*, also on June 5, Bailey "liked" a post (again from his personal account) that referred to Media Matters as "a cancer on our society." A screenshot of him liking the post is below.

---

[12] *Id.* at 7:27.

[13] *Id.* at 14:58 (emphasis added).

[14] *Id.* at 5:33.



Dated: June 5, 2024

Respectfully submitted,

*/s/ Aria C. Branch*
**ELIAS LAW GROUP LLP**
Aria C. Branch (DC 1014541)
Christopher D. Dodge (DC 90011587)
Elena A. Rodriguez Armenta (DC 90018798)
Samuel T. Ward-Packard (DC 90005484)

5

250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652
abranch@elias.law
cdodge@elias.law
erodriguezarmenta@elias.law
swardpackard@elias.law

Abha Khanna*
1700 Seventh Ave. Suite 2100
Seattle, WA 98101
T: (206) 656-0177
akhanna@elias.law

**GIBSON, DUNN & CRUTCHER LLP**
Theodore J. Boutrous, Jr. (DC 420440)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Email: tboutrous@gibsondunn.com

Amer S. Ahmed (DC 500630)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Email: aahmed@gibsondunn.com

*Admitted *pro hac vice*