IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas,<br><br>ANDREW BAILEY, in his official capacity as Attorney General of the State of Missouri,<br><br>    Defendants. | Civil Action No. 24-cv-147 |

**PLAINTIFFS' RESPONSE TO THE COURT'S JUNE 7 MINUTE ORDERS**

Plaintiffs respond to the Court's two June 7 2024 minute orders as follows:

**I. Reed Declaration Document**

The Court has asked Plaintiffs to "docket what it believes to be the public record described in the Second Reed Declaration." June 7, 2024 Minute Order; *see also* ECF No. 63-2 ("Reed Declaration"). Attached as **Exhibit A** ("Media Matters Document") is a true and correct copy of a 2016 document titled "Media Matters for America – The Top Watchdog Against Fake News and Propaganda." This document was publicly reported on in a January 2017 article in the Washington Free Beacon. *See* Lachlan Markay, *Media Matters Says It Is Secretly Working with Facebook to Fight 'Fake News'*, Washington Free Beacon (Jan. 26, 2017), https://freebeacon.com/politics

/media-matters-says-secretly-working-facebook-fight-fake-news/. The article includes a link to the same document contained in Exhibit A.[1]

Plaintiffs believe that the Media Matters Document in Exhibit A is the same document identified in the Reed Declaration for several reasons. *First*, Bailey has stated in a public interview that the document in his possession was "published back in 2016 or shortly thereafter."[2] As noted above, the Media Matters Document was created in 2016 and repeatedly refers to Media Matters's work throughout 2016. It was first publicly reported "shortly thereafter" in January 2017.

*Second*, Bailey has indicated that "others have seen" the document in his possession.[3]  As explained, the Media Matters Document has been publicly available for over seven years since first reported on by the Washington Free Beacon in January 2017.

*Third*, the Reed Declaration states the document in Bailey's possession is "marked not for circulation." Reed Declaration ¶ 5. The Media Matters Document contains "Private & Confidential" markings on several pages. *See* Ex. A at 3, 5, 7, 9, 11.

*Fourth*, the Reed Declaration suggests that Media Matters has "entered into partnerships with Facebook and Google" which are "competitors of X." Reed Declaration ¶ 5. The Media Matters Document—made public more than five years before Mr. Musk purchased Twitter and renamed it X—repeatedly refers to Media Matters's efforts to get Facebook and Google to remove misinformation from their platforms. *See, e.g.*, Ex. A at 3, 6-9.

---

[1] *See* https://freebeacon.com/wp-content/uploads/2017/01/media-matters-donor-pitch.pdf.

[2] *Human Events: Did Joe Biden Break Election Law, FBI Knew Laptop Was Real All Along*, X (June 5, 2024) at 41:00, https://x.com/i/broadcasts/1djxXNpNekoGZ.

[3] *Id.*

*Fifth*, in a separate interview, Bailey stated that the document in his possession "take[s] credit for forcing Facebook to adopt censorship by using public pressure."[4] The Media Matters Document notes how reporting from Media Matters caused Facebook to review and update its policies for regulating sources of misinformation on the platform. *See* Ex. A at 7.

*Sixth*, in the same interview, Bailey purported to directly quote from the document at issue, using the term "deeper grassroots bench" in reference to people receiving Media Matters emails.[5] The same term appears in the Media Matters Document. *See* Ex. A at 9.

*Seventh*, the Reed Declaration indicates that Media Matters tries to "target" companies that display advertisements. Reed Declaration ¶¶ 8, 9. While the Media Matters Document does not state that it targets social media companies, it does state that Media Matters "targets" sources of misinformation that appear on those platforms. *See* Ex. A at 9. That is consistent with the organization's mission. *See* ECF No. 4-2 ¶ 15; ECF No. 4-3 ¶ 3; ECF No. 4-4 ¶ 4.

For these reasons, Plaintiffs believe that the 2016 Media Matters Document—or a substantially similar version of the same document—is the so-called "secret document[]," ECF No. 63 at 12, referred to in the Reed Declaration.

## II.   Missouri Proceeding Deadlines

The Court's second minute order asks that the parties indicate "whether they are amenable to extending the deadlines in the Missouri state court proceedings." June 7, 2024 Minute Order. In response to the Court's order, Plaintiffs emailed counsel for Bailey earlier today and proposed that

---

[4] *Tucker BREAKS Internet with First Space on X / Elon Musk / Trump Assassination / Epstein / J6 Truth*, YouTube (Dec. 24, 2023) at 1:12:35, https://www.youtube. com/watch?v=vbA7aeq L4pw&t=4326s.

[5] *Id.* at 1:12:20.

the parties agree to a two-week extension of the existing Missouri proceeding deadlines, which would result in: (1) a July 1, 2024 deadline for Media Matters to respond to the Amended Petition; and (2) a July 3, 2024 deadline for Media Matters' responses to Bailey's requests for production. Shortly before the time of filing, Bailey's counsel counter-proposed that (apparently both) deadlines be extended until seven days after a judge is assigned in the Missouri proceeding. While Plaintiffs believe that a date certain would be more useful to this Court's resolution of the issues now before it, they accepted this offer in the interest of providing this Court at least some additional time to rule before any relevant deadlines in Missouri. The parties have agreed to promptly give this Court notice of when a judge is assigned in the Missouri proceeding.

Dated: June 7, 2024

Respectfully submitted,

*/s/ Aria C. Branch*
**ELIAS LAW GROUP LLP**
Aria C. Branch (DC 1014541)
Christopher D. Dodge (DC 90011587)
Elena A. Rodriguez Armenta (DC 90018798)
Samuel T. Ward-Packard (DC 90005484)
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652
abranch@elias.law
cdodge@elias.law
erodriguezarmenta@elias.law
swardpackard@elias.law

Abha Khanna*
1700 Seventh Ave. Suite 2100
Seattle, WA 98101
T: (206) 656-0177
akhanna@elias.law

**GIBSON, DUNN & CRUTCHER LLP**
Theodore J. Boutrous, Jr. (DC 420440)
333 South Grand Avenue
Los Angeles, CA 90071

Telephone: (213) 229-7000
Email: tboutrous@gibsondunn.com

Amer S. Ahmed (DC 500630)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Email: aahmed@gibsondunn.com

*Admitted *pro hac vice*