IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas,<br><br>ANDREW BAILEY, in his official capacity as Attorney General of the State of Missouri,<br><br>  Defendants. | Civil Action No. 24-cv-147 |

## JOINT NOTICE OF ASSIGNMENT OF MISSOURI JUDGE

The parties previously agreed to give the Court prompt notice of the assignment of a judge to the Missouri proceeding. *See* Plaintiffs' Response to the Court's June 7 Minute Orders at 4, ECF No. 65. According to the Cole County Circuit Court docket, a judge (Hon. John H. Bloodworth) was assigned to the Missouri proceeding yesterday, August 15, 2024. *See State of Missouri ex rel. Andrew Bailey, Attorney General v. Media Matters for America*, Case No. 24AC-CC-02291 (Cole Cnty. Ct., Mo., Aug. 15, 2024). Accordingly, Media Matters's deadline to respond to Attorney General Bailey's Amended Petition and requests for production is Friday, August 23, 2024. The parties have not been able to agree on any further extension of that deadline.

Dated: August 16, 2024                                Respectfully submitted,

                                                      */s/ Aria C. Branch*

**ELIAS LAW GROUP LLP**
Aria C. Branch (DC 1014541)
Christopher D. Dodge (DC 90011587)
Elena A. Rodriguez Armenta (DC 90018798)
Samuel T. Ward-Packard (DC 90005484)
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652
abranch@elias.law
cdodge@elias.law
erodriguezarmenta@elias.law
swardpackard@elias.law

Abha Khanna*
1700 Seventh Ave. Suite 2100
Seattle, WA 98101
T: (206) 656-0177
akhanna@elias.law

**GIBSON, DUNN & CRUTCHER LLP**
Theodore J. Boutrous, Jr. (DC 420440)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Email: tboutrous@gibsondunn.com

Amer S. Ahmed (DC 500630)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Email: aahmed@gibsondunn.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs Media Matters for America and Eric Hananoki*

ANDREW BAILEY
Attorney General of Missouri

/s/ *Joshua M. Divine*
JOSHUA M. DIVINE, #69875MO
Solicitor General

JEREMIAH J. MORGAN, #50387MO
Deputy Attorney General – Civil
REED C. DEMPSEY, #1697941DC

2

        Deputy Solicitor General

OFFICE OF THE ATTORNEY GENERAL
Supreme Court Building
207 West High Street
P.O. Box 899
Jefferson City, Missouri 65102
Tel. (573) 751-1800
Fax (573) 751-0774
josh.divine@ago.mo.gov
jeremiah.morgan@ago.mo.gov

*Counsel for Defendant Missouri Attorney General*