UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MEDIA MATTERS FOR AMERICA, et al.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | Civil No. 24-cv-147 (APM) |
| **ANDREW BAILEY,** *Attorney General of the State of Missouri*, et al. | ) ) ) ) | |
| **Defendants.** | ) ) | |

**PRELIMINARY INJUNCTION ORDER**

On April 25, 2024, Plaintiffs Media Matters for America ("Media Matters") and Eric Hananoki filed a motion for preliminary injunctive relief against Defendant Andrew Bailey, the Attorney General for the State of Missouri, ECF No. 49. After considering the parties' arguments and the evidence submitted, and for the reasons stated in the forthcoming Memorandum Opinion, the court grants the motion and enters the following Preliminary Injunction Order. It is hereby:

**ORDERED** that Andrew Bailey, Attorney General of the State of Missouri, together with his agents and employees within the Office of the Attorney General (collectively "Defendant Bailey"), is enjoined from enforcing the Civil Investigative Demand (CID) issued on March 25, 2024, and prosecuting the Petition filed in the Cole County, Missouri Circuit Court against Media Matters on the same day; and, it is further

**ORDERED** that Defendant Bailey is enjoined from issuing any additional CIDs, filing or amending Petitions, or taking steps purporting to mandate any action on behalf of Plaintiffs

(including Media Matters' officers, employees and agents) in furtherance of the investigation of Media Matters announced by Defendant Bailey on December 11, 2023.

    This order shall remain in effect until a final judgment is entered in this matter, unless this Order is earlier dissolved by this court or by an appellate court.

Dated: August 22, 2024

                                                Amit P. Mehta
                                                United States District Court Judge