IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, ERIC HANANOKI,<br><br>  Plaintiffs,<br><br>  v.<br><br>WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas,<br><br>ANDREW BAILEY, in his official capacity as Attorney General of the State of Missouri<br><br>  Defendants. | Civil Action No. 24-cv-00147-APM |

**DEFENDANT ANDREW BAILEY'S NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 1292(a)(1) and Rules 3(a)(1) and 4(a)(1)(A) of the Federal Rules of Appellate Procedures, notice is hereby given that Defendant Andrew Bailey, in his official capacity as Attorney General of the State of Missouri, appeals to the United States Court of Appeals for the District of Columbia Circuit from the Preliminary Injunction Order, ECF 70, dated August 22, 2024, and accompanying Memorandum Order, ECF 71, dated August 23, 2024, which granted Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction Against Bailey, ECF 49, and thus, is immediately appealable under 28 U.S.C. § 1292(a)(1). Defendant also hereby appeals from all subsidiary rulings incorporated in the Memorandum Opinion and Order.

A copy of the Memorandum Opinion and Order is attached hereto as Exhibit 1.

Date: September 20, 2024                    Respectfully submitted,

                                                            ANDREW BAILEY
Attorney General of Missouri

/s/ *Joshua M. Divine*
JOSHUA M. DIVINE, #69875MO
Solicitor General

JEREMIAH J. MORGAN, #50387MO
Deputy Attorney General – Civil
REED C. DEMPSEY, #1697941DC
Deputy Solicitor General

OFFICE OF THE ATTORNEY GENERAL
Supreme Court Building
207 West High Street
P.O. Box 899
Jefferson City, Missouri 65102
Tel. (573) 751-1800
Fax (573) 751-0774
josh.divine@ago.mo.gov
jeremiah.morgan@ago.mo.gov

*Counsel for Defendant Missouri Attorney General*

## CERTIFICATE OF SERVICE

    I certify that on September 20, 2024, a true and accurate copy of the foregoing document was electronically filed through the Court's CM/ECF System and that a copy of the foregoing will be sent via email to all parties by operation of the Court's electronic filing system, all consistent with Federal Rule of Civil Procedure 5(b).

                                               /s/ *Joshua M. Divine*
                                               Counsel for Missouri Attorney General