# Exhibit C

| 24AC-CC02291 - STATE OF MISSOURI EX REL V MEDIA MATTERS FOR AMERI (E-CASE) |
|---|

| Case Header | Parties & Attorneys | **Docket Entries** | Charges, Judgments & Sentences |
|---|---|---|---|

| Service Information | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution |
|---|---|---|---|

Sort Date Entries: ⦿Descending     Display Op
○Ascending

**10/11/2024**

**Trial Setting Scheduled**

**Scheduled For:** 12/20/2024; 9:00 AM; JOHN HOWARD BLOODWORTH; Cole Circuit

**Order**
The Court after reviewing the Preliminary Injunction Order 24-cv-147 (APM) issued by the Honorable Amit P. Mehta United S
Judge, orders as follows: In the interest of a full, fair and complete adjudication, this Court orders all proceeding in this matte
as the Injunction is dissolved, dismissed or otherwise concluded. This matter is ordered continued to December 20, 2024 at ?
status of Judge Mehta?s order. So Ordered, John H. Bloodworth, Senior Judge (ado)

**10/10/2024**

**Hearing Continued/Rescheduled**

**Associated Entries:** 08/16/2024 - Trial Setting Scheduled
**Hearing Continued From:** 10/18/2024; 1:00 PM Trial Setting

**08/23/2024**

Response Filed
Response to Attorney General Baileys Notice of Federal Court Injunction; Exhibit A; Exhibit B; Exhibit C; Exhibit D; Exhibit E;
Certificate of Service. ter
    **Filed By:** JOHN ANDREW HIRTH
    **On Behalf Of:** MEDIA MATTERS FOR AMERICA
Notice
NOTICE OF FEDERAL COURT INJUNCTION; PRELIMINARY INJUNCTION ORDER - EXHIBIT A; Electronic Filing Certifica
    **On Behalf Of:** STATE OF MISSOURI EX REL ANDREW BAILEY, ATTORNEY GENERAL

**08/16/2024**

**Trial Setting Scheduled**

**Associated Entries:** 10/10/2024 - Hearing Continued/Rescheduled
**Scheduled For:** 10/18/2024; 1:00 PM; JOHN HOWARD BLOODWORTH; Cole Circuit

**08/15/2024**

**Judge Assigned**
THE HONORABLE JOHN H BLOODWORTH, Be assigned as a Senior Judge with consent to the following court or district: 1
- COLE COUNTY. IN THE MATTER OF: STATE OF MISSOURI EX REL VS. MEDIA MATTERS FOR AMERICA, CASE NO. .
proceed in accord with the local Presiding Judges orders and those of the Supreme Court. This order is to include any judicia
complete the assignment, including after-trial proceedings. /s/CHIEF JUSTICE/MRR (ado)

**06/04/2024**

**Order**
The pursuant to Rule 51.01, the Court grants the State's Motion for Change of Judge. This matter is referred to the Missouri :
reassignment. MWB/mcp
    **Filed By:** JON EDWARD BEETEM

**05/24/2024**

Motion for Change of Judge
Petitioners Application for Change of Judge; Electronic Filing Certificate of Service. sb*
Petition:
States Amended Petition; Exhibit 1 - Final CID to Media Matters; Exhibit 2 - Certified Mailing Receipt; Exhibit 3 - Texas CID to
- Media Matters DC Complaint; Electronic Filing Certificate of Service. sb

**05/14/2024**

**Judge Assigned**

    **Filed By:** MICHAEL WILLIAM BRADLEY
**Order for Change of Judge**
Order for Change of Judge. mcp

**05/01/2024**

**Order**
All circuit judges having been recused or disqualified, Supreme Court is requested to appoint a special judge for this case. JE
    **Filed By:** JON EDWARD BEETEM

**04/29/2024**

**Judge Recuses**
DIV 3 Recuses. Case sent to P/Judge to request special Judge. SCW/aw

**04/26/2024**

**Order**
File returned to Div III for acceptance or back to Presiding Judge to request special Judge. JEB/mcp
    **Filed By:** JON EDWARD BEETEM

**04/23/2024**

**Ord Transfer P/Judge for Assn**
Defendant's Motion for Change of Judge sustained; Cause transferred to Presiding Judge for reassignment. DRG/jeb
    **Associated Entries:** 04/12/2024 - Counsel Status Hrng Scheduled
    **Scheduled For:** 04/22/2024; 1:30 PM; DANIEL RICHARD GREEN; Cole Circuit
**Hearing/Trial Cancelled**

    **Associated Entries:** 04/23/2024 - Motion Hearing Scheduled
    **Scheduled For:** 05/13/2024; 1:30 PM; DANIEL RICHARD GREEN; Cole Circuit

**Motion Hearing Scheduled**

**Associated Entries:** 04/23/2024 - Hearing/Trial Cancelled
**Scheduled For:** 05/13/2024; 1:30 PM; DANIEL RICHARD GREEN; Cole Circuit

**04/19/2024**

 Certificate of Service
Certificate of Service; Electronic Filing Certificate of Service. kah
**Filed By:** STEVEN CARROLL REED

**04/18/2024**

 Notice of Hearing Filed
Notice of Hearing; Electronic Filing Certificate of Service. kah*
**On Behalf Of:** MEDIA MATTERS FOR AMERICA

 Motion for Change of Judge
Application for Change of Judge; Electronic Filing Certificate of Service. kah*
**On Behalf Of:** MEDIA MATTERS FOR AMERICA

 Entry of Appearance Filed
Entry of Appearance; Electronic Filing Certificate of Service. kah
**On Behalf Of:** MEDIA MATTERS FOR AMERICA

**04/17/2024**

 Notice
Notice of Filing Response to Civil Investigative Demand; Exhibit A; Exhibit B; Electronic Filing Certificate of Service. ter
**On Behalf Of:** STATE OF MISSOURI EX REL ANDREW BAILEY, ATTORNEY GENERAL

**04/12/2024**

**Counsel Status Hrng Scheduled**

**Associated Entries:** 04/23/2024 - Ord Transfer P/Judge for Assn   [ + ]
**Scheduled For:** 04/22/2024; 1:30 PM; DANIEL RICHARD GREEN; Cole Circuit

**04/08/2024**

**Judge Assigned**
Case assigned to DIV II. SCW/aw

**04/01/2024**

 Agent Served
Document ID - 24-SMCC-178; Served To - MEDIA MATTERS FOR AMERICA; Served Date - 03/28/2024; Served Time - 02:3
Reason Description - SERV; Service Text -Summons Served to Cynthia Padera Chief Operating Officer. kah
**Associated Entries:** 03/26/2024 - **Summons Issued-Circuit**   [ + ]

**Notice of Service**
Return of Service - Media Matters for America; Exhibit A - Affidavit of Service. kah
**Filed By:** STEVEN CARROLL REED
**On Behalf Of:** STATE OF MISSOURI EX REL ANDREW BAILEY, ATTORNEY GENERAL

**Order**
Division I recuses on its own motion. File transferred to Division III for assignment. JEB/mcp
**Filed By:** JON EDWARD BEETEM

**03/27/2024**

**Order - Special Process Server**
Order for Special Process Services. ter

**Motion Special Process Server**
Motion and Order for Appointment of Special Process Server. ter
**Filed By:** STEVEN CARROLL REED
**On Behalf Of:** STATE OF MISSOURI EX REL ANDREW BAILEY, ATTORNEY GENERAL

**03/26/2024**

**Summons Issued-Circuit**
Document ID: 24-SMCC-178, for MEDIA MATTERS FOR AMERICA Attorney to print two copies of service documents create
return. Service copy to include filings to serve, if applicable. sb
**Associated Entries:** 04/01/2024 - **Agent Served**   [ + ]

**03/25/2024**

**Filing Info Sheet eFiling**

**Filed By:** STEVEN CARROLL REED

 Petition:
Petition; Exhibit 1 - CID; Exhibit 2 - Certified Mailing Receipt; Exhibit 3 - Texas CID to Media Matters; Exhibit 4 - Media Matte
**Filed By:** STEVEN CARROLL REED
**On Behalf Of:** STATE OF MISSOURI EX REL ANDREW BAILEY, ATTORNEY GENERAL

**Petition Filed - No Fees**
Confidential Case Filing Sheet. sb
**Filed By:** STEVEN CARROLL REED
**On Behalf Of:** STATE OF MISSOURI EX REL ANDREW BAILEY, ATTORNEY GENERAL