UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MEDIA MATTERS FOR AMERICA et al.,** | ) <br> ) <br> ) |
| **Plaintiffs,** | ) <br> ) |
| v. | )    Case No. 24-cv-147 (APM) <br> ) |
| **WARREN KENNETH PAXTON JR.,** <br> **Attorney General of the State of Texas et al.,** | ) <br> ) <br> ) |
| **Defendants.** | ) <br> ) |

## ORDER

Pursuant to the Plaintiffs and Defendant Andrew Bailey's Local Civil Rule 16.3 Report and the Status Conference held on November 8, 2024, the court orders the following with regard to further proceedings in this matter[1]:

I. <u>Scheduling.</u>

    A. The parties shall exchange initial disclosures, as required under Rule 26(a)(1), on or before **October 8, 2024**;

    B. The deadline to add parties or amend pleadings shall be governed by Federal Rule of Civil Procedure 15.

    C. The parties shall submit a Joint Status Report regarding the status of discovery on or before **January 3, 2025;**

    D. The parties shall submit a Joint Status Report regarding the status of discovery on or before **March 21, 2025;**

    E. Discovery shall conclude on **May 30, 2025**;

    F. A Post-Discovery Status Conference is set for **June 16, 2025, at 9:00 a.m.** via videoconference.

---

[1] This schedule does not apply to Defendant Warren Kenneth Paxton, Jr., as Plaintiffs and Defendant Paxton have agreed to stay proceedings in this court pending resolution of Defendant Paxton's appeal.

> The parties may <u>not</u> extend by stipulation the deadlines for Joint Status Reports and the end of discovery. Instead, the parties must seek an extension of time, preferably by filing a consent motion with the court. A motion to extend any deadline shall indicate whether any previous extensions were requested and granted.
>
> The parties may modify all other interim deadlines by stipulation. If the parties cannot agree to a schedule modification, the party seeking additional time must file a motion and show good cause for the modification.
>
> Likewise, a request for additional time to conduct discovery must be made on or before the discovery deadline. A request for an extension of time made after the discovery deadline will be considered untimely.

II. <u>Limits on Discovery.</u>

Parties shall not exceed the numerical limitations placed on the various methods of discovery as set forth in the Federal Rules of Civil Procedure, unless granted leave by the court.

III. <u>Discovery Disputes.</u>

In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, then the parties shall jointly call Judge Mehta's chambers at (202) 354-3250, at which time the court will either rule on the issue or determine the manner in which it will be handled. The parties may not file a discovery motion without leave of court.

Disputes regarding discovery must be raised on or before the discovery deadline. Disputes raised after the deadline will be considered untimely.

IV. <u>Settlement.</u>

The parties are expected to continue to evaluate their respective cases for purposes of settlement. The court encourages the use of alternative dispute resolution—e.g., mediation or neutral case evaluation. The use of these methods is available at any

time, as is a settlement conference before a magistrate judge. If the parties are interested in pursuing these options, they may contact chambers at any time.

Dated: November 11, 2024

_____
Amit P. Mehta
United States District Court Judge