IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas, <br><br> ANDREW BAILEY, in his official capacity as Attorney General of the State of Missouri, <br><br> Defendants. | Civil Action No. 1:24-cv-00147-APM |

**JOINT STATUS REPORT**

Pursuant to this Court's November 11, 2024 Order (ECF No. 86), the parties respectfully submit this Joint Status Report regarding the status of discovery in this case. Plaintiffs served Defendant Bailey with a first set of written discovery requests on October 3, 2024. On November 5, 2024, Defendant Bailey served Plaintiffs with objections and responses to Plaintiffs' written discovery requests. Defendant Bailey made an initial production of documents on November 8, 2024.

Since then, the parties have been engaged in ongoing conferrals regarding settlement and have made progress toward settlement. In light of the possibility of settlement, Plaintiffs submitted an unopposed motion to extend the deadline for filing their response brief in Defendant Bailey's appeal of the preliminary injunction order issued in this case. The parties' settlement discussions remain ongoing, and the parties will update this Court as appropriate.

Dated: January 3, 2025            Respectfully submitted,

/s/ Aria C. Branch
**ELIAS LAW GROUP LLP**
Aria C. Branch (DC 1014541)
Christopher D. Dodge (DC 90011587)
Elena A. Rodriguez Armenta (DC 90018798)
Samuel T. Ward-Packard (DC 90005484)
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652
abranch@elias.law
cdodge@elias.law
erodriguezarmenta@elias.law
swardpackard@elias.law

Abha Khanna*
1700 Seventh Ave. Suite 2100
Seattle, WA 98101
T: (206) 656-0177
akhanna@elias.law

**GIBSON, DUNN & CRUTCHER LLP**
Theodore J. Boutrous, Jr. (DC 420440)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Email: tboutrous@gibsondunn.com

Amer S. Ahmed (DC 500630)
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Email: aahmed@gibsondunn.com

*Counsel for Plaintiffs*

*Admitted pro hac vice*

2

**ANDREW BAILEY**
  *Attorney General of Missouri*

/s/ Reed C. Dempsey
Reed C. Dempsey #1697941DC
  *Deputy Solicitor General*
Peter F. Donohue, Sr. #75835MO*
  *Assistant Attorney General*

**OFFICE OF THE ATTORNEY GENERAL**
Supreme Court Building
207 West High Street
P.O. Box 899
Jefferson City, Missouri 65102
Tel. (573) 751-1800
Fax (573) 751-0774
reed.dempsey@ago.mo.gov
peter.donohue@ago.mo.gov

*Counsel for Missouri Attorney General*

* Admitted *pro hac vice*