IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas, <br><br> ANDREW BAILEY, in his official capacity as Attorney General of the State of Missouri, Defendants. <br><br> Defendants. | Civil Action No. 24-cv-147 |

**ORDER DISMISSING CLAIMS AGAINST BAILEY**

On February 13, 2025, Plaintiffs Media Matters for America and Eric Hananoki moved to voluntarily dismiss their claims against Defendant Andrew Bailey in light of their settlement. Having reviewed the motion and the parties' settlement, the Court **GRANTS** the motion and **ORDERS** that Plaintiffs' claims against Defendant Bailey are hereby dismissed with prejudice. Plaintiffs and Bailey shall bear their own fees and costs arising from this action.

IT IS SO ORDERED.

Amit Mehta
Digitally signed by Amit Mehta
Date: 2025.02.13 22:20:20 -05'00'

Hon. Amit P. Menta
United States District Judge,
U.S. District Court for the District of Columbia