# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-7059**　　　　　　　　　　　　　　　　　　**September Term, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**1:24-cv-00147-APM**

　　　　　　　　　　　　　　　　　　　　　　　　**Filed On: July 10, 2025** [2124770]

Media Matters for America and Eric Hananoki,

　　　　Appellees

　　v.

Warren Kenneth Paxton, Jr., in his official capacity as Attorney General of the State of Texas,

　　　　Appellant

## M A N D A T E

　　In accordance with the judgment of May 30, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Link to the judgment filed May 30, 2025