**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WARREN KENNETH PAXTON, JR.,<br><br>Defendant. | Case No. 24-cv-147 (JMC) |

## ORDER DIRECTING THE PLAINTIFF TO SHOW CAUSE

On May 13, 2024, Judge Mehta stayed all proceedings in this case "as to Defendant Paxton pending appeal of the court's order granting preliminary relief." May 13, 2024 Min. Order. On May 30, 2025, the Court of Appeals affirmed Judge Mehta's order granting preliminary relief. *See Media Matters for Am. v. Paxton*, 138 F.4th 563 (D.C. Cir. 2025). Although the Plaintiffs' claims against another defendant have been resolved since that decision, *see* ECF 90, the claims against Paxton remain pending. Despite the fact that those claims remain pending, Plaintiffs have taken no action related to them since the appeal was resolved. The Court therefore

**ORDERS** that Plaintiffs shall show cause by August 21, 2026, why this action should not be dismissed for failure to prosecute or, alternatively, why the stay should not be lifted as to Paxton. If Plaintiffs do not file a written response by that date, the Court will dismiss the case pursuant to Fed. R. Civ. P. 4 (m) and Local Civil Rule 83.23.

_____
JIA M. COBB
United States District Judge

Date: July 23, 2026