**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>WARREN KENNETH PAXTON JR., in his official capacity as Attorney General of the State of Texas,<br>Defendant. | Civil Action No. 1:24-cv-00147-JMC |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Media Matters for America and Eric Hananoki hereby voluntarily dismiss without prejudice their claims against Defendant Warren Kenneth Paxton Jr. ("Paxton").

Plaintiffs filed this action after Paxton issued a civil investigative demand ("CID") to Plaintiff Media Matters. After this Court enjoined Paxton from enforcing the CID (ECF No. 37), which decision was affirmed by the Court of Appeals, Paxton took no further action with respect to the CID. Because Paxton never answered the complaint nor moved for summary judgment, dismissal without prejudice is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Plaintiffs reserve all rights, including the right to reassert their claims in the event that Paxton seeks to enforce the CID or a similar CID in the future.

Dated: August 20, 2026

Respectfully submitted,

*/s/ Aytan Y. Bellin*
Aytan Y. Bellin
Bar ID.: NY02333

Katsky Korins LLP
605 Third Avenue
New York, NY 10158
Phone: (212) 716-3286
Email: abellin@katskykorins.com

*Attorney for Plaintiffs Media Matters for America and Eric Hananoki*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2026, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, District of Columbia, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

*/s/ Aytan Y. Bellin*
Aytan Y. Bellin